# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Anthony Gay v. State of Illinois, et. al.    Case Number: 18-cv-07196

An appearance is hereby filed by the undersigned as attorney for:

Anthony Gay

Attorney name (type or print): Daniel M. Greenfield

Firm: Roderick and Solange MacArthur Justice Center

Street address: 375 East Chicago Avenue

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6296619
(See item 3 in instructions)    Telephone Number: 312 503 8538

Email Address: daniel-greenfield@law.northwestern.edu

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ✔ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/30/18

Attorney signature: S/ Daniel M. Greenfield

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015