044653/19344/MHW/JJL

**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

| | |
|---|---|
| Case Title: ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5 | Case Number: 18-cv-7196 |

An appearance is hereby filed by the undersigned as attorney for:

<u>Defendants, Wexford Health Sources, Inc., Kelly Renzi, Psy.D., and William Puga, M.D.,</u>

Attorney Name (type or print):   Matthew H. Weller

Firm:   CASSIDAY SCHADE LLP

Street Address:   222 West Adams Street, Suite 2900

City/State/Zip:   Chicago, IL 60606

Bar ID Number:   6278685          Telephone Number:   (312) 641-3100
(See Item 3 in instructions)

Email Address:   mweller@cassiday.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case: | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.  I declare under penalty of perjury that the foregoing is true and correct.

Revised 8/1/2015

2

Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 12, 2018

Attorney Signature:   *s/Matthew H. Weller*
    (Use electronic signature if the appearance form is filed electronically.)

9015820 MWELLER;BWEEKS