044653/19344/MHW/JJL

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>     Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>     Defendants. | Case Number 18-cv-7196<br><br>Hon. Judge Sara L. Ellis |

## NOTICE OF MOTION

To:   See Attached Service List

   PLEASE TAKE NOTICE that on **January 11, 2019**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the **Honorable Sara L. Ellis**, Judge of the U.S. District Court of Illinois, **Room 1403**, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing her call of Motions, on that day in her place and stead and shall then and there present the attached **Unopposed Motion for Entry of Qualified Protective Order Pursuant to HIPAA**, a copy of which is herewith served upon you.

                    Respectfully submitted,

                    CASSIDAY SCHADE LLP

                    By: s/Joseph J. Lombardo
                       One of the Attorneys for Defendants,
                       WEXFORD HEALTH SOURCES, INC.,
                       KELLY RENZI, PSY.D., and WILLIAM PUGA,
                       M.D.

Joseph J. Lombardo
ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100

(312) 444-1669 – Fax
jlombardo@cassiday.com

(312) 444-1669 – Fax
jlombardo@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018 I electronically filed the foregoing document with the clerk of the court for Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: December 27, 2018            By: *s/Joseph J. Lombardo*

Joseph J. Lombardo
ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jlombardo@cassiday.com

9025288 JLOMBARD;BWEEKS