044653/19344/MHW/JJL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | Case Number 18-cv-7196<br><br>Hon. Judge Sara L. Ellis |

## RE-NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **January 15, 2019**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the **Honorable Sara L. Ellis**, Judge of the U.S. District Court of Illinois, **Room 1403**, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing her call of Motions, on that day in her place and stead and shall then and there present the attached **Unopposed Motion for Entry of Qualified Protective Order Pursuant to HIPAA**, a copy of which is herewith served upon you.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: s/Joseph J. Lombardo
        One of the Attorneys for Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

Joseph J. Lombardo
ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jlombardo@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing document with the clerk of the court for Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: <u>January 8, 2019</u>                  By: <u>*s/Joseph J. Lombardo*</u>

Joseph J. Lombardo
ARDC No. 6306466
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jlombardo@cassiday.com

9034577 JLOMBARD;BWEEKS