UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Anthony Gay

                        Plaintiff,

v.                                                   Case No.: 1:18–cv–07196
                                                      Honorable Sara L. Ellis

State Of Illinois, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: The parties' unopposed for entry of qualified protective order pursuant to HIPAA [15] is granted. The parties should submit a clean and red–lined copy of their proposed confidentiality order to the Court's proposed order email. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.