# ILLINOIS DEPARTMENT OF CORRECTIONS
## INTERNET INMATE STATUS
AS OF: Wednesday, January 23, 2019

## B62251 - GAY, ANTHONY T.

| | |
|---|---|
| Parent Institution: | DIXON CORRECTIONAL CENTER |
| Offender Status: | PAROLE |
| Location: | PAROLE DISTRICT 2 |

## PHYSICAL PROFILE

| | |
|---|---|
| Date of Birth: | 08/19/1974 |
| Weight: | 172 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 5 ft. 06 in. |
| Race: | Black |
| Eyes: | Brown |

## MARKS, SCARS, & TATTOOS
SCAR, ARM, RIGHT - MULTIPLE SC TO INSIDE R ARM

## ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| Admission Date: | 12/21/1994 |
| Parole Date: | 08/27/2018 |
| Projected Discharge Date: | 08/27/2020 |

## SENTENCING INFORMATION

| MITTIMUS: | 94CF651 |
|---|---|
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | ROBBERY |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 7 Years 0 Months 0 Days |
| COUNTY: | ROCK ISLAND |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 98CF76 |
|---|---|
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/29/1994 |
| SENTENCE: | 4 Years 0 Months 0 Days |
| COUNTY: | ALEXANDER |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | O3CF299 |
|---|---|
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |



EXHIBIT 3

https://www.idoc.state.il.us/subsections/search/inms_print.asp?idoc=B62251

| | |
|---|---|
| MITTIMUS: | 04CF24 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 8 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 04CF24 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 8 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 04CF13 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 00CF311 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 5 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF146 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 7 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF146 |
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | FELON POSS WEAPON IN PRISON |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 7 Years 0 Months 0 Days |

| COUNTY: | LIVINGSTON |
| --- | --- |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 02CF22 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 7 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CF76 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 8 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CF75 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 5 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CF234 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 5 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CF195 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 3 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CF195 |
| --- | --- |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |

| | |
|---|---|
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 3 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF62 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF61 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF60 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF298 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 5 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF269 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 8 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 03CF172 |
| CLASS: | 3 |

| | |
|---|---|
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/PEACE OFF/FIREMAN |
| CUSTODY DATE: | 08/27/1994 |
| SENTENCE: | 6 Years 0 Months 0 Days |
| COUNTY: | LIVINGSTON |
| SENTENCE DISCHARGED?: | NO |
| | |

The information made available on this database service is for the general public and law enforcement to promote the interest of public safety. The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.

**conduct another search**
return to the IDOC homepage

Illinois Department of Corrections
1301 Concordia Court, PO Box 19277
Springfield, Illinois, 62794-9277
217-558-2200 | 800-546-0844 TDD