IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-07196 |
| | ) | |
| v. | ) | Honorable Sara L. Ellis |
| | ) | Judge Presiding |
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, February 20, 2019 at 9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead in Courtroom 1403, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, and present **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Nicholas S. Staley*
NICHOLAS S. STALEY
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3711
nstaley@atg.state.il.us

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 14, 2019, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

/s/ *Nicholas S. Staley*