# Exhibit 1

## Anthony Gay – Prison and Courthouse Locations

