MIDP,PROTO,SCHENKIER,TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:18–cv–07196

Gay v. State Of Illinois et al  
Assigned to: Honorable Sara L. Ellis  
Cause: 42:1983 Civil Rights Act

Date Filed: 10/28/2018  
Date Terminated: 03/27/2019  
Jury Demand: Both  
Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other  
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Gay**   represented by   **Antonio Maurizio Romanucci**
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
(312) 458–1000
Email: aromanucci@rblaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maggie E Filler**
Roderick & Solange MacArthur Justice Center
8th Floor
745 Atlantic Avenue
Boston, MA 02111
(857) 284–1455
Email: maggie.filler@macarthurjustice.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen H. Weil**
Weil & Chardon LLC
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
312–585–7404
Email: steve@weilchardon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel M Greenfield**
MacArthur Justice Center Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503–1271
Email: daniel–greenfield@law.northwestern.edu
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Nicolette A. Ward**<br>Romanucci & Blandin, Llc<br>321 North Clark Street<br>Suite 900<br>Chicago, IL 60654<br>(312) 458–1000<br>Email: nward@rblaw.net<br>*ATTORNEY TO BE NOTICED* |
|  | **Alexis Garmey Chardon**<br>Weil & Chardon LLC<br>333 S. Wabash<br>Suite 2700<br>Chicago, IL 60604<br>3127526046<br>Email: ali@weilchardon.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **State Of Illinois** | represented by | **Nicholas Scott Staley**<br>Office Of The Illinois Attorney General<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60601<br>(312) 814–3711<br>Email: nstaley@atg.state.il.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thor Yukinobu Inouye**<br>Illinois Attorney General's Office<br>100 W. Randolph Street<br>Chicago, IL 60601<br>312 814–1670<br>Email: tinouye@atg.state.il.us<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John Baldwin** | represented by | **Nicholas Scott Staley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Phillip Waleed Rehani**<br>Illinois Attorney General's Office<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601<br>(312) 814–3700<br>Email: prehani@atg.state.il.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                         **Thor Yukinobu Inouye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Sims**    represented by    **Nicholas Scott Staley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shane Reister**    represented by    **Nicholas Scott Staley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melvin Hinton**    represented by    **Nicholas Scott Staley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thor Yukinobu Inouye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sylvia Butler**    represented by    **Nicholas Scott Staley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thor Yukinobu Inouye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelly Ann Renzi**    represented by    **Matthew H Weller**
Cassiday Schade LLP
222 West Adams Street
Suite 2900
Chicago, IL 60606–2903
(312) 641–3100
Email: mweller@cassiday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Jack Lombardo**
Cassiday Schade LLP
222 West Adams Street

Suite 2900
Chicago, IL 60606
(312)641–3100
Email: jlombardo@cassiday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Puga**  represented by  **Matthew H Weller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Jack Lombardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Chess**  represented by  **Nicholas Scott Staley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Nunez**  represented by  **Stetson F. Atwood**
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603
(312) 422–0900
Email: stetson.atwood@dbmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Coffey Ieremia**
Donohue Brown Mathewson & Smyth
140 S. Dearborn Street
Suite 800
Chicago, IL 60603
(312) 422–4905
Email: ieremia@dbmslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wexford Health Sources Inc**  represented by  **Matthew H Weller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Jack Lombardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 2–5**

**Defendant**

**Dr Doe 1**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2018 | Ï 1 | COMPLAINT filed by Anthony Gay; JURY DEMAND. Filing fee $ 400, receipt number 0752–15113131. (Attachments: # 1 Civil Cover Sheet)(Chardon, Alexis) (Entered: 10/28/2018) |
| 10/29/2018 | Ï 2 | ATTORNEY Appearance for Plaintiff Anthony Gay by Alexis Garmey Chardon (Chardon, Alexis) (Entered: 10/29/2018) |
| 10/29/2018 | Ï | CASE ASSIGNED to the Honorable Sara L. Ellis. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. Case assignment: Random assignment. (rc, ) (Entered: 10/29/2018) |
| 10/29/2018 | Ï 3 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (ek, ) (Entered: 10/29/2018) |
| 10/29/2018 | Ï 4 | ATTORNEY Appearance for Plaintiff Anthony Gay by Stephen H. Weil (Weil, Stephen) (Entered: 10/29/2018) |
| 10/30/2018 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–15118616. (Filler, Maggie) (Entered: 10/30/2018) |
| 10/30/2018 | Ï 6 | ATTORNEY Appearance for Plaintiff Anthony Gay by Daniel M Greenfield (Greenfield, Daniel) (Entered: 10/30/2018) |
| 10/31/2018 | Ï 7 | ATTORNEY Appearance for Plaintiff Anthony Gay by Nicolette A. Ward (Ward, Nicolette) (Entered: 10/31/2018) |
| 10/31/2018 | Ï 8 | ATTORNEY Appearance for Plaintiff Anthony Gay by Antonio Maurizio Romanucci (Romanucci, Antonio) (Entered: 10/31/2018) |
| 11/05/2018 | Ï 9 | ORDER: Motion by Maggie E. Filler for leave to appear pro hac vice 5 is granted. The initial status conference in this matter is set for 1/17/2019 at 1:30 PM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 1/10/2019. Motion to appear pro hac vice 5 is granted. Status Report due by 1/10/2019. Signed by the Honorable Sara L. Ellis on 11/5/2018.Mailed notice (smm) (Entered: 11/05/2018) |
| 11/30/2018 | Ï 10 | ATTORNEY Appearance for Defendant John Baldwin by Phillip Waleed Rehani (Rehani, Phillip) (Entered: 11/30/2018) |
| 12/12/2018 | Ï 11 | ATTORNEY Appearance for Defendants William Puga, Kelly Ann Renzi, Wexford Health Sources Inc by Matthew H Weller (Weller, Matthew) (Entered: 12/12/2018) |

| 12/12/2018 | Ï 12 | ATTORNEY Appearance for Defendants William Puga, Kelly Ann Renzi, Wexford Health Sources Inc by Joseph Jack Lombardo (Lombardo, Joseph) (Entered: 12/12/2018) |
|---|---|---|
| 12/19/2018 | Ï 13 | ATTORNEY Appearance for Defendant Dr. Nunez by Stetson F. Atwood (Atwood, Stetson) (Entered: 12/19/2018) |
| 12/21/2018 | Ï 14 | ATTORNEY Appearance for Defendant Dr. Nunez by Laura Coffey Ieremia (Ieremia, Laura) (Entered: 12/21/2018) |
| 12/27/2018 | Ï 15 | MOTION by Defendants William Puga, Kelly Ann Renzi, Wexford Health Sources Inc for protective order *Defendants Wexford Health Sources, Inc., Kelly Renzi, Psy.D, and William Puga, M.D.'s Unopposed Motion for Entry of Qualified Protective Orde Pursuant to HIP[AA* (Lombardo, Joseph) (Entered: 12/27/2018) |
| 12/27/2018 | Ï 16 | *Defendants Wexford Health Sources, Inc., Kelly Renzi, Psy.D., and William Puga, M.D.'s Notice of Unopposed Motion for Entry of Qualified Protective Order Pursuant to HIPAA* NOTICE of Motion by Joseph Jack Lombardo for presentment of motion for protective order, 15 before Honorable Sara L. Ellis on 1/11/2019 at 09:45 AM. (Lombardo, Joseph) (Entered: 12/27/2018) |
| 01/03/2019 | Ï | SUMMONS Issued as to Defendants Sylvia Butler, Melvin Hinton, Shane Reister, State Of Illinois (jjr, ) (Entered: 01/03/2019) |
| 01/03/2019 | Ï | SUMMONS Issued as to Defendant Dr. Chess (jjr, ) (Entered: 01/03/2019) |
| 01/08/2019 | Ï 17 | *Re−Notice of Unopposed Motion for Entry of Qualified Protective Order Pursuant to HIPAA* NOTICE of Motion by Joseph Jack Lombardo for presentment of motion for protective order, 15 before Honorable Sara L. Ellis on 1/15/2019 at 09:45 AM. (Lombardo, Joseph) (Entered: 01/08/2019) |
| 01/09/2019 | Ï 18 | ATTORNEY Appearance for Defendant Melvin Hinton by Nicholas Scott Staley (Staley, Nicholas) (Entered: 01/09/2019) |
| 01/09/2019 | Ï 19 | WITHDRAWING *Phillip Rehani* as counsel for Defendant John Baldwin and substituting Nicholas Scott Staley as counsel of record (Staley, Nicholas) (Entered: 01/09/2019) |
| 01/10/2019 | Ï 20 | STATUS Report *Joint Initial Status Report* by Anthony Gay (Weil, Stephen) (Entered: 01/10/2019) |
| 01/15/2019 | Ï 21 | MINUTE entry before the Honorable Sara L. Ellis: The parties' unopposed for entry of qualified protective order pursuant to HIPAA 15 is granted. The parties should submit a clean and red−lined copy of their proposed confidentiality order to the Court's proposed order email. Mailed notice (rj, ) (Entered: 01/15/2019) |
| 01/15/2019 | Ï 22 | QUALIFIED PROTECTIVE Order Pursuant to HIPAA. Signed by the Honorable Sara L. Ellis on 1/15/2019. Mailed notice (smm, ) (Entered: 01/15/2019) |
| 01/17/2019 | Ï 23 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 1/17/2019. Briefing schedule on motions to dismiss: Defendants' motions are due by 2/15/19; Plaintiff's responses are due by 3/15/19; Defendants' replies are due by 3/29/19. Briefing schedule on motion to transfer venue: Defendants' motion to transfer to venue is due by 1/25/19; Plaintiff's response is due by 2/15/19; Defendants' reply is due by 3/1/19. Next status date set for 4/2/19 at 9:30 a.m. for ruling to transfer venue. Mailed notice (rj, ) (Entered: 01/18/2019) |
| 01/18/2019 | Ï 24 | ATTORNEY Appearance for Defendant State Of Illinois by Nicholas Scott Staley (Staley, Nicholas) (Entered: 01/18/2019) |
| 01/25/2019 | Ï 25 | ATTORNEY Appearance for Defendant Sylvia Butler by Nicholas Scott Staley (Staley, Nicholas) (Entered: 01/25/2019) |

| | | |
|---|---|---|
| 01/25/2019 | 26 | MOTION by Defendants Dr. Nunez, William Puga, Kelly Ann Renzi, State Of Illinois, Wexford Health Sources Inc to transfer case *Venue Pursuant to 28 USCS Sec. 1404* (Attachments: # 1 Exhibit 1– Plf's IDOC Living Assignment History, # 2 Exhibit 2–The Article, # 3 Exhibit Pltf's IDOC Criminal History)(Lombardo, Joseph) (Entered: 01/25/2019) |
| 02/13/2019 | 27 | ATTORNEY Appearance for Defendants John Baldwin, Sylvia Butler, Melvin Hinton, State Of Illinois by Thor Yukinobu Inouye (Inouye, Thor) (Entered: 02/13/2019) |
| 02/14/2019 | 28 | ATTORNEY Appearance for Defendants John Baldwin, Sylvia Butler, Melvin Hinton, State Of Illinois by Thor Yukinobu Inouye (Inouye, Thor) (Entered: 02/14/2019) |
| 02/14/2019 | 29 | MOTION by Defendants John Baldwin, Sylvia Butler, Melvin Hinton, State Of Illinois for extension of time *UNOPPOSED* (Staley, Nicholas) (Entered: 02/14/2019) |
| 02/14/2019 | 30 | NOTICE of Motion by Nicholas Scott Staley for presentment of extension of time 29 before Honorable Sara L. Ellis on 2/20/2019 at 09:45 AM. (Staley, Nicholas) (Entered: 02/14/2019) |
| 02/15/2019 | 31 | RESPONSE by Anthony Gayin Opposition to MOTION by Defendants Dr. Nunez, William Puga, Kelly Ann Renzi, State Of Illinois, Wexford Health Sources Inc to transfer case *Venue Pursuant to 28 USCS Sec. 1404* 26 (Attachments: # 1 Exhibit 1)(Weil, Stephen) (Entered: 02/15/2019) |
| 02/15/2019 | 32 | ANSWER to Complaint with Jury Demand by Dr. Nunez(Atwood, Stetson) (Entered: 02/15/2019) |
| 02/15/2019 | 33 | ANSWER to Complaint with Jury Demand by William Puga, Kelly Ann Renzi, Wexford Health Sources Inc(Lombardo, Joseph) (Entered: 02/15/2019) |
| 02/20/2019 | 34 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' unopposed motion for extension of time to file their motion to dismiss 29 is granted. Defendants' responsive pleadings are due by 2/22/19; Plaintiff's response is due by 3/22/19; and Defendants' reply is due by 5/5/19. The Court sets a ruling date of 8/7/19 at 9:30 a.m. Mailed notice (rj, ) Modified on 2/20/2019 (rj, ). (Entered: 02/20/2019) |
| 02/20/2019 | 35 | MINUTE entry before the Honorable Sara L. Ellis: Minute entry 34 is modified to remove the striking of the 4/2/2019 ruling date. Status hearing set for 4/2/2019 at 9:30 a.m. to stand as ruling date on motion to transfer venue. Entry 34 is further modified to correct briefing on motion to dismiss. Defendants' reply is due by 4/5/2019. Ruling date of 8/7/2019 is stricken and reset for 7/16/2019 at 9:30 AM. Mailed notice (rj, ) (Entered: 02/20/2019) |
| 02/22/2019 | 36 | ATTORNEY Appearance for Defendants Dr. Chess, Shane Reister, Jeff Sims by Nicholas Scott Staley (Staley, Nicholas) (Entered: 02/22/2019) |
| 02/22/2019 | 37 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants John Baldwin, Sylvia Butler, Dr. Chess, Melvin Hinton, Shane Reister, Jeff Sims, State Of Illinois (Staley, Nicholas) (Entered: 02/22/2019) |
| 03/01/2019 | 38 | REPLY by Defendants John Baldwin, Sylvia Butler, Dr. Chess, Melvin Hinton, Dr. Nunez, William Puga, Shane Reister, Kelly Ann Renzi, Jeff Sims, State Of Illinois, Wexford Health Sources Inc to response in opposition to motion, 31 , motion to transfer case, 26 (Staley, Nicholas) (Entered: 03/01/2019) |
| 03/08/2019 | 39 | *Defendants' Amended Answer and Affirmative Defenses to Plaintiff's Complaint* ANSWER to Complaint with Jury Demand by William Puga, Kelly Ann Renzi, Wexford Health Sources Inc(Lombardo, Joseph) (Entered: 03/08/2019) |
| 03/22/2019 | 40 | RESPONSE by Anthony Gayin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants John Baldwin, Sylvia Butler, Dr. Chess, Melvin Hinton, Shane Reister, Jeff Sims, State Of Illinois 37 (Weil, Stephen) (Entered: 03/22/2019) |

| | | |
|---|---|---|
| 03/27/2019 | 41 | ORDER: The Court grants Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404 26 . The Court transfers this case to the U.S. District Court for the Central District of Illinois. See Statement. Civil case terminated. Signed by the Honorable Sara L. Ellis on 3/27/2019. Mailed notice (smm, ) (Entered: 03/28/2019) |
| 04/17/2019 | 42 | TRANSFERRED to the Central District of Illinois the electronic record.(smm, ) (Entered: 04/17/2019) |