IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, | ) |
| Plaintiff, | ) Case No. 1:19-CV-01133 |
| v. | ) Judge Harold A. Baker |
| | ) Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) |
| Defendants. | ) |

**THE PARTIES' REPORT REGARDING SUBMISSION OF AN ESI DISCOVERY PLAN**

Pursuant to the Court's October 22, 2019 Order [ECF 52], the parties to this litigation, through their undersigned counsel, submit the attached plan for the management of the discovery of electronically stored information (the "ESI Plan"). The parties engaged in multiple rounds of correspondence and telephone calls regarding the ESI Plan. The parties were able to agree on numerous aspects of the ESI Plan, but were unable to agree on others. The parties therefore submit two documents:

- Plaintiff's proposed ESI Plan is attached hereto as **Exhibit 1**.

- Defendants' objections to Plaintiff's proposed ESI Plan—set out in redline—are attached hereto as **Exhibit 2**. In the redline, provisions that Plaintiff seeks but to which Defendants object are in ~~strikethrough~~. Provisions that Defendants seek but to which Plaintiff objects are in underline.

The parties believe that a telephonic hearing would provide the Court the information needed to rule on the parties' differences regarding the ESI Plan.

WHEREFORE, the parties respectfully request that the Court set a telephonic hearing to allow the parties to explain their differences regarding the ESI Plan.

\*    \*    \*

1

November 15, 2019

Respectfully submitted,

*/s/ Nicholas S. Staley*
Nicholas S. Staley - nstaley@atg.state.il.us
Illinois Attorney General's Office
100 W Randolph Street
13th Floor
Chicago, IL 60601

*/s/ Stephen H. Weil*
Stephen H. Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312-243-5900

*/s/ Joseph N. Rupcich*
Joseph N. Rupcich - jrupcich@cassiday.com
Cassiday Schade LLP
111 North 6th Street
Suite 200
Springfield, IL 62701
217-572-1714

Antonio Romanucci - aromanucci@rblaw.net
Nicolette Ward - nward@rblaw.net
Romanucci & Blandin LLC
321 N Clark Street
Suite 900,
Chicago, IL 60654
312-458-1000

*/s/ Stetson Atwood*
Stetson Atwood - atwood@dbmslaw.com
Donohue Brown Mathewson & Smyth LLC
140 South Dearborn Street,
Suite 800
Chicago, IL 60603
(312) 422-9939

Maggie E Filler - maggie.filler@macarthurjustice.org
Roderick and Solange MacArthur Justice Center
375 E. Chicago Avenue,
Chicago, IL 60611
(312) 503-1271

*Counsel for Defendants*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                      /s/ Stephen H. Weil