044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | Case Number 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorney, Jessica N. Klaus of CASSIDAY SCHADE LLP, and for their Motion to Substitute Counsel, states as follows:

1. Attorneys Joseph J. Lombardo and Matthew H. Weller previously entered their appearance in this matter.

2. Attorneys Joseph J. Lombardo and Matthew H. Weller are no longer involved in any proceedings in this matter.

3. Attorney Jessica N. Klaus is now assigned to represent the above-named Defendants in this matter and has entered her appearance for these Defendants.

4. It is requested that Jessica N. Klaus be substituted as counsel for the Defendants listed herein, and that Attorneys Joseph J. Lombardo and Matthew H. Weller be removed from the Court's service list as counsel for the Defendants listed herein.

2

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court to allow the substitution of Attorney Jessica N. Klaus for Attorneys Joseph J. Lombardo and Matthew H. Weller and that Attorneys Joseph J. Lombardo and Matthew H. Weller be removed from the service list as counsel for Defendants named herein.

                Respectfully submitted,

                CASSIDAY SCHADE LLP

By: /s/ Jessica N. Klaus
    One of the Attorneys for Defendants,
    WEXFORD HEALTH SOURCES, INC.,
    KELLY RENZI, PSY.D., and WILLIAM
    PUGA, M.D.

Jessica N. Klaus
ARDC No. 6315478
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jklaus@cassiday.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2019, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street. 13th Floor
Chicago IL 60601
nstaley@atg.state.il.us
tinouye@atg.state.il.us

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
daniel-greenfield@law.northwestern.edu

Stephen H. Weil, Esq.
Alexis G. Chardon
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
ali@weilchardon.com

/s/ Jessica N. Klaus

9340198 JKLAUS;MCOVEY