# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-CV-1133 ) ) |
| JOHN BALDWIN, *et al.*, | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Now Comes Kwame Raoul, Attorney General for the State of Illinois, by Alan Remy Taborga, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of Defendants, John Baldwin, Sylvia Butler, Jamie Chess, Melvin Hinton, Shane Reister, and Jeff Sims, in the above cause brought by the Plaintiff, Anthony Gay.

Dated: January 22, 2020

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendants,*
JOHN BALDWIN, SYLVIA BUTLER,
JAMIE CHESS, MELVIN HINTON,
SHANE REISTER, and JEFF SIMS

Respectfully submitted,

By:    s/    *Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing *Notice of Appearance for Defendants*, with the Clerk of Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Antonio M Romanucci
Nicolette Anne Ward
ROMANUCCI & BLANDIN LLC
aromanucci@rblaw.net
nward@rblaw.net

Maggie E Filler
RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
maggie.filler@macarthurjustice.org

Stephen H Weil
LOEVY & LOEVY
weil@loevy.com

Joseph N Rupcich
Jessica Nicole Klaus
CASSIDAY SCHADE LLP
jrupcich@cassiday.com
jklaus@cassiday.com

                Respectfully submitted,

By:    s/    *Alan Remy Taborga*
      Alan Remy Taborga
      Assistant Attorney General
      Office of the Illinois Attorney General
      1776 East Washington Street
      Urbana, Illinois 61802
      Phone: (217) 278-3332
      E-Mail: ATaborga@atg.state.il.us