044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>             Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>             Defendants. | Case Number 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF AMENDED ESI PROTOCOL

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorney, Jessica N. Klaus of CASSIDAY SCHADE LLP, and for Defendants' Response to Plaintiff's Memorandum Regarding ESI Protocol, state as follows:

### I.   Background

Following the Court's December 6, 2019, telephonic hearing, the parties engaged in meet-and-confer efforts to resolve their discovery disputes. Minute Entry for December 6, 2019. Defendant Wexford was able to come to an agreement with Plaintiff regarding all ESI discovery disputes, save one – the overbroad list of search terms that Plaintiff seeks to use in his search for relevant documentary evidence. Because the parties were unable to reach an agreement on this issues, the Court asked that it be brief for consideration by the Court. On January 24, 2020, this Court entered an order finding that the appropriate search terms were those proposed by the

defense. The Court ordered that the parties enter an agreed ESI protocol consistent with its order on or before February 7, 2020. The parties complied with this order and an agreed protocol was filed on February 7, 2020. However, the Plaintiff's attorney also filed a motion asking that the agreed protocol be amended.

The Co-Defendants' attorney has already filed a brief outlining the procedural issues with Plaintiff's request pursuant to Fed. R. Civ. Proc. 59(e). The undersigned joins Co-Defendants' brief in that regard. In addition, Defendants reassert the arguments they raised when challenging Plaintiff's request the first time it was made, less than three months ago. Please find a copy of Defendants' initial response brief attached as Exhibit A. The Defendants should not have to incur the unnecessary legal fees and costs associated with drafting a second brief because Plaintiff believes he is entitled to file a second motion where his first has already failed.

WHEREFORE, Defendants respectfully request that Plaintiff's motion for entry of amended ESI protocol be denied.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Jessica N. Klaus
Attorneys for Defendant, WEXFORD
HEALTH SOURCES, INC., KELLY RENZI,
PSY.D., and WILLIAM PUGA, M.D.

Jessica N. Klaus
ARDC No. 6315478
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jklaus@cassiday.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing Defendants' Response to Plaintiff's Memorandum Regarding ESI Protocolwith the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611

Stephen H. Weil, Esq.
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

/s/ Jessica N. Klaus

9425232 BJTAYLOR;BJTAYLOR

3