044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | Case Number  19-cv-01133<br><br>Judge Colin Stirling Bruce |

## PARTIAL MOTION TO DISMISS

NOW COMES the Defendants, WEXFORD HEALTH SOURCES, INC. AND WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby submits for their Partial Motion to Dismiss, stating as follows:

1. On October 28, 2018, Plaintiff filed his Complaint, which on March 7, 2020, he amended. Doc. 82. Plaintiff alleged liability against Defendant Wexford *Monell v. New York City Department of Social Services*, 436 U.S. 658, 691-92 (1978) in that Wexford denied him appropriate mental health treatment, leading to mental decompensation in solitary confinement and repeated acts of self-mutilation.

2. Plaintiff claims Defendant Puga treated him from 2016 to 2018 and that Wexford has had the contract in Illinois "during a number of years of [Plaintiff's] imprisonment." Doc. 82 at 7. Plaintiff's Amended Complaint pleads facts going back to the 1990s. The statute of

limitations for §1983 claims is two years. Plaintiff should be limited to claims for relief alleging harm from October 28, 2016, to October 26, 2018.

3. Moreover, Plaintiff cannot delay accrual of his claims using the "continuing violation" doctrine because he has repeatedly sued over his mental health care and self-mutilation, undermining the purposes of the "continuing violation" doctrine.

4. Filed contemporaneously and incorporated by reference is a Memorandum of Law in support of this Motion.

5. WHEREFORE, for the above reasons, Defendants respectfully request this Honorable Court grant their Motion to Dismiss, limiting Plaintiff's claims against them to events from October 28, 2016, to October 26, 2018.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
Attorneys for Defendant, WILLIAM PUGA
and WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I electronically filed the foregoing Partial Motion to Dismiss with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street,13th Floor
Chicago IL 60601

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611

Stephen H. Weil, Esq.
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

3

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

/s/ Joseph N. Rupcich

9454444 JRUPCICH;SPRESSLE