# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-CV-01133 |
| ) | |
| v. ) | Judge Harold A. Baker |
| ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION

Plaintiff, through undersigned counsel, hereby moves the Court for an extension of time to respond to the Motion to Dismiss in Part filed by Defendant Wexford Health Sources, Inc. ("Wexford") and Dr. William Puga. (ECF 88.) Counsel for Plaintiff has consulted with counsel for Wexford and Dr. Puga, and was informed that the defendants do not oppose this motion. In support of his motion Plaintiff states:

1. Wexford and Dr. Puga filed the Motion to Dismiss in Part on March 23, 2020. Under the Local Rules, Plaintiff's response is due today, on April 6.

2. Plaintiff's counsel at Loevy & Loevy have taken on the responsibility of responding to the Motion to Dismiss. Since March 23, however, those same counsel have undertaken three different emergency injunctive actions concerning the COVID-19 coronavirus.

3. The first action is *Money v. Prizker*, No. 1:20-cv-02093 (N.D. Ill.) an original action filed on April 2, 2020 in which counsel brought a simultaneous complaint and motion for temporary restraining order to address the threat posed by COVID-19 to prisoners in the Illinois Department of Corrections. The Court has ordered expedited briefing and hearings, which counsel are preparing as of this filing.

4. The second case involves an existing action, *Dobbey v. Weilding*, No. 1:13-cv-1068 (N.D. Ill.). *Dobbey* concerns allegedly unlawful conditions at Stateville Correctional Center. On April 2, 2020, counsel filed an emergency motion in that case to appoint a special master to address the COVID-19 crisis at Stateville, which has spilled out to tax the resources of a local hospital.

5. The third action is *Mays v. Dart*, No. 1:20-cv-02134 (N.D. Ill.), and concerns the threat of COVID-19 to detainees at the Cook County Jail. On April 3, 2020, Plaintiffs filed a simultaneous complaint and motion for temporary restraining order, and have since been responding to court orders to file supplemental briefing and prepare for an emergency hearing on the subject.

6. The work of counsel in the three COVID-19 cases began shortly after Wexford's motion to dismiss was filed; because of the emergency nature of each of the COVID-19 cases, that work has been unrelenting through the present. Litigating these emergent matters has made it impossible for counsel to give appropriate attention the Motion to Dismiss in time for the present due date.

7. Plaintiff therefore respectfully requests two additional weeks, to **April 20, 2020**, to complete his response to the Motion to Dismiss in Part.

8. Defendants do not oppose this request.

April 6, 2020

Respectfully submitted,

Antonio Romanucci - aromanucci@rblaw.net
Nicolette Ward - nward@rblaw.net
Romanucci & Blandin LLC
321 N Clark Street
Suite 900,
Chicago, IL 60654
312-458-1000

*/s/ Stephen H. Weil*
Stephen H. Weil – weil@loevy.com
Jon Loevy – jon@loevy.com
Sarah Grady – sarah@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312-243-5900

2

#

Maggie E Filler - maggie.filler@macarthurjustice.org
Roderick and Solange MacArthur Justice Center
375 E. Chicago Avenue,
Chicago, IL 60611
(312) 503-1271

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2020, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                      /s/ Stephen H. Weil