IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Harold A. Baker |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## IDOC DEFENDANTS' SECOND
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, Rob Jeffreys, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, Jamie Chess, and John Varga (the "IDOC Defendants") by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby move for an extension of time to answer or otherwise plead to Plaintiff's Amended Complaint. In support thereof, Defendants state as follows:

1. On March 7, 2020, Plaintiff filed his Amended Complaint in this matter. *See* Dkt. 82.

2. Plaintiff's Amended Complaint named a number of additional defendants, five of which who have yet to appear; Michael Melvin, Terri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus.

3. Pursuant to FED. R. CIV. P. 15(a)(3) and Rule 6(a)(1)(C), the IDOC Defendants' answer to Plaintiff's Amended Complaint was originally due March 23, 2020.

4. On March 23, 2020, the IDOC Defendants sought an unopposed extension of time to answer or otherwise plead. Dkt. 86.

5. On March 24, 2020, the Court granted Defendants motion and ordered their responsive pleading to be filed on or before April 13, 2020. *See* Text order dated March 24, 2020.

6. The Office of the Illinois Attorney General ("OAG") expects to represent the five defendants that have yet to appear. However, the OAG has not yet processed any requests for representation for these individuals and thus, cannot take any action on their behalf.

7. The undersigned believes requests for representation will be forthcoming. Once the OAG receives requests for representation, the undersigned will need to confer with those defendants regarding any responsive pleading or potential motion to be filed.

8. In the interests of efficiency, the undersigned requests that the deadline for the IDOC Defendants to file their motion to dismiss or any responsive pleading be extended by fourteen (14) days, up and including April 27, 2020.

9. This will allow all defendants represented by the OAG to answer or otherwise plead together and will alleviate unnecessary motion practice.

10. On April 13, 2020, counsel for the IDOC Defendants conferred with Plaintiff's counsel and confirmed there is no objection to this motion.

11. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted.

WHEREFORE, the IDOC Defendants requests that the deadline for the IDOC Defendants to file their motion to dismiss or any responsive pleading be extended by fourteen (14) days, up and including April 27, 2020, and for such further relief as the Court finds reasonable and just.

Dated: April 13, 2020

Respectfully Submitted,

KWAME RAOUL  
Attorney General of Illinois

By: /s/ Nicholas S. Staley  
NICHOLAS S. STALEY  
Unit Supervisor, Prisoner Litigation  
General Law Bureau  
Office of the Illinois Attorney General  
100 West Randolph Street, 13th Floor  
Chicago, Illinois 60601  
(312) 814-3953  
nstaley@atg.state.il.us

## CERTIFICATE OF SERVICE

      The undersigned certifies that on April 13, 2020, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                            */s/ Nicholas S. Staley*
                                            NICHOLAS S. STALEY