AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| ANTHONY GAY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-1133 |
| ROB JEFFREYS, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Melvin - Defendant.

Date: 04/28/2020

/s/ Nicholas S. Staley
*Attorney's signature*

Nicholas S. Staley #6314066
*Printed name and bar number*

100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

*Address*

nstaley@atg.state.il.us
*E-mail address*

312-814-3953
*Telephone number*

*FAX number*