# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 19-cv-1133 |
| JOHN BALDWIN, et al., | ) ) | Hon. Harold A. Baker, Judge |
| Defendants. | ) ) | Hon. Eric I. Long, Mag. Judge |

## DEFEDANTS' PROPOSED AMENDED DISCOVERY SCHEDULE

1.  Pursuant to this Court's January 13, 2021 Order, the parties held a meeting via telephone conference on January 20, 2021 to discuss a proposed amended discovery schedule. Jan. 13, 2021 Text Order. Sarah Grady, Stephen Weil, Nicolette Ward, and Maggie Filler participated for Plaintiff, Laura Ieremia participated for Defendant Nunez, Nicholas Staley participated for the IDOC Defendants, and Joy Syrcle participated for the Wexford Defendants.

2.  The parties were unable to reach an agreement as to a proposed schedule. Defendants propose the following:

    –   Deadline to complete fact discovery: 01/20/22

    –   Deadline for Plaintiff's Rule 26(a)(2) disclosures: 03/06/22

    –   Deadline for Defendants' Rule 26(a)(2) disclosures: 04/20/22

    –   Deadline for Plaintiff's Rule 26(a)(2) rebuttal disclosures (if any): 05/20/22

    –   Deadline to complete expert discovery: 06/17/22

    –   Deadline to file dispositive motions (if any): 8/1/22

Defendants note Plaintiff makes extensive allegations relating to numerous parties and potentially encompassing voluminous medical and mental health records, from various storage mediums. In

addition, scheduling of depositions is currently complicated by COVID-19 precautions. Under these circumstances, Defendants believe a shorter time period for completion of fact discovery is not realistically feasible.

3. Defendants are aware Plaintiff seeks to set additional intermediary deadlines with respect to certain document production. Defendants do not believe such intermediary deadlines are necessary at this time but will review previous productions and supplement them in accordance with obligations under the Federal Rules of Civil Procedure.

4. The parties agree that the case will be ready for trial 3 months after dispositive motions are filed, or any date thereafter when the Court's schedule permits, and anticipate that the trial will take approximately 5-10 days.

Respectfully submitted,

/s/ Joy Syrcle
Joy Syrcle
Attorney for Wexford Defendants

Joy Syrcle
CASSIDAY SCHADE LLP
3100 Montvale Dr.
Springfield, IL 62704
(217) 572-1714

/s/Nicholas Staley (with consent)
Nicholas Staley
Attorney for IDOC Defendants

Nicholas Staley
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 West Randolph St., 13th Fl.
Chicago, IL 60601
(312) 814-3953
nstaley@atg.state.il.us

/s/ Laura Ieremia (with consent)
Laura Ieremia
Attorney for Dr. Nunez

Laura Ieremia
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn St., Ste. 800
Chicago, IL 60603
(312) 422-0900
ieremia@dbmslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street,13th Floor
Chicago IL 60601

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street. Suite 800
Chicago, IL 60603

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611

Stephen H. Weil, Esq.
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

/s/ Joy C. Syrcle