# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN BALDWIN, *et al.*, )<br>)<br>Defendants. ) | Case No. 19-CV-1133 |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Now Comes Kwame Raoul, Attorney General for the State of Illinois, by James Robinson, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of Defendants, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia, Butler, Jamie Chess, Michael Melvin, Terri Kennedy, Emily Ruskin, Justin Wilks, Sonja Nicklaus, Rob Jeffreys and John Varga, in the above cause brought by the Plaintiff, Anthony Gay.

Dated: February 11, 2021          Respectfully submitted,

Kwame Raoul
Attorney General          By:     s/     *James Robinson*
State of Illinois                   James Robinson
                                    Assistant Attorney General
                                    Office of the Illinois Attorney General
                                    100 West Randolph Street
                                    13th Floor
                                    Chicago, Illinois 60601
                                    Phone: (312) 814-7199
                                    E-Mail: jrobinson@atg.state.il.us

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing *Notice of Appearance for Defendants*, with the Clerk of Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Antonio M. Romanucci
Nicolette Anne Ward
ROMANUCCI & BLANDIN LLC
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler
RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
maggie.filler@macarthurjustice.org

Stephen H. Weil
Arthur Loevy
Jonathan I. Loevy
Sarah C. Grady
LOEVY & LOEVY
weil@loevy.com
arthur@loevy.com
jon@loevy.com
sarah@loevy.com

Joseph N Rupcich
Jessica Nicole Klaus
CASSIDAY SCHADE LLP
jrupcich@cassiday.com
jklaus@cassiday.com

Stetson F. Atwood
Laura Coffey Ieremia
DONOHUE BROWN MATHEWSON & SMYTH LLC
atwood@dbmslaw.com
ieremia@dbmslaw.com

Respectfully submitted,

By:   s/   *James Robinson*
James Robinson
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
Phone: (312) 814-7199
E-Mail: jrobinson@atg.state.il.us