044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | Case Number  19-cv-01133<br><br>Judge Colin Stirling Bruce |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

NOW COMES the Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and for their Motion for Extension of Time to File Reply, states as follows:

　　　1.　　On March 29, 2021 Defendants filed a Joint Motion for Protective Order, seeking protection of confidential information which is anticipated to be contained in documents produced in this case. [Doc. 121].

　　　2.　　The Court entered Defendants' Proposed Order but gave Plaintiff an opportunity to file objections. [Text Order dated March 30, 2021; Doc. 122].

　　　3.　　Plaintiff filed his Response to the Motion for Protective Order on April 12, 2021. [Doc. 123].

4. The Court entered a Text Order on April 14, 2021, instructing Defendants to reply to Plaintiff's Response by April 23, 2021. [Text Order dated April 14, 2021].

5. Certain Defendants in this case are employees of the Illinois Department of Corrections and are represented by the Attorney General's office.

6. On or about April 13, 2021, the Attorney General's office discovered their network had been compromised. (See Press Release attached hereto as Exhibit A, retrieved from https://illinoisattorneygeneral.gov/pressroom/2021_04/20210313.html on April 23, 2021).

7. Upon information and belief, since on or about April 13, 2021, the staff of the Attorney General's office have had no access to their email or phones.

8. The undersigned counsel has been unable to reach counsel for the IDOC Defendants.

9. It is necessary for defense counsel to confer in order to provide the Court a consolidated Reply on behalf of all defendants.

10. In light of these circumstances, Defendants respectfully request an additional 14 days, up to and including May 7, 2021, by which to file their Reply to Plaintiff's Response to the Motion for Protective Order.

11. This request is made in good faith, precipitated by circumstances beyond Defendants' control, and not for the purpose of delay.

12. Plaintiff's counsel does not object to the requested extension.

WHEREFORE Defendants respectfully request the Court grant an additional 14 days, up to and including May 7, 2021, by which to file their Reply to Plaintiff's Response to Motion for Protective Order and grant such other further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
    Attorneys for Defendant, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2021, I electronically filed the foregoing Motion for Extension of Time to File Reply with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

James Robinson
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611

Stephen H. Weil, Esq., Sarah Grady
Jon Loevy, Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

5

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joy C. Syrcle

9817316 JSYRCLE;JSYRCLE