**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 1133 |
| | ) | |
| JOHN BALDWIN, et al., | ) | Hon. Harold A. Baker, Judge |
| | ) | |
| Defendants. | ) | Hon. Eric I. Long, Mag. Judge |

# EXHIBIT A



Sarah Grady <sarah@loevy.com>

## Gay v. Baldwin - ESI & supplemental production
28 messages

**Sarah Grady** <sarah@loevy.com>     Mon, Mar 1, 2021 at 1:01 PM
To: "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Dear Counsel:

During our Rule 26(f) conference, counsel for the IDOC Defendants indicated that they would provide supplemental discovery responses by February 3. It is now March 1 and we have not received them. Please provide them by Wednesday, March 3.

Wexford's counsel indicated that they needed to confer with their client before providing dates when they could provide supplemental responses and documents. It has now been more than six weeks and we have received no further word. Please advise when you will be able to supplement your production.

Finally, please confirm that both sets of Defendants will be producing the ESI by 3/22/21. If Defendants do not agree, please let us know a good time to meet and confer and discuss deadlines for production.

Thanks.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

**Staley, Nicholas** <NStaley@atg.state.il.us>     Wed, Mar 3, 2021 at 3:22 PM
To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

It was my understanding that the February 3rd deadline was voided when we advised that we could not agree to your 26(f) report. Thereafter the parties filed separate reports and the court set no deadline in regards to supplemental disclosures. I will not be able to provide you any supplement by your March 3rd deadline.

Best Regards,

NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation

General Law Bureau

Office of the Illinois Attorney General

(312) 814-3953 (Office)

(314) 602-3902 (Cell)

nstaley@atg.state.il.us

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>  Thu, Mar 4, 2021 at 10:38 AM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Nick:

You provided February 3rd as the deadline for supplementing. The Court didn't impose a contrary date, and we're frankly not sure how you can contend that the Court's silence on the subject voided your agreement. Certainly there would be no basis for you to contend that the lack of a deadline for supplemental production and discovery responses relieves Defendants of their responsibility to timely and diligently supplement their responses to discovery pursuant to Rule 26. Yet you have provided no date by which you expect to provide such supplements.

Given your position and the fact that counsel for the other Defendants have provided no response at all, we would like to schedule a Rule 37 conference to discuss the schedule for production of supplemental discovery and ESI documents. Please let us know when you are available to confer between now and early next week.

Thanks.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>  Thu, Mar 4, 2021 at 10:41 AM
To: Sarah Grady <sarah@loevy.com>, "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah:  I'm reviewing the discovery and will respond to your email shortly.  Thanks.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com

CASSIDAY SCHADE LLP

Illinois | Indiana | Missouri | New Mexico | Wisconsin

[Quoted text hidden]

**WE HAVE MOVED**

Please note our new address:

**CASSIDAY SCHADE LLP**

3100 Montvale Dr

Springfield, IL 62704

Our phone and fax number remain the same

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

---

**Staley, Nicholas** <NStaley@atg.state.il.us>   Thu, Mar 4, 2021 at 10:49 AM
To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

I can provide the supplements by the 19th and I am still okay providing the ESI by the 22nd. I cannot commit to anything earlier do to other matters. If that is amenable to you please let me know.

Best Regards,

NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation

General Law Bureau

Office of the Illinois Attorney General

100 West Randolph Street, 13th Floor

Chicago, Illinois 60601

(312) 814-3953 (Direct)

nstaley@atg.state.il.us



E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Illinois Attorney General. Thank you for your cooperation.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Thursday, March 4, 2021 10:39 AM
**To:** Staley, Nicholas <NStaley@atg.state.il.us>

[Quoted text hidden]

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>                                    Sat, Mar 6, 2021 at 5:45 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Nick, we can agree to those dates.

Since we haven't heard from Wexford, I'd still like to set up a call to discuss supplemental production and ESI production. Nick, assuming that we have an agreement, I don't think it's necessary for you to participate (although you are welcome). Joe, please let us know when early next week you're available to talk. Thanks.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>                       Mon, Mar 8, 2021 at 9:12 AM
To: Sarah Grady <sarah@loevy.com>, "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Hi Sarah: in the process of reviewing we realized there's no protective order in place. I think this might have stalled out. What is your recollection of where we were on that? We will get you a projected date for ESI and other materials. We will shoot for March 22 for a supplement but that it tentative based on how busy our contacts are at Wexford. Thanks.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com

CASSIDAY SCHADE

Illinois | Indiana | Missouri | New Mexico | Wisconsin

[Quoted text hidden]

**WE HAVE MOVED**

[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>     Fri, Mar 19, 2021 at 4:31 PM
To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joe" <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

I will need to push the supplemental responses until Monday. I was hoping to finish them up today, but it will not be possible.

Best Regards,

NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation

General Law Bureau

Office of the Illinois Attorney General

(312) 814-3953 (Office)

(314) 602-3902 (Cell)

nstaley@atg.state.il.us


**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Saturday, March 6, 2021 5:45 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>     Fri, Mar 19, 2021 at 7:00 PM

To: "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Staley, Nicholas" <NStaley@atg.state.il.us>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Joe:

It looks to me like this is ready to file, according to my records (and also the name of the document as you'll see). If counsel could just confirm that this is agreed, we'll get a motion on file. Thanks.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

 **Protective Order CDIL - NS Edits 3.14.20 [L&L Edits] READY TO FILE.docx**
72K

---

**Staley, Nicholas** <NStaley@atg.state.il.us>                                   Mon, Mar 22, 2021 at 10:01 AM
To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

This is what we have previously agreed to.


Best Regards,


NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation

General Law Bureau

Office of the Illinois Attorney General

(312) 814-3953 (Office)

(314) 602-3902 (Cell)

nstaley@atg.state.il.us


[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>                                                Mon, Mar 22, 2021 at 3:57 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Thanks. Joe?

**Sarah C. Grady**
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>     Mon, Mar 22, 2021 at 3:59 PM
To: Sarah Grady <sarah@loevy.com>, "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sorry. This is fine with us. I'm checking whether Jess produced anything subject to the protective order already. Sometimes we do that with agreement to treat them as confidential until order entered. To the extent she did, we'd ask that any documents produced subject to a protective order be treated as covered by this protective order.

We should have our ESI from client this week and will review and make production of relevant materials shortly thereafter. Thanks.

[Quoted text hidden]
[Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]
>> [Quoted text hidden]
>>> [Quoted text hidden]



>>> [Quoted text hidden]
>> [Quoted text hidden]

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>     Mon, Mar 22, 2021 at 4:01 PM
To: "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Staley, Nicholas" <NStaley@atg.state.il.us>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Yes, that arrangement is fine.

**Sarah C. Grady**
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607

Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>  Mon, Mar 22, 2021 at 8:32 PM
To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Counsel,

Attached is the IDOC Defendant supplemental responses to Plaintiff's RTP. Despite my attempts, I am not in a position to produce the ESI at this time. My intent is to be able to produce within the next couple of weeks.

[Quoted text hidden]

 **IDOC Defendants 2nd Amended and Supplemental Responses to RTP.pdf**
271K

---

**Sarah Grady** <sarah@loevy.com>  Fri, Mar 26, 2021 at 8:00 AM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Thanks Nick.

I'm attaching a proposed joint motion that I'd like to file at noon unless there are issues/objections. If each set of attorneys could let me know that I have their permission to attach signatures, I would appreciate it.

I would also again request that counsel provide times for a Rule 37 conference. On January 20, the parties recognized that Wexford and IDOC Defendants needed to supplement their discovery responses in light of the district court's order and needed to provide ESI given the Court's order, yet to date no documents have been produced. We would like to discuss a timeline that the parties can agree to in order to avoid motion practice, or agree that the parties are at an impasse regarding Defendants' responsibilities to timely supplement so that we can put the issue before the Court. Please let me know when you are available.

Thanks.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

**2 attachments**

 **Joint Motion for Entry of Confidentiality Order.docx**
26K

**Confidentiality Order [to File].docx**

53K

---

**Staley, Nicholas** <NStaley@atg.state.il.us>      Fri, Mar 26, 2021 at 11:13 AM
To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I have one minor edit to the confidentiality order that I did not catch before. I don't foresee it being a problem. I have no edits to the motion. Thanks for drafting, Sarah.

[Quoted text hidden]

 **Confidentiality Order to File - NS Edits.docx**
55K

---

**Sarah Grady** <sarah@loevy.com>      Fri, Mar 26, 2021 at 12:17 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Thanks Nick. I added the "of" back. Please do all let me know whether I can append your signatures to the joint motion.

Thanks.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>      Fri, Mar 26, 2021 at 12:26 PM
To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I am not sure I understand the need for "of". Perhaps we read the sentence differently.

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>      Fri, Mar 26, 2021 at 12:35 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

It seems we do--we agreed to this provision because it allows for the redaction of home addresses and similar information because that information is typically not relevant to the case. Permitting Defendants to redact names of wide swaths of individuals, including IDOC employees and other potential witnesses, is quite different, especially given that unlike the ability to mark the document confidential, this provision permits redaction without any reason to believe that it is necessary. We can't agree to giving Defendants the right to redact that information, and we've never encountered a problem with that in other cases. Given that the confidentiality order permits you to mark as confidential any document you believe would

reasonably impair the safety and security of the IDOC, we don't think there is good cause for the provision as you've written it. Maybe you could explain why you think it's necessary?

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>    Fri, Mar 26, 2021 at 12:40 PM
To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

(a)     The provision as written with my edits specifically calls for allowed redactions unless "the information is relevant to the litigation." Are you contending that you have a right to irrelevant information?

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>    Fri, Mar 26, 2021 at 12:49 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

The parties often disagree about what is relevant. That is precisely why the Federal Rules set out a procedure for those disagreements through motions for a protective order. Surely you would agree that Defendants are not permitted to redact every portion of a responsive document that they contend is not relevant. Permitting you to redact names of any individual you like on the basis that you believe it is not relevant would do nothing to ensure a smooth discovery period. To the contrary, it would invite a huge administrative burden on both sides: for you to comb through every document to determine any name you think is not relevant, for us to do the same, for both sides who would be forced to conduct multiple Rule 37 calls to discuss each redaction and the parties' positions regarding relevance, and for the Court who would inevitably be required to rule on the particular relevance of each redaction pursuant to the protective order.

The confidentiality order, as written, permits Defendants to mark as confidential information or documents "that would reasonably compromise the safety and security of Illinois Department of Corrections operations." That is a far broader provision that we typically agree to because it is open-ended in nature. But in an effort to work colleagially with Defendants, we've agreed to it in this case. We can't agree to a further redaction provision that permits to redact information based solely on a unilateral determination of relevance.

If there is a particular set of documents you believe contain information that is not relevant and needs to be redacted for some legitimate basis, I'm happy to discuss that. But the provision as you've edited it, is far too broad and from our perspective, not supported by good cause.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>    Fri, Mar 26, 2021 at 1:08 PM

To: Sarah Grady <sarah@loevy.com>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

The provision is not an opportunity to redact large portions of discovery. It is limited to personal information, much of which is covered under Rule 5.2. For example, names in a police report. The report would be disclosed, the names would be redacted. Certainly if you believed the report to be of significance we could have a discussion about disclosure of those involved, but I do not see this as a barrier for your discovery.

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>                                                             Fri, Mar 26, 2021 at 1:15 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I think you're reversing the burden at issue here. In a document that is responsive to Plaintiff's discovery requests, it is your burden to show good cause to redact information that the parties agree is not privileged but that one side believes is not relevant. I think it is particularly inappropriate given that, here, I expect that you will ask Plaintiff to make a showing to you about the relevance of particular information before you agree to unredact it. That is simply not something we're going to agree to, especially given that confidentiality orders and protective orders in general require the party who restricts production/dissemination of the material to show why that restriction is appropriate, and Defendants' ability under this order to mark any such information as confidential.

I anticipate that we're unfortunately going to be at odds on this issue. I have repeatedly asked you to tell me why you think this provision is necessary and haven't received any explanation. I suppose that we better have a Rule 37 conversation to see whether there is any opportunity for compromise on this issue--for example, a procedure by which you notify us of your intention to redact certain categories of names before producing documents--or whether we are at impasse.

Let me know when you are available. I have a motion hearing at 3 pm but am otherwise free. Thanks.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>                               Sun, Mar 28, 2021 at 10:36 AM
To: Sarah Grady <sarah@loevy.com>, "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I was in a deposition all day Friday and missed this. In reviewing the correspondence and protective order, I believe the relevant paragraph (f) should include Wexford Health employees, as they technically would not fall under "Illinois Department of Corrections employees." Would you mind adding that? Thanks.

[Quoted text hidden]
[Quoted text hidden]

**Sarah Grady** <sarah@loevy.com>　　　　　　　　　　　　　　　　Mon, Mar 29, 2021 at 12:00 PM
To: "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Staley, Nicholas" <NStaley@atg.state.il.us>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Thanks Joe. We don't have a problem including Wexford with IDOC employees so long as there is an "of" that appears in the provision. I've asked counsel repeatedly for a time to confer on this issue and issues regarding the schedule of production. Can folks please let me know when they are available to discuss?

Thank you.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>　　　　　　　　　　　Mon, Mar 29, 2021 at 12:00 PM
To: Sarah Grady <sarah@loevy.com>
Cc: "Staley, Nicholas" <NStaley@atg.state.il.us>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I'm pretty open today and tomorrow.

[Quoted text hidden]
[Quoted text hidden]

---

**Staley, Nicholas** <NStaley@atg.state.il.us>　　　　　　　　　　　　Mon, Mar 29, 2021 at 4:27 PM
To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joseph N." <jrupcich@cassiday.com>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

Defendants will be filing their own confidentiality order. As for a discussion on a schedule for production, I believe the only thing to discuss for the IDOC Defendants is ESI. I can be available tomorrow afternoon, with the exclusion of 3:30-4:30.

Best Regards,

NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation

General Law Bureau

Office of the Illinois Attorney General

(312) 814-3953 (Office)

(314) 602-3902 (Cell)

nstaley@atg.state.il.us

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Monday, March 29, 2021 12:00 PM
**To:** Rupcich, Joseph N. <jrupcich@cassiday.com>
**Cc:** Staley, Nicholas <NStaley@atg.state.il.us>; Syrcle, Joy C. <jsyrcle@cassiday.com>; Laura Ieremia <ieremia@dbmslaw.com>; Maggie Filler <maggie.filler@macarthurjustice.org>; Nicole e Ward <nward@rblaw.net>; Steve Weil <weil@loevy.com>
**Subject:** Re: Gay v. Baldwin - ESI & supplemental produc on

Thanks Joe. We don't have a problem including Wexford with IDOC employees so long as there is an "of" that appears in the provision. I've asked counsel repeatedly for a time to confer on this issue and issues regarding the schedule of production. Can folks please let me know when they are available to discuss?

Thank you.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com

Pronouns: she/her

On Sun, Mar 28, 2021 at 10:37 AM Rupcich, Joseph N. <jrupcich@cassiday.com> wrote:

> I was in a deposition all day Friday and missed this. In reviewing the correspondence and protective order, I believe the relevant paragraph (f) should include Wexford Health employees, as they technically would not fall under "Illinois Department of Corrections employees." Would you mind adding that? Thanks.
>
> **Joseph Rupcich** | Partner
> Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
> 3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com
>
> CASSIDAY SCHADE
>
> [Quoted text hidden]
>
> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]
>> [Quoted text hidden]
>>> [Quoted text hidden]
>>> [Quoted text hidden]
>>>> [Quoted text hidden]

> > > > > > > > [Quoted text hidden]
> > > > > > > > > [Quoted text hidden]
> > > > > > > > > [Quoted text hidden]
> > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > [Quoted text hidden]
>
> 
>
> > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > > [Quoted text hidden]
> > > > > > > > > > > [Quoted text hidden]
> > > > > > [Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>  Mon, Mar 29, 2021 at 4:35 PM
To: "Staley, Nicholas" <NStaley@atg.state.il.us>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, Laura Ieremia <ieremia@dbmslaw.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Nick:

I must say I do not appreciate asking for a Rule 37 call to discuss this matter, only to have you respond via email just moments before filing something in the district court. I think that is a clear violation of Rule 37 and we intend to raise this issue with the Court and your refusal to provide any time to discuss before filing a brief (seemingly waiting to respond so that your brief could be filed simultaneously with your email).

That said, there remains the issue of Defendants' production, and since you both are available tomorrow afternoon, let's plan to discuss at 1 pm. Here is a dial-in we can all use:

515/604-9605
668660#

Talk to you then.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]