**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19 C 1133 |
| JOHN BALDWIN, et al., | ) | Hon. Harold A. Baker, Judge |
| Defendants. | ) | Hon. Eric I. Long, Mag. Judge |

# EXHIBIT B



Sarah Grady <sarah@loevy.com>

# Gay - supplemental discovery responses & production
13 messages

**Sarah Grady** <sarah@loevy.com>  Tue, May 4, 2021 at 4:26 PM
To: "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, nstaley.ago@gmail.com
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Counsel:

When we spoke on March 30, Wexford reported that they would provide supplemental discovery responses within a few weeks and produce supplemental documents and documents from the ESI protocol within 3 weeks.

The IDOC reported that they could begin supplemental production of documents within 2 weeks and would provide a fulsome production within 30 days.

I understand that the compromise of the AG's server has delayed some aspects of some cases. But we have received nothing and have heard nothing from counsel for either set of Defendants about any reasons for any delays or even any requests for additional time. Unfortunately, it has now been approximately 5 months since Defendants acknowledged that supplemental production was due and we have received no additional documents. We expect that production will be made by Friday, May 7 or will be forced to move to compel.

If you would like to discuss please let me know. But without further information or even communication from counsel, we are forced to conclude that motion practice will be necessary to move forward with discovery in this case.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

**Sarah Grady** <sarah@loevy.com>  Tue, May 4, 2021 at 4:28 PM
To: "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, nstaley.ago@gmail.com, nicholas.staley@illinois.gov
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Recirculating to include Nick's updated email address.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

**Staley, Nicholas S.** <Nicholas.Staley@illinois.gov>  Tue, May 4, 2021 at 5:54 PM
To: Sarah Grady <sarah@loevy.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

Apologies for not reaching out sooner. I can be available to discuss Thursday if you would like. However, the IDOC Defendants will not be able to produce anything by the 7th. Without access to the OAG system there is not much I can do. I would suggest pushing off any ESI issues until we regain access to the network. For supplemental productions I am open to discussing a compromise. Please let me know what time would work for you on Thursday.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Tuesday, May 4, 2021 4:28 PM
**To:** Syrcle, Joy C. <jsyrcle@cassiday.com>; Rupcich, Joe <jrupcich@cassiday.com>; nstaley.ago@gmail.com <nstaley.ago@gmail.com>; Staley, Nicholas S. <Nicholas.Staley@Illinois.gov>
**Cc:** Maggie Filler <maggie.filler@macarthurjustice.org>; Nicolette Ward <nward@rblaw.net>; Steve Weil <weil@loevy.com>
**Subject:** [External] Re: Gay - supplemental discovery responses & production

[Quoted text hidden]

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**Sarah Grady** <sarah@loevy.com>                                           Wed, May 5, 2021 at 5:49 PM
To: "Staley, Nicholas S." <Nicholas.Staley@illinois.gov>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I can make Thursday work. What time works for you?

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]

---

**Staley, Nicholas S.** <Nicholas.Staley@illinois.gov>                      Wed, May 5, 2021 at 6:01 PM
To: Sarah Grady <sarah@loevy.com>
Cc: "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Rupcich, Joe" <jrupcich@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

How about 10am?

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Wednesday, May 5, 2021 5:49 PM
**To:** Staley, Nicholas S. <Nicholas.Staley@Illinois.gov>
**Cc:** Syrcle, Joy C. <jsyrcle@cassiday.com>; Rupcich, Joe <jrupcich@cassiday.com>; nstaley.ago@gmail.com <nstaley.ago@gmail.com>; Maggie Filler <maggie.filler@macarthurjustice.org>; Nicolette Ward

<nward@rblaw.net>; Steve Weil <weil@loevy.com>
**Subject:** Re: [External] Re: Gay - supplemental discovery responses & production

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>   Wed, May 5, 2021 at 6:02 PM
To: "Staley, Nicholas S." <Nicholas.Staley@illinois.gov>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, "Rupcich, Joe" <jrupcich@cassiday.com>, Steve Weil <weil@loevy.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>

Sure. 10 works. If it's just the 2 of us you can just call my on my cell: 402/917-0342.
[Quoted text hidden]
--
[Quoted text hidden]

---

**Steve Weil** <weil@loevy.com>   Wed, May 5, 2021 at 6:20 PM
To: Sarah Grady <sarah@loevy.com>

should I get on this
--
Stephen H. Weil
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
Tel:  312-243-5900
Fax: 312-243-5902
weil@loevy.com

[Quoted text hidden]

---

**Staley, Nicholas S.** <Nicholas.Staley@illinois.gov>   Wed, May 5, 2021 at 6:41 PM
To: Sarah Grady <sarah@loevy.com>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, "Rupcich, Joe" <jrupcich@cassiday.com>, Steve Weil <weil@loevy.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>

Works for me. I will call you then.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Wednesday, May 5, 2021 6:02 PM
**To:** Staley, Nicholas S. <Nicholas.Staley@Illinois.gov>
**Cc:** Maggie Filler <maggie.filler@macarthurjustice.org>; Nicolette Ward <nward@rblaw.net>; Rupcich, Joe <jrupcich@cassiday.com>; Steve Weil <weil@loevy.com>; Syrcle, Joy C. <jsyrcle@cassiday.com>; nstaley.ago@gmail.com <nstaley.ago@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>   Wed, May 5, 2021 at 8:28 PM
To: Steve Weil <weil@loevy.com>

Up to you. Don't think it's necessary
[Quoted text hidden]

---

**Syrcle, Joy C.** <jsyrcle@cassiday.com>   Thu, May 6, 2021 at 9:37 AM

To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joseph N." <jrupcich@cassiday.com>, "nstaley.ago@gmail.com" <nstaley.ago@gmail.com>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Sarah,

When we spoke in March, we assumed the Protective Order issue would be resolved within the 30 days. We need that resolved before we produce ESI. We have the same issues that Nick raised related to HIPAA information and other protected third-party information and need confirmation on the redaction issue before spending time preparing the documents for production. We are prepared to produce ESI within five days of a final order on the Protective Order.

Thanks,

Joy

**Joy Syrcle** | Attorney
Cassiday Schade LLP | Phone: 217.993.5643 | Fax: 217.572.1613
3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com

CASSIDAY SCHADE LLP

Illinois | Indiana | Missouri | New Mexico | Wisconsin

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Tuesday, May 4, 2021 4:27 PM
**To:** Syrcle, Joy C. <jsyrcle@cassiday.com>; Rupcich, Joseph N. <jrupcich@cassiday.com>; nstaley.ago@gmail.com
**Cc:** Maggie Filler <maggie.filler@macarthurjustice.org>; Nicolette Ward <nward@rblaw.net>; Steve Weil <weil@loevy.com>

[Quoted text hidden]

[Quoted text hidden]

**CONFIDENTIALITY NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

**Syrcle, Joy C.** <jsyrcle@cassiday.com>  Thu, May 6, 2021 at 9:39 AM
To: Sarah Grady <sarah@loevy.com>, "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Nicholas.Staley@Illinois.gov" <Nicholas.Staley@illinois.gov>
Cc: Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

I apologize I inadvertently responded to the email with the wrong email address for Nick. I'm resending here so that he is in the string.

**Joy Syrcle** | Attorney
Cassiday Schade LLP | Phone: 217.993.5643 | Fax: 217.572.1613
3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com

CASSIDAY SCHADE LLP

Illinois | Indiana | Missouri | New Mexico | Wisconsin

**Steve Weil** <weil@loevy.com>  Thu, May 6, 2021 at 9:40 AM
To: Sarah Grady <sarah@loevy.com>

ok I won't

--
Stephen H. Weil
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
Tel:  312-243-5900
Fax: 312-243-5902
weil@loevy.com

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>  Thu, May 6, 2021 at 9:42 AM
To: "Syrcle, Joy C." <jsyrcle@cassiday.com>
Cc: "Rupcich, Joseph N." <jrupcich@cassiday.com>, "Nicholas.Staley@Illinois.gov" <Nicholas.Staley@illinois.gov>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>, Steve Weil <weil@loevy.com>

Joy:

At no point did your office ever raise the need to resolve a dispute regarding the protective order as a predicate to production. In fact, your office expressly signed off on the version of the protective order that we've proposed to the court. And you haven't asked the Court for any stay related to the protective order issue--you've just helped yourself to a stay yet again without raising the issue or even bothering to inform Plaintiff that you did not intend to abide by your own deadlines.

You also haven't told us how many documents are implicated by your purported issue, and Plaintiff and Wexford have expressly agreed to production of documents marked confidential while the protective order is pending. Finally, nothing in your response has any bearing on the supplemental discovery responses or supplemental production of non-ESI. As we said earlier, we'll be looking for those materials by Friday. If we don't have them, we'll be filing something with the Court to compel.


Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com
Pronouns: she/her

[Quoted text hidden]