5/28/2021, Loevy & Loevy Mail - Gay -- amended HIPAA order for non-parties

1:19-cv-01133-SEM-DJQ   #127-3   Filed: 05/28/21   Page 1 of 2                                          E-FILED
                                                                                            Friday, 28 May, 2021 03:38:22 PM
                                                                                                Clerk, U.S. District Court, ILCD



Sarah Grady <sarah@loevy.com>

## Gay -- amended HIPAA order for non-parties
3 messages

**Steve Weil** <weil@loevy.com>                                                                        Fri, May 21, 2021 at 12:01 PM
To: jsyrcle@cassiday.com, "Rupcich, Joseph N." <jrupcich@cassiday.com>, Nicholas.Staley@illinois.gov
Cc: Sarah Grady <sarah@loevy.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>

Hello Counsel,

I'm attaching a proposed HIPAA order.  The present HIPAA order covers only PHI for Anthony Gay himself.  Pursuant to HIPAA's enacting regulations, the attached HIPAA order would cover PHI of non-parties, such as other prisoners.

This order is identical to the HIPAA order entered in Green v. Meeks, 20-cv-00463 (S.D. Ill.), which was entered unopposed.

Please let us know by COB whether you will oppose entry of this order.

Thanks,

Steve
  --
Stephen H. Weil
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
Tel:  312-243-5900
Fax: 312-243-5902
weil@loevy.com

---

📄 **2021.05.21 Gay Proposed Qualified Protective Order.docx**
28K

---

**Rupcich, Joseph N.** <jrupcich@cassiday.com>                                                          Fri, May 21, 2021 at 2:07 PM
To: Steve Weil <weil@loevy.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>, "Nicholas.Staley@illinois.gov" <Nicholas.Staley@illinois.gov>
Cc: Sarah Grady <sarah@loevy.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>

Mr. Weil:  I am not familiar with Green.  I am not agreeable to agreeing to disclose the protected health information of third parties.  To the extent the names of third party offenders appear in discovery documents we produce in this case in a fashion that discloses their PHI, I intend to redact the names. Thanks.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
3100 Montvale Dr, Springfield IL 62704 | www.cassiday.com

CASSIDAY SCHADE LLP

Illinois | Indiana | Missouri | New Mexico | Wisconsin

[Quoted text hidden]

**CONFIDENTIALITY NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify

us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

---

**Staley, Nicholas S.** <Nicholas.Staley@illinois.gov>  Fri, May 21, 2021 at 2:21 PM
To: "Rupcich, Joseph N." <jrupcich@cassiday.com>, Steve Weil <weil@loevy.com>, "Syrcle, Joy C." <jsyrcle@cassiday.com>
Cc: Sarah Grady <sarah@loevy.com>, Maggie Filler <maggie.filler@macarthurjustice.org>, Nicolette Ward <nward@rblaw.net>

I second Mr. Rupcich's position.

Best Regards,

NICHOLAS S. STALEY
Unit Supervisor, Prisoner Litigation
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3953
nicholas.staley@illinois.gov

---

**From:** Rupcich, Joseph N. <jrupcich@cassiday.com>
**Sent:** Friday, May 21, 2021 2:07 PM
**To:** Steve Weil <weil@loevy.com>; Syrcle, Joy C. <jsyrcle@cassiday.com>; Staley, Nicholas S. <Nicholas.Staley@Illinois.gov>
**Cc:** Sarah Grady <sarah@loevy.com>; Maggie Filler <maggie.filler@macarthurjustice.org>; Nicolette Ward <nward@rblaw.net>
**Subject:** [External] RE: Gay -- amended HIPAA order for non-parties

[Quoted text hidden]
State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.