044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Harold A. Baker<br><br>Magistrate Judge Eric I. Long |

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY AND ESI PRODUCTION FROM THE WEXFORD DEFENDANTS**

NOW COMES the Defendant, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and for its Response to Plaintiff, ANTHONY GAY's Motion to Compel Supplemental Discovery and ESI Production from the Wexford Defendants, states as follows:

　　1.　　Plaintiff files his Motion to Compel Supplemental Discovery and ESI Production from the Wexford Defendants ["Motion"], arguing the Wexford Defendants have failed to timely produce documents and supplemental written responses to Plaintiff's discovery. [Doc. 126].

　　2.　　Plaintiff's Motion is wholly unnecessary. As is clear from the correspondence attached to the Motion, the Wexford Defendants have not refused production, rather are awaiting resolution of the protective order related to confidential documents and redaction of protected health information of non-parties. [Doc. 126-2, p. 5].

3.  The Wexford Defendants had previously agreed to a timeframe for production of documents based on the belief that a protective order for confidentiality ["Confidentiality Order"] would be entered during that time. Since then, dispute arose regarding the terms of the Confidentiality Order. [Docs. 121, 122, 123, 125, and 130]. That dispute remains unresolved and the terms of the Confidentiality Order unclear.

4.  Plaintiff argues the Wexford Defendant did not raise the issue of need for redaction in any documents produced until after the dispute arose regarding the protective order. While this is true, it was not until after Plaintiff's objections to the Confidentiality Order that the Wexford Defendants became aware Plaintiff believed he was entitled to production of non-party protected health information. The assumption that redaction was appropriate and expected for personal identifying information of non-parties whose protected health information may be contained in documents being produced was supported by the existing HIPAA Qualified Protective Order, which covers only Plaintiff. [Doc. 22].

5.  An order compelling production by the Wexford Defendants is unnecessary as the Wexford Defendants are prepared to produce documents within five business days following resolution of the issues surrounding the Confidentiality Order.

WHEREORE Defendants respectfully request this Court deny Plaintiff's Motion to Compel and grant other such further relief deemed just and appropriate.

Respectfully Submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
One of the Attorneys for Defendant,
WEXFORD HEALTH SOURCES, INC.,
KELLY RENZI, PSY.D., and WILLIAM PUGA,
M.D.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL  62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the foregoing Response to Motion to Compel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

ATTORNEYS FOR JOHN BALDWIN, JEFF SIMS, SHANE REISTER, MELVIN HINTON, SYLVIA BUTLERand JOHN VARGA:
Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago IL 60601
(312) 814-3588
nstaley@atg.state.il.us
tinouye@atg.state.il.us
ATaborga@atg.state.il.us

ATTORNEYS FOR DR. NUNEZ:
Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

James Robinson
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601
(312) 814-7199
jrobinson@atg.state.il.us


ATTORNEYS FOR PLAINTIFF:
Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.

Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue
8th Floor
Boston, MA 02111
(857) 284-1455 (Phone)
(857) 284-8049 (Fax)
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
(312) 503-1271
daniel-greenfield@law.northwestern.edu

Stephen H. Weil, Esq.
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
sarah@loevy.com
jon@loevy.com

/s/ Joy C. Syrcle

9872170 JSYRCLE;JSYRCLE