E-FILED
Tuesday, 03 August, 2021  05:57:18 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 C 1133 |
| | ) | |
| v. | ) | Hon. Harold A. Baker, Judge |
| | ) | |
| JOHN BALDWIN, et al., | ) | Hon. Eric I. Long, Mag. Judge |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

**TO:  See attached service list**

The undersigned states that she served Plaintiff's First Supplemental Requests for Production to All Defendants in the above-captioned matter by emailing a copy to the parties identified in the attached service list on August 3, 2021.

Respectfully submitted,
s/ Nicolette A. Ward
Attorney for ANTHONY GAY

Nicolette A. Ward, #6324818
ROMANUCCI & BLANDIN LLC
321 N. Clark Street, Suite 900
Chicago IL, 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: nward@rblaw.net

## <u>SERVICE LIST</u>
*Gay v. Baldwin, et. al., 19-cv-01133*

Stephen H. Weil
Sarah C. Grady
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902
weil@loevy.com
sarah@loevy.com

Maggie E. Filler
RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
160 East Grand Avenue, 6th Floor
Chicago, IL 60611
Ph: (312) 503-0899
Fax: (312) 503-0891
maggie.filler@macarthurjustice.org

Nicholas S. Staley
OFFICE OF THE ATTORNEY GENERAL
100 W Randolph Street ,13th Floor
Chicago, IL 60601
Ph: (312) 814-3953
nicholas.staley@illinois.gov

Joseph N. Rupcich
Joy C. Syrcle
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
Ph: (217) 572-1714
Fax: (217) 572-1613
jrupcich@cassiday.com
jsyrcle@cassiday.com

Stetson F. Atwood
Laura C. Ieremia
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 S Dearborn St, Suite 800
Chicago, IL 60603
Ph: (312) 422-9939
Fax: (312) 422-0909
atwood@dbmslaw.com
ieremia@dbmslaw.com