

## Call set for tomorrow

**Staley, Nicholas S.** <Nicholas.Staley@illinois.gov>                                            Fri, Jul 2, 2021 at 9:41 AM
To: Sarah Grady <sarah@loevy.com>

Sarah,

I have an update for you regarding our network situation. The Office is on track to have most everything restored and operational in the next two to three weeks. This is a conservative estimate, so we fully expect to be up and running within this time frame. Of course, there is always the possibility of something unforeseen happening, so nothing can be guaranteed. However, I wanted to pass this along in order to be fully transparent. I noticed you have not filed your motion yet. Of course, my preference would be to work something out rather than briefing an issue that may not be resolved for months itself.

Best Regards,

NICHOLAS S. STALEY
Unit Supervisor, Prisoner Litigation
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3953
nicholas.staley@illinois.gov

**From:** Staley, Nicholas S. <Nicholas.Staley@Illinois.gov>
**Sent:** Friday, June 18, 2021 10:42 AM
**To:** Sarah Grady <sarah@loevy.com>

[Quoted text hidden]

[Quoted text hidden]