6/16/2021, Loevy & Loevy Mail - Activity in Case 3:20-cv-00463-SPM Green v. Meeks et al Order on Motion for Leave to File

1:19-cv-01133-SEM-DJQ # 138-3 Filed: 08/06/21 Page 1 of 2

E-FILED
Friday, 06 August, 2021 04:54:46 PM
Clerk, U.S. District Court, ILCD



Lucia Heppner <lucia@loevy.com>

## Activity in Case 3:20-cv-00463-SPM Green v. Meeks et al Order on Motion for Leave to File
1 message

**ilsd_nef@ilsd.uscourts.gov** <ilsd_nef@ilsd.uscourts.gov>  Wed, Jun 16, 2021 at 2:03 PM
To: ilsd_nef@ilsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Southern District of Illinois**

### Notice of Electronic Filing

The following transaction was entered on 6/16/2021 at 2:03 PM CDT and filed on 6/16/2021
**Case Name:**           Green v. Meeks et al
**Case Number:**         [3:20-cv-00463-SPM](#)
**Filer:**
**Document Number:** 144(No document attached)

**Docket Text:**
**ORDER: The [132] Motion for Leave to Supplement filed by the Wexford Defendants is GRANTED. A hearing will be set on the Motions for Reconsideration filed by Defendants, and the Court will hear all arguments as briefed in Defendants' Motions for Reconsideration (Docs. [127], [128]) and the Supplement (Doc. [132]), and Plaintiff's corresponding responses. The requests for more time to file additional status reports regarding the network issues on the part of the Illinois Attorney General's Office, who represents the IDOC Defendants, are DENIED as moot. (Docs. [137], [138]). The Court has not requested further status updates. In the IDOC Defendants' latest [138] Status Report, they indicate that Plaintiff objects to their request for additional time to begin producing ESI discovery. Plaintiff has filed a response to the Status Report asking the Court to set a deadline for the IDOC Defendants' ESI production or in the alternative set a status hearing on the issue. (Doc. [143]). The request is GRANTED in part. The Court will address the deadlines for IDOC Defendants to produce ESI discovery at the upcoming hearing. Defendants shall have until June 30, 2021, to file a response to the [143] Motion for Deadline of ESI Production filed by Plaintiff. Signed by Judge Stephen P. McGlynn on 6/16/2021. (jrj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.**

**3:20-cv-00463-SPM Notice has been electronically mailed to:**

Areda Johnson &nbsp &nbsp [aajohnson@atg.state.il.us](#), [adrowns@atg.state.il.us](#), [areda.johnson@illinois.gov](#), [ashley.drowns@illinois.gov](#), [GenLawSpringfield@gmail.com](#), [nathan.sloan@illinois.gov](#), [nsloan@atg.state.il.us](#)

Arthur Loevy &nbsp &nbsp [loevylaw@loevy.com](#), [docket@loevy.com](#)

John Thomas Hazinski &nbsp &nbsp [hazinski@loevy.com](#)

6/16/2021 Loevy & Loevy Mail - Activity in Case #:20-cv-00463-SPM Green v. Meeks et al Order on Motion for Leave to File

1:19-cv-01133-SEM-DJQ # 138-3 Filed: 08/06/21 Page 2 of 2

Jon I. Loevy &nbsp &nbsp jon@loevy.com, melinda@loevy.com

Michael Kanovitz &nbsp &nbsp mike@loevy.com, melinda@loevy.com

Rachel D. Schwarzlose &nbsp &nbsp racheldayis.schwarzlose@illinois.gov, genlawspringfield@gmail.com, gls@atg.state.il.us, nathan.sloan@illinois.gov, nsloan@atg.state.il.us, slukes@atg.state.il.us, stacy.lukes@illinois.gov

Ryan C. Wallis &nbsp &nbsp rwallis@cassiday.com

Sarah Copeland Grady &nbsp &nbsp sarah@loevy.com, israa@loevy.com, lucia@loevy.com

Stephen H. Weil &nbsp &nbsp weil@loevy.com, lucia@loevy.com

Timothy P. Dugan &nbsp &nbsp tdugan@cassiday.com, mjanini@cassiday.com

**3:20-cv-00463-SPM Parties and Attorneys without registered email addresses requiring notice by other means:**