IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Harold A. Baker |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## IDOC DEFENDANTS' MOTION FOR EXTENSION OF TIME

IDOC Defendants, by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby move for an extension of time to respond to Plaintiff's motion to set a deadline for IDOC Defendants' ESI production (Dkt. 138). In support thereof, IDOC Defendants state as follows:

1. As the Court knows, on April 10, 2021, the Office of the Illinois Attorney General ("OAG") discovered that its network had been compromised by a ransomware attack. As a result, the office began investigating the attack with the assistance of outside technology experts and in consultation with the Federal Bureau of Investigations.

2. Because of this attack, OAG attorneys and staff lost access to their network and counsel for Defendants lost access to the case file or any documents related to this case.

3. On August 6, 2021, Plaintiff filed his motion to set a deadline for IDOC Defendants' ESI production. Dkt. 138.

4. On August 9, 2021, the OAG regained access to some of its network. Since that time, counsel has been familiarizing himself with the network's capabilities and reviewing necessary case files.

5. Despite the undersigned's diligence, counsel had been unable to draft a reply to Plaintiff's motion.

6. Accordingly, Defendants request an extension to August 27, 2021, in order to file their reply.

7. At that time, counsel will have a better understanding of his network's capabilities, which is necessary to respond to Plaintiff's motion.

8. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted.

WHEREFORE, the IDOC Defendants requests that the deadline for the IDOC Defendants response to Plaintiff's motion to set a deadline for IDOC Defendants' ESI production be extended by seven (7) days, up and including August 27, 2021, and for such further relief as the Court finds reasonable and just.

Dated: August 20, 2021

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By:   /s/ Nicholas S. Staley
NICHOLAS S. STALEY
Unit Supervisor, Prisoner Litigation
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor

Chicago, Illinois 60601
(312) 814-3953
nicholas.staley@ilag.gov

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 20, 2021, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                */s/ Nicholas S. Staley*
                                                NICHOLAS S. STALEY