IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Colin Sterling Bruce |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## IDOC DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendants, Rob Jeffreys, John Baldwin, Melvin Hinton, Jeff Sims, Shane Reister, Sylvia Butler, Jamie Chess, Michael Melvin, John Varga, Teri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus (the "IDOC Defendants"), by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby request a 30-day extension of time, up to and including December 3, 2021, to complete their ESI production. In support thereof, the IDOC Defendants state the following:

1. On August 6, 2021, Plaintiff filed his Motion to Set a Deadline for IDOC Defendants ESI production. Dkt. 138.

2. On September 30, 2021, this Court granted Plaintiff's motion in part and ordered the IDOC Defendants' ESI production be completed by November 3, 2021. Dkt. 143.

3. The IDOC Defendants have worked diligently to adhere to the schedule set, and have provided a portion of the ESI at issue to Plaintiff on November 3, 2021. However, Defendants cannot complete production by the current deadline.

4. Accordingly, pursuant to Fed. R. Civ. P. 6(b) the IDOC Defendants hereby request a 30-day extension of time, up to and including December 3, 2021, to complete their ESI production.

5. On November 3, 2021, counsel for the IDOC Defendants contacted counsel for Plaintiff regarding the instant motion and was told there was no objection.

WHEREFORE, Defendants, Rob Jeffreys, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, and Jamie Chess respectfully requests the Court extend the deadline for their production of ESI by 30-days, up to and including December 3, 2021, and for such further relief that this Court deems just and equitable.

Dated: November 3, 2021

Respectfully Submitted,

KWAME RAOUL  
Attorney General of Illinois

By: */s/ Nicholas S. Staley*  
NICHOLAS S. STALEY  
Unit Supervisor, Prisoner Litigation  
General Law Bureau  
Office of the Illinois Attorney General  
100 West Randolph Street, 13th Floor  
Chicago, Illinois 60601  
(312) 814-3953  
nicholas.staley@ilag.gov

## CERTIFICATE OF SERVICE

      The undersigned certifies that on November 3, 2021, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                    */s/ Nicholas S. Staley*
                                                   NICHOLAS S. STALEY