**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CV-01133 |
| v. | ) | |
| | ) | |
| STATE OF ILLINOIS, et al., | ) | The Hon. Colin Stirling Bruce |
| | ) | Judge Presiding |
| Defendants. | ) | |

**MOTION FOR MAGGIE E. FILLER TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

Attorney Maggie E. Filler respectfully moves this Court to withdraw her appearance as counsel for Plaintiff, Anthony Gay, and in support thereof states as follows:

1.     Maggie E. Filler filed a motion to appear *pro hac vice* on behalf of Plaintiff, Anthony Gay, on October 30, 2018. ECF No. 5.

2.     This Court granted the motion on November 5, 2018 and admitted Maggie E. Filler *pro hac vice*. ECF No. 9.

3.     The undersigned requests leave to withdraw her appearance due to her pending separation as an attorney at the Roderick & Solange MacArthur Justice Center. The other attorneys currently representing Plaintiff will continue to diligently represent Plaintiff going forward in this matter.

4.     The undersigned's motion to withdraw will not prejudice the representation or cause any undue delay in this proceeding.

WHEREFORE attorney Maggie E. Filler respectfully requests this Court enter an order granting her motion to withdraw and terminate her appearance *pro hac vice* for Plaintiff Anthony Gay.

Dated: November 29, 2021

Respectfully submitted,

By: Maggie E. Filler*
Roderick and Solange MacArthur
Justice Center
Northwestern University Pritzker
School of Law
160 E. Grand Ave., Sixth Floor
Chicago, IL 60611
Telephone: 312-503-0899
Email: maggie.filler@macarthurjustice.org