AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Anthony Gay | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-01133 |
| John Baldwin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Anthony Gay                                                                   .

Date:   11/30/2021                                          **/S/ Locke E. Bowman**
                                                             *Attorney's signature*

                                                             Locke E. Bowman  6184129
                                                             *Printed name and bar number*

                                                             160 E. Grand Avenue, 6th Flr
                                                             Chicago, IL 60611
                                                             *Address*

                                                             l-bowman@law.northwestern.edu
                                                             *E-mail address*

                                                             (312) 503-0844
                                                             *Telephone number*

                                                             (312) 503-0891
                                                             *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Anthony Gay        )
*Plaintiff*        )
v.                 )    Case No.  19-cv-01133
John Baldwin, et al.  )
*Defendant*        )

CERTIFICATE OF SERVICE

I certify that on  11/30/2021  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All Counsel of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

.

/s/ Locke E. Bowman
*Attorney's signature*

Locke Bowman  6184129
*Printed name and bar number*

160 E. Grand Avenue, 6th Flr
Chicago, IL 60611
*Address*

l-bowman@law.northwestern.edu
*E-mail address*

(312) 503-0844
*Telephone number*

(312) 503-0891
*Fax number*