E-FILED
Tuesday, 18 January, 2022  05:07:56 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 C 1133 |
| | ) | |
| v. | ) | Hon. Sara Darrow, Judge |
| | ) | |
| JOHN BALDWIN, et al., | ) | Hon. Eric I. Long, Mag. Judge |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

NOW COMES the Plaintiff, Anthony Gay, through his undersigned counsel, Defendants

State of Illinois, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, and Dr.

Chess, through their undersigned counsel, Defendants Wexford Health Sources, Inc., Kelly Ann

Renzi, and William Puga, through their undersigned counsel, and Defendant Dr. Nunez, through

his undersigned counsel, hereby moves this Court to extend the deadlines set forth in its

Scheduling Order [Text Order dated January 22, 2021].  In support thereof, the parties jointly

state as follows:

1. This matter involves Plaintiff's claims brought under the Eighth Amendment, Fourteenth

   Amendment and Americans with Disabilities Act against 17 Defendants, related to

   Plaintiff's incarceration in the Illinois Department of Corrections from 1994 through

   2018. ECF 82.

2. On January 22, 2021, following ruling on dispositive motions, the Court set the following

   deadlines:

   a. Plaintiff to disclose experts and provide expert reports by 1/24/22;
   b. Plaintiff to make experts available for deposition by 2/21/22;
   c. Defendants to disclose experts and provide expert reports by 3/21/22;
   d. Defendants to make experts available for deposition by 4/18/22;
   e. Discovery to close 5/16/22; and

      f.   Case dispositive motions to be filed by 6/20/22.

3.   Since that time, the Parties have conducted significant written discovery and engaged in discovery motion practice.   However, the Parties have been unable to complete all necessary discovery in the time currently allowed.

4.   The parties have conferred as to the required tasks remaining to complete discovery in the instant matter, and the parties jointly agree that an extension of six months to the operating scheduling order is necessary for the parties to adequately explore the claims and defenses at issue in the instant matter.

5.   The parties therefore request that the current scheduling order be vacated and the deadlines contained therein be extended to the following dates:

     a.   Plaintiff to disclose experts and provide expert reports by 7/23/22;
     b.   Plaintiff to make experts available for deposition by 8/22/22;
     c.   Defendants to disclose experts and provide expert reports by 9/21/22;
     d.   Defendants to make experts available for deposition by 10/18/22;
     e.   Discovery to close 11/16/22; and
     f.   Case dispositive motions to be filed by 12/20/22.

6.   This motion is brought in good faith and without intent to delay ultimate adjudication of the instant matter.

WHEREFORE, Plaintiff Anthony Gay respectfully requests that this Court enter an order extending existing discovery deadlines to those identified in paragraph 20(a)-(f), and for any further relief deemed just and proper by this Court.

ANTHONY GAY,
Plaintiff

By:   */s/ Nicolette Ann Ward (with consent)*
     Attorneys for Plaintiff,
     Romanucci &Blandin LLC
     321 N. Clark Street, Suite 900
     Chicago, IL  60654
     nward@rblaw.net

ROB JEFFREYS, JOHN BALDWIN, JEFF SIMS,
SHANE REISTER, MELVIN HINTON, SYLVIA
BUTLER AND JAMIE CHESS, DEFENDANTS

By:    /s/ Nicholas S. Staley (with consent)
    Attorneys for Defendants
    Kwame Raoul, Attorney General of Illinois
    Nicholas S. Staley, Office of the Attorney
    General
    100 West Randolph Street, 13th Floor
    Chicago, IL 60601
    nicholas.staley@ilag.gov

PIERRE NUNEZ, M.D.
DEFENDANT

By:    /s/ Scott J. Kater (with consent)
    Attorneys for Defendant
    Donohue Brown Mathewson & Smyth LLC
    140 South Dearborn Street, Suite 800
    Chicago, IL60603
    kater@dbmslaw.com

WEXFORD HEALTH SOURCES, INC., KELLY
RENZI, PSY.D., AND WILLIAM PUGA, M.D.

By:    /s/ Joseph N. Rupcich
    Attorneys for Defendants
    Joseph N. Rupcich, 6283899
    Cassiday Schade LLP
    3100 Montvale Drive
    Springfield, IL 62704
    jrupcich@cassiday.com