044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | No. 19-cv-01133<br><br>Chief Judge Sara Darrow |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:    See Attached Service List

      The undersigned, under penalties as provided by law states that on January 25, 2022, the following discovery documents were served by mailing a copy to each person to whom directed:

**Request for Production Directed to Plaintiff by Defendants**
**Interrogatories Directed to Plaintiff by Defendant Wexford**
**Interrogatories Directed to Plaintiff by Defendant Renzi**
**Interrogatories Directed to Plaintiff by Defendant Puga**

                                      /s/ Joy S. Syrcle
                                      Attorneys for WEXFORD HEALTH
                                      SOURCES, INC., KELLY RENZI, PSY.D.,
                                      and WILLIAM PUGA, M.D.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**SERVICE LIST**

Antonio M. Romanucci
Nicolette A. Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Stephen H. Weil, Sarah Grady
Jon Loevy, Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Nicholas S. Staley, Philip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana, IL   61802

Stetson F. Atwood, Scott Kater, Laura Ieremia
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Locke E. Bowman
Roderick & Solange MacArthur Justice Center
160 East Grand Avenue, 6th Floor
Chicago, IL 60611

10085818 JSYRCLE;SPRESSLE

2