IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>      Plaintiffs,<br>v.<br><br>JOHN BALDWIN, *et al.*,<br><br>      Defendants. | No. 19-C-01133<br><br>District Judge Sue E. Myerscough<br>Magistrate Judge Eric I. Long |

### IDOC DEFENDANTS' MOTION
### FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION
### FOR LEAVE TO FILE THEIR AMENDED AND SUPPLEMENTAL
### ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT *INSTANTER*

Defendants, Rob Jeffreys, John Baldwin, Melvin Hinton, Jeff Sims, Shane Reister, Sylvia Butler, Jamie Chess, Michael Melvin, John Varga, Teri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus (the "IDOC Defendants"), by and through their attorney, Kwame Raoul, Attorney General of Illinois, herby move for leave to file a short reply in support of their motion for leave to file their Answer to Plaintiff's Amended Complaint *instanter*.

    1.    On February 24, 2022, the IDOC Defendants filed their Motion for Leave to File Their Amended and Supplemental Answer to Plaintiff's First Amended Complaint *Instanter*.

    2.    On March 10, 2022, Plaintiff filed his Response in opposition to Defendants' Motion.

    3.    Plaintiff's response argues for the wrong standard to be applied in this instance.

4. Defendants' respectfully request leave to file a short reply addressing this inaccuracy.

5. This request is not filed for any improper purpose, and it will not prejudice Plaintiff. Defendants proposed Reply is attached hereto as Exhibit 1.

WHEREFORE, Defendants respectfully request that the Court grant their motion for leave to file a reply.

Dated: March 15, 2022

Respectfully Submitted,

| | | |
|---|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | By: | */s/ Nicholas S. Staley*<br>NICHOLAS S. STALEY<br>Unit Supervisor, Prisoner Litigation<br>General Law Bureau<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-3953<br>nicholas.staley@ilag.gov |

# CERTIFICATE OF SERVICE

  The undersigned certifies that on March 15, 2022, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

              */s/ Nicholas S. Staley*
              NICHOLAS S. STALEY