IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY GAY, | |
| Plaintiffs, | No. 19-C-01133 |
| v. | |
| JOHN BALDWIN, *et al.*, | District Judge Sue E. Myerscough<br>Magistrate Judge Eric I. Long |
| Defendants. | |

## NOTICE OF SUBPOENA

Please take notice that pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendant Rob Jeffreys will issue the enclosed subpoena for production of documents to the Illinois Department of Juvenile Justice, 2715 W. Monroe Street Springfield, IL 62704 on March 25, 2022.

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Nicholas S. Staley*
NICHOLAS S. STALEY
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7202
nicholas.staley@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 23, 2022, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system.

*/s/ Nicholas S. Staley*