044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, have issued Subpoenas upon (1) Robert Young Center, 4600 Third Street, Moline, Illinois, 61265; (2) Arrowhead Youth & Family Services, 12200 104th Street, Coal Valley, Illinois, 61240; (3) Unity Point Health - Trinity, 2701 17th Street, Rock Island, Illinois, 61201; (4) Family Counseling & Psychology Center, 2485 Tech Drive, Bettendorf, Iowa, 52722; and (5) Mary Davis Detention Home, 1319 E. 5th Street, Galesburg, Illinois, 61401.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CASSIDAY SCHADE LLP

　　　　　　　　　　　　　　　　　　By: /s/ Joy C. Syrcle
　　　　　　　　　　　　　　　　　　　　Attorneys for WEXFORD HEALTH
　　　　　　　　　　　　　　　　　　　　SOURCES, INC., KELLY RENZI, PSY.D.,
　　　　　　　　　　　　　　　　　　　　and WILLIAM PUGA, M.D.

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana, IL 61802

Stetson F. Atwood, Laura Ieremia,
Scott Kater, Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Antonio M. Romanucci, Stephan D. Blandin,
Nicolette A. Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Stephen H. Weil, Sarah Grady
Jon Loevy. Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Locke E Bowman
Roderick & Solange MacArthur Justice Center
160 E. Grand Avenue, 6th Floor
Chicago, IL 60611

4

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joy C. Syrcle

11015569