044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:　　See Attached Service List

　　The undersigned, under penalties as provided by law states that on April 25, 2022, the following discovery document was served by e-mailing a copy to each person to whom directed:

### Fourth Supplemental Response to Plaintiff's Request to Produce

　　　　　　　　　　　　　　　　　　　　　　/s/ Joy C. Syrcle
　　　　　　　　　　　　　　　　　　　　　Attorneys for WEXFORD HEALTH
　　　　　　　　　　　　　　　　　　　　　SOURCES, INC., KELLY RENZI, PSY.D.,
　　　　　　　　　　　　　　　　　　　　　and WILLIAM PUGA, M.D.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**SERVICE LIST**

Antonio M. Romanucci
Nicolette A. Ward
Stephan David Blandin
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Stephen H. Weil, Sarah Grady,
Athur Loevy, Jonathan Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Nicholas S. Staley
Phillip W Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana, IL  61802

Stetson F. Atwood, Monica L Smit
Scott J. Kater, Laura Ieremia
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Locke E. Bowman
Roderick & Solange
MacArthur Justice Cener
160 East Grand Avenue, 6th Floor
Chicago, IL 60607

11036313