IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### IDOC DEFENDANTS' MOTION TO
### ADOPT AND JOIN IN CO-DEFENDANTS' RESPONSES TO
### PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENAS

Defendants, Rob Jeffreys, John Baldwin, Melvin Hinton, Jeff Sims, Shane Reister, Sylvia Butler, Jamie Chess, Michael Melvin, John Varga, Teri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus (the "IDOC Defendants"), by and through their attorney, Kwame Raoul, Illinois Attorney General, and for their Motion to Adopt and Join in Co-Defendants' Responses to Plaintiff's Motions to Quash state the following:

1.   On March 23, 2022, Defendant Jeffreys served a subpoena on the Illinois Department of Juvenile Justice for all records pertaining to Plaintiff. Dkt. 158.

2.   On March 31, 2022, the Wexford Defendants sent Plaintiff's counsel notice of subpoenas to facilities it was believed Plaintiff either received mental health treatment or was detained before entering IDOC. Dkt. 159.

3. All subpoenas were issued in order to investigate Plaintiff's theory that Plaintiff's preexisting borderline personality disorder was triggered by Defendants actions. Dkt. 1 at 1-2.

4. Both the undersigned and counsel for the Wexford Defendants had separate Rule 37 conferences with counsel for Plaintiff in which they explained the rationale behind their subpoenas.

5. A compromise could not be reached and on April 14, 2022 Plaintiff filed motions to quash Defendants' subpoenas. Dkts. 162-163.

6. On April 25, 2022, Co-Defendants filed their responses to Plaintiff's motions to quash. Dkts. 168-169. For the purposes of judicial economy, IDOC Defendants wish to join in and adopt the arguments made by co-Defendants.

7. This motion is made in good faith and not for purposes of delay.

8. Plaintiff will not be unfairly prejudiced by the granting of this motion. If Defendants filed their own responses, their arguments would be substantially the same as those made by co-Defendants in their briefs. Defendants make no new arguments and merely wish to adopt those arguments previously made by co-Defendants in their responses. Dkt. 168-169.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order allowing Defendants to join in and adopt co-Defendants' previously filed responses to Plaintiff's motions to quash and for such further relief deemed necessary and just.

Dated: April 28, 2022

Respectfully Submitted,

KWAME RAOUL  By: */s/ Nicholas S. Staley*
Attorney General of Illinois  NICHOLAS S. STALEY
Unit Supervisor, Prisoner Litigation
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7202
nicholas.staley@ilag.gov

## CERTIFICATE OF SERVICE

      The undersigned certifies that on April 28, 2022, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                          */s/ Nicholas S. Staley*
                                          NICHOLAS S. STALEY