181057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN BALDWIN, ROB JEFFREYS, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC. and MICHAEL MELVIN, TERRI KENNEDY, EMILY RUSKIN, JOHN VARGA, JUSTIN WILKS, SONJA NICKLAUS, and DOES 2-5,<br><br>　　　　　Defendants. | No. 1:19-cv-01133-CSB<br><br>Judge Sara Darrow |

**NOTICE OF CHANGE OF ADDRESS**

TO:　　See Attached Service List

　　PLEASE TAKE NOTICE that effective May 2, 2022, DONOHUE BROWN MATHEWSON & SMYTH LLC changed its address. With regard to the above-captioned matter, our new address is:

**DONOHUE BROWN MATHEWSON & SMYTH LLC**
131 South Dearborn Street
Suite 1600
Chicago, Illinois 60603
Telephone: (312) 422-0900

　　Please direct all future communications, correspondence and court related documentation to the above address. Our telephone numbers and email addresses will remain the same.

　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC

　　　　　　　　　By:　/s/ Monica L. Smit
　　　　　　　　　　　Monica L. Smit

DONOHUE BROWN MATHEWSON & SMYTH LLC
Stetson F. Atwood
Laura Coffey Ieremia
131 South Dearborn Street, Suite 1600

Chicago, IL  60603
(312) 422-0900
service@dbmslaw.com
atwood@dbmslaw.com

## NOTICE OF FILING AND PROOF OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the Notice of Change of Address with the Clerk of the United States District Court, Central District of Illinois, Peoria, by using the eFileIL system.

I further certify that on May 3, 2022, I electronically served this notice to all counsel of record at their respective email addresses listed below. Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.

/s/ Monica L. Smit
Monica L. Smit

DONOHUE BROWN MATHEWSON & SMYTH LLC
Stetson F. Atwood
Laura Coffey Ieremia
Monica L. Smit
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
atwood@dbmslaw.com
smit@dbmslaw.com
ieremia@dbmslaw.com

**SERVICE LIST - 1:19-cv-01133-CSB**

Antonio M. Romanucci
Nicolette A. Ward
Stephan D. Blandin
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
amr@rblaw.net
nward@rblaw.net
sblandin@rblaw.net; mdominguez@rblaw.net

Daniel M. Greenfield
Roderick & Solange MacArthur Justice Center
Northwestern University
Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
daniel-greenfield@law.northwestern.edu


Stephen H. Weil
Jon I. Loevy
Sarah Grady
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
steve@weilchardon.com; steve@loevy.com; lucia@loevey.com
jon@loevy.com
sarah@loevy.com; lucia@loevy.com

Locke E. Bowman
Locke Bowman
160 East Grand Avenue, 6th Floor
Chicago, IL 60611
l-bowman@law.northwestern.edu

Nicholas S. Staley
James Robinson
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312.814.3711
nicholas.staley@ilag.gov
jrobinson@atg.state.il.us

Joseph N. Rupcich
Cassiday Schade LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
217.572.1714
jrupcich@cassiday.com

Joy C. Syrcle
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
jsyrcle@cassiday.com