044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:    See Attached Service List

The undersigned, under penalties as provided by law states that on May 16, 2022, the following discovery documents were served by mailing a copy to each person to whom directed:

**Second Set of Interrogatories Directed to Plaintiff by Defendant Wexford**
**Second Set of Request to Produce Directed to Plaintiff by Defendants**

                                                              /s/ Joy C. Syrcle
                                                  Attorneys for WEXFORD HEALTH
                                                  SOURCES, INC., KELLY RENZI, PSY.D.,
                                                  and WILLIAM PUGA, M.D.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**SERVICE LIST**

Antonio M. Romanucci, Stephan D. Blandin,
Nicolette A. Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Stephen H. Weil, Sarah Grady, Jon Loevy
Arthur Loevy, Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Nicholas S. Staley, Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802

Stetson F. Atwood, Laura Ieremia
Scott Kater, Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603

11069283