IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue Myerscough |
| | ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, by and through his undersigned attorneys, respectfully moves the Court for a one-week extension of time, from September 1, 2022, to September 8, 2022, to respond to the motion for sanctions filed by the Wexford defendants, ECF 189.  Plaintiff has consulted with counsel for the Wexford defendants, who do not oppose Plaintiff's motion.

In support of his motion Plaintiff states:

1. The Wexford defendants' motion for sanctions includes a supporting memorandum that is 30 pages long and contains numerous factual assertions.  *See* ECF 190.

2. Plaintiff requires time to gather information to respond to those factual assertions, including factual assertions that concern events involving counsel who are no longer in the case and who have departed the law firms of Plaintiffs' counsel.

3. Plaintiff's counsel has had competing obligations in other cases that have limited the time available to respond to the sanctions motion during the existing response period, and the undersigned counsel had pre-planned travel with family during a portion of the response period during which it was not possible to respond to the motion.

2

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the time to respond to the motion for sanctions from September 1, 2022, to September 8, 2022.

Dated: August 31, 2022

Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy – jon@loevy.com
Stephen Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900

Antonio Romanucci - aromanucci@rblaw.net
Bhavani Raveendran - b.raveendran@rblaw.net
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000

*Attorneys for Plaintiff*