IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-CV-01133 |
| ) | |
| v. ) | Judge Sue Myerscough |
| ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.,* ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by and through his undersigned attorneys, respectfully moves the Court for an extension of time, to September 20, 2022, to file a consolidated response to the Wexford defendants' motion for Sanctions ECF 189 and their two memorandums in support, ECF 190 and ECF 192. Plaintiff has consulted with counsel for the Wexford defendants, who do not oppose Plaintiff's motion.

In support of his motion Plaintiff states:

1. The Wexford defendants have filed a motion for sanctions, ECF 189, which was accompanied by a supplemental memorandum, ECF 190.

2. The current deadline to respond to ECF 189 is September 8, 2022.

3. On September 6, 2022, the Wexford defendants filed a supplemental memorandum in support of ECF 189. *See* ECF 192.

4. Factual assertions in ECF 190 and ECF 192 are intertwined, and Plaintiff respectfully submits that a consolidated response to the two memorandums would further the Court's assessment of the Wexford defendants' sanctions motion.

5. The deadline for responding to ECF 192 is September 20, 2022. Plaintiff anticipates that this deadline will permit sufficient time to assess and respond to the factual assertions made in ECF 192 and to file a consolidated response.

**WHEREFORE**, Plaintiff respectfully requests that the Court (1) extend the time to respond to ECF 189 from September 8, 2022 to September 20, 2022, and (2) permit Plaintiff to file a single consolidated response to ECF 190 and ECF 192, the memorandums filed in support of ECF 189.

Dated: September 8, 2022

Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy – jon@loevy.com
Stephen Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900

Antonio Romanucci - aromanucci@rblaw.net
Bhavani Raveendran - b.raveendran@rblaw.net
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000

*Attorneys for Plaintiff*