IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue Myerscough |
| | ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION TO VACATE RESPONSE DATE AND TO SET A DEADLINE FOR A STATUS REPORT

Plaintiff Anthony Gay, by and through his undersigned attorneys, respectfully submits this motion for to vacate the current deadline to respond to the Wexford defendants' motion for sanctions, and to set a deadline for a status report by Plaintiff with respect to the timing of Plaintiff's response to the sanctions motion.

Plaintiff counsel have consulted with counsel for the Wexford defendants, who do not oppose this motion. In support of his motion Plaintiff states:

1. On August 17, 2022, the Wexford defendants filed an amended motion for sanctions, ECF 189, which was accompanied by a supplemental memorandum, ECF 190.

2. On September 6, 2022, the Wexford defendants filed a supplemental memorandum in support of ECF 189. *See* ECF 192.

3. On September 8, 2022, Plaintiff's counsel moved to file a consolidated response to ECF 190 and ECF 192 on September 20, 2022. The Wexford defendants did not oppose Plaintiff's motion.

4. Plaintiff's counsel is unable to file a responsive pleading to Wexford's sanctions motion (and its supplement) without having an opportunity to confer with Mr. Gay about factual

1

matters raised in the motion and obtaining an affidavit from him. As set forth below, however, since Wexford filed the supplement on September 6, Plaintiff counsel has only been able to communicate with Mr. Gay on a single, short call, and has otherwise been unable to communicate with him despite multiple attempts to do so.

5. Mr. Gay is currently incarcerated at Federal Medical Center-Butner, in North Carolina.

6. Plaintiff counsel's contact with Mr. Gay at FMC Butner has been made through a counselor. Counsel has contacted FMC Butner administration on multiple occasions to determine whether there is a standardized process for scheduling legal calls, and has been told repeatedly that all contact with Mr. Gay must be arranged through his counselor.

7. Contact between counsel and Mr. Gay has been delayed multiple times during the course of his incarceration at Butner, in part because Mr. Gay has been taken to the hospital on multiple occasions. Plaintiff counsel understands that Mr. Gay has been sent to the hospital on these occasions because he has had multiple self-harm events arising from mental health crises. Mr. Gay's criminal counsel in *United States v. Gay*, No. 4:20-cr-40026-JES-JEH (C.D. Ill.), has filed a pleading describing multiple self-harming events. The pleading is attached hereto as **Exhibit 1**. *See* Ex. 1 ¶¶ 11-30.

8. After receiving the supplemental Sanctions motion on September 6, 2022, Plaintiff counsel attempted to contact Mr. Gay by calling his counselor at Butner to arrange a call.

9. On September 8, 2022, a Butner counselor returned counsel's call and said that Mr. Gay was not available because he was in the hospital due to an event in which he harmed himself.

10. Plaintiff counsel asked the Butner counselor to contact counsel at the earliest possible time when Mr. Gay was available.

11. On the morning of Tuesday, September 13, 2022, the Butner counselor called Plaintiff's counsel and placed Mr. Gay on the line. The sound quality of the call was exceptionally poor, and the undersigned counsel had a hard time understanding Mr. Gay, and making himself understood. After 18 minutes, the counselor returned to terminate the call.

12. Before the counselor terminated the call, Plaintiff counsel requested the next and earliest available call slot for a follow-up call. The Butner counselor informed Plaintiff counsel that the next available call slot was for the morning of September 20, 2022. Plaintiff counsel requested that slot.

13. In the meantime, on September 15, 2022, Plaintiff counsel emailed Wexford's counsel to inform them that in light of their difficulty and delays in communicating with Mr. Gay, Plaintiff's counsel would need an extension of the September 20, 2022 response date. Plaintiff counsel informed Wexford counsel that they anticipated that after holding the scheduled call with Mr. Gay on September 20, 2022, they could respond to the sanctions motion by September 30.

14. On the morning of September 20, 2022, Plaintiff counsel received a call from the Butner counselor, who informed them that Mr. Gay was not available because he was in the hospital due to a self-harm event.

15. Plaintiff counsel is prepared to fly to North Carolina to meet with Plaintiff in person and obtain an affidavit to respond to the Wexford Sanctions motion. Plaintiff counsel is attempting to obtain assurance that if he travels to Butner, he will be able to meet with Plaintiff.

3

16. To that end, after receiving notice on the morning of September 20, 2022 that Mr. Gay was not available, Plaintiff counsel attempted multiple times to make calls to personnel at Butner to obtain assurances that he would be able to visit Mr. Gay in person. Among other things, Plaintiff's counsel left a voicemail with Mr. Gay's counselor in order to secure a personal visit. Plaintiff counsel has also attempted to call Butner administration to determining whether there is another means of securing an in-person visit, but Butner staff also directed to the counselor. As of the filing of this motion, Plaintiff's counsel has not received a response from the counselor.

17. In light of the foregoing, Plaintiff respectfully requests that the September 20, 2022 date for responding to Wexford's sanctions motion be vacated and re-set, in order to enable Plaintiff counsel to meet with Mr. Gay personally to obtain an affidavit from him.

18. To effectuate this meeting, Plaintiff proposes that the Court (a) vacate the September 20, 2022 response date and (b) set a deadline of September 27, 2022 for Plaintiff to file a status report to update the Court on counsel's efforts to establish contact with Mr. Gay and obtain an affidavit from him. Plaintiff counsel proposes this one-week allotment to provide an opportunity for counsel to secure a personal meeting with Mr. Gay (in the meantime, counsel will continue attempting to communicate with Mr. Gay and obtain his affidavit remotely).

19. In the September 27, 2022 status report, counsel intends to **(a)** update the Court on efforts to secure an-in person visit with Mr. Gay (or any success in obtaining the affidavit remotely); **(b)** propose a new date for Plaintiff to respond to the sanctions motion; or **(c)** advise the Court regarding any possible assistance in facilitating a meeting with Mr. Gay, such as a court order or other instruction reflecting the need for the meeting and the affidavit.

20. Plaintiff's counsel anticipates that the response can be completed and filed within five business days after obtaining an affidavit from Mr. Gay.

**WHEREFORE**, Plaintiff respectfully requests that the Court **(a)** vacate the September 20, 2022 date to respond to Wexford's motion for sanctions (ECF 189); and **(b)** order Plaintiff to submit a status report by September 27, 2022 to provide the information set forth in ¶ 19, *supra*.

Dated: September 20, 2022

Respectfully submitted,

/s/ *Stephen H. Weil*

Antonio Romanucci - aromanucci@rblaw.net
Bhavani Raveendran - b.raveendran@rblaw.net
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000

Jon Loevy – jon@loevy.com
Stephen Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900

*Attorneys for Plaintiff*