IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue Myerscough |
| | ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Anthony Gay, by and through his undersigned attorneys, respectfully submits this status report. Plaintiff reports as follows:

1. This status report concerns Plaintiffs response to the Wexford defendants' motion for sanctions, ECF 189, 190, 192.

2. Responding to Wexford's sanctions motion requires Plaintiff's counsel to communicate with Mr. Gay and obtain an affidavit from him. Mr. Gay, however, is currently incarcerated at FMC Butner. For reasons related to this incarceration, Plaintiff's counsel has experienced considerable difficulty communicating Mr. Gay and obtaining the affidavit.

3. On September 20, 2022 considering these difficulties, Plaintiff filed an unopposed motion to vacate the deadline for responding to Wexford's sanctions motion. ECF 197.

4. In the September 20 motion, Plaintiff's counsel proposed to file a status report to: **(a)** update the Court on efforts to secure an-in person visit with Mr. Gay (or any success in obtaining the affidavit remotely); **(b)** propose a new date for Plaintiff to respond to the sanctions motion; or **(c)** advise the Court regarding any possible assistance in facilitating a meeting with Mr. Gay, such as a court order or other instruction reflecting the need for the meeting and the affidavit. ECF 197 ¶ 19.

1

5. Plaintiff's counsel herein submits the proposed status report:

6. On each weekday from September 20 – 24, and on September 27, Plaintiff's counsel called FMC Butner, several occasions on multiple time each day. He was directed to Mr. Gay's "counselor," and was told that this was the only means of securing a visit or phone call with Mr. Gay. The counselor did not return multiple messages left by Plaintiff's counsel. After these attempts failed, counsel contacted the BOP's headquarters in Washington, D.C. Plaintiff's counsel was put in touch with a BOP attorney, and shortly thereafter, on the afternoon of September 27, Mr. Gay's counselor called Plaintiff's counsel.

7. The counselor has made Mr. Gay available for a call on **September 29**. It is Plaintiff counsel's intention to hold a call with Mr. Gay on that day, and then complete and prepare a draft affidavit to send to Mr. Gay via U.S. Mail (the BOP has declined to facilitate email service). Plaintiff's counsel plans to hold a second call with Mr. Gay on **October 6** to go over the affidavit and secure Mr. Gay's signature. Thereafter, Plaintiff's counsel anticipates being able to respond to Wexford's sanctions motion on **October 13**.

8. Plaintiff does not believe that further assistance from the Court is needed to facilitate communication with Mr. Gay.

Dated: September 27, 2022

Antonio Romanucci - aromanucci@rblaw.net
Bhavani Raveendran - b.raveendran@rblaw.net
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000

Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy – jon@loevy.com
Stephen Weil – weil@loevy.com
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900

*Attorneys for Plaintiff*