# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:19-CV-01133 |
| v. | ) ) | Judge Sue E. Myerscough |
| John Baldwin et al., | ) ) | Magistrate Judge Eric I. Long |
| Defendants. | ) ) | |

## JOINT MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY

NOW COME the parties, through their undersigned counsel, and hereby jointly move this Court to extend the deadlines set forth in its Text Order entered on August 8, 2022. In support thereof, the Plaintiff states as follows:

1. On August 8, 2022, this Honorable Court granted the Defendants' for Extension of Time to Complete Discovery with the following deadlines:

    a. Close of fact Discovery on November 1, 2022
    b. Plaintiff to disclose experts and provide expert reports by November 23, 2022
    c. Plaintiff to make experts available for deposition by December 23, 2022
    d. Defendants to disclose experts and provide expert reports by January 23, 2023
    e. Defendants to make experts available for deposition by February 23, 2023
    f. Discovery closes on March 23, 2023
    g. Case dispositive motions to be filed by April 23, 2023.

2. The parties are now jointly requesting an extension of time for the following good cause shown:

    a. Written discovery items continue to be conferred on and supplemented by the parties.

    b. On August 8, 2022, Defendants filed a Motion for Sanctions against the Plaintiff, the response to which has not yet been filed. Mr. Gay has been moved to the custody of the Federal Bureau of Prisons and Plaintiff's counsel have had difficulty communicating with him.

    c. Because of the number of parties and counsel involved, and because the parties are administrators with schedules that render them less available than other types of witnesses, scheduling depositions in this case has presented unique challenges.

    d. Due to scheduling conflicts and depositions set in other matters, the parties will need additional time to ensure depositions are completed.

3. The parties are currently cooperating to schedule depositions in the coming months and have already begun to exchange dates.

4. Plaintiff therefore requests that the current scheduling order be vacated, and the deadlines contained therein be extended to the following dates:

    a. Fact Discovery to Close: January 10, 2023

    b. Plaintiff to Disclose Experts and Provide Expert Reports: January 30, 2023

    c. Plaintiff to Make Experts Available for Deposition: February 28, 2023.

    d. Defendants to Disclose Experts and Provide Expert Reports: March 30, 2023

    e. Defendants to Make Experts Available for Deposition: April 28, 2023.

5. This motion is brought in good faith and without intent to delay ultimate adjudication of the instant matter.

    WHEREFORE, Plaintiff Anthony Gay respectfully requests that this Court enter an order extending existing discovery deadlines to those identified in paragraph 4, and for any further relief deemed just and proper by this Court.

Respectfully submitted,

Date: October 28, 2022

/s/ Bhavani Raveendran
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8800
b.raveendran@rblaw.net
*Counsel for Plaintiff*

*/s/ Joy C. Syrcle*
Joy C. Syrcle
CASSIDAY SCHADE
3100 Montvale Drive
Springfield, IL 62704
Phone: 217-572-1714
Fax: 217-572-1613
jsyrcle@cassiday.com
*Counsel for Wexford Defendants*

*/s/ Stetson F. Atwood*
Stetson F. Atwood
DONOHUE BROWN MATHEWSON & SMYTH
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
Ph: (312) 422-4905
stetson.atwood@dbmslaw.com
*Counsel for Defendant Dr. Nunez*

*/s/ Nicholas S. Staley*
Nicholas S. Staley
Unit Supervisor, Prisoner Litigation
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
Office: (312) 814-7202
nicholas.staley@ilag.gov
*Counsel for IDOC Defendants*

3