IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, | ) |
| Plaintiff, | ) Case No. 1:19-CV-01133 |
| v. | ) Judge Sue Myerscough |
| | ) Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFF'S STATUS REPORT

Plaintiff Anthony Gay, by and through his undersigned attorneys, respectfully submits this status report.

1. This status report concerns Plaintiff counsel's efforts to gather affidavit materials from Plaintiff Anthony Gay in order to respond to the sanctions motion filed by defendant Wexford Health Sources, Inc.

2. On Friday, October 30, 2022, Plaintiff counsel informed the Court that the draft affidavits and related materials had been provided to Mr. Gay on October 27, 2022, and that Plaintiff counsel was arranging a follow-up call with Plaintiff once he had been given time to review the affidavits and related materials. ECF 205.

3. In the October 30 report, Plaintiff counsel reported that counsel anticipated the call could be arranged the coming week, with the response to be filed five business days after the call was made.

4. Plaintiff counsel called and left voicemails every day of the week (beginning the afternoon of October 27 and every weekday through Friday, November 4) with Mr. Gay's

counselor to set up a call.  Counsel did not receive a response.  The counselor's voicemail did not leave instructions or inform the caller that the counselor was unavailable.

5. On Tuesday, November 8, Mr. Gay's counselor called Plaintiff counsel and informed counsel that he had been on vacation the previous week.  Mr. Gay was then placed on the call.  He asked to review a draft of the sanctions response and related emails in order to sign the affidavit.

6. On Wednesday, November 9, Plaintiff counsel transmitted a draft of the sanctions response and some related emails to BOP counsel, who agreed to provide the documents to Mr. Gay as an accommodation.

7. On Thursday, November 10, Plaintiff counsel held another call with Mr. Gay.  Mr. Gay informed Plaintiff counsel that he had received the draft sanctions response and some related emails a few minutes prior to the call and asked for additional time to review.  Mr. Gay also asked to review the other emails underlying the sanctions response in order to sign the affidavit.

8. On November 10, following the call with Mr. Gay, Plaintiff counsel sent the additional documents requested by Mr. Gay via UPS overnight.

9. On November 10, Plaintiff additionally forwarded the documents to BOP counsel and with a request that BOP provide the documents to Mr. Gay.  BOP counsel responded that Plaintiff counsel should use the BOP's mail procedures.

10. After the November 10, 2022, call with Mr. Gay, Plaintiff counsel called Mr. Gay's counselor and left a voicemail asking to set up a follow-up call for Monday, November 14, 2022.

[SIGNATURES ON FOLLOWING PAGE]

Dated: November 10, 2022							Respectfully submitted,


									/s/ *Stephen H. Weil*


Antonio Romanucci
Bhavani Raveendran
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net

Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed November 10, 2022, on the Court's CM/ECF system, which serves copies on all counsel of record.

Furthermore, I certify that I simultaneously served a copy of the foregoing on the following via email:

Christina A. Kelley
Supervisory Attorney
Butner Legal Center
Federal Correctional Complex
Old Highway 75, P.O. Box 1600
Butner, North Carolina 27509
(919) 575-3900
c4thompson@bop.gov

/s/ Stephen H. Weil