IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-CV-01133 |
| ) | |
| v. ) | Judge Sue Myerscough |
| ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff Anthony Gay, by and through his undersigned attorneys, respectfully submits this status report.

1. This status report concerns Plaintiff counsel's efforts to gather affidavit materials from Mr. Gay in order to respond to the sanctions motion filed by defendant Wexford Health Sources, Inc.

2. In their previous status report, filed on November 10, 2022, Plaintiff counsel reported that on November 10, 2022, they had sent documents relating to Mr. Gay's affidavit to Mr. Gay's address at Butner FMC and had left a voicemail with Mr. Gay's counselor requesting a follow-up call with Mr. Gay. *See* ECF 206 ¶¶ 8, 10.

3. On the morning of Saturday November 12, Plaintiff counsel's paralegal received a call on her personal line from Mr. Gay, calling on the prison's public non-privileged line. The call was personal in nature, in which Mr. Gay discussed his mental health struggles and the passing of his mother, who died several weeks ago. The call lasted several minutes but disconnected as they were speaking.

1

4. On the morning of Monday November 14, Plaintiff counsel left a voicemail with Mr. Gay's counselor. Mr. Gay's counselor returned the call that same afternoon, and they arranged for a call to be held with Mr. Gay on Tuesday, November 15.

5. On the morning of Tuesday, November 15, Mr. Gay's counselor called to cancel the scheduled call, explaining that Mr. Gay was in the hospital. The counselor did not say how long Mr. Gay was expected to be in the hospital.

6. On the morning of Wednesday, November 16, 2022, Plaintiff counsel called Mr. Gay's counselor and left a voicemail asking to set up a call or for information on Mr. Gay.

7. On the morning of Thursday, November 17, Plaintiff counsel emailed BOP counsel asking for assistance regarding Mr. Gay. Plaintiff counsel also called Mr. Gay's counselor and left another voicemail.

8. On the morning of Friday, November 18, Plaintiff counsel called Butner's main line as well as the extension of Mr. Gay's counselor. Counsel did not receive a response on either line and left a voicemail with Mr. Gay's counselor.

9. As of the filing of this status report, Plaintiff counsel has not heard from Mr. Gay's counselor or from BOP counsel. Plaintiff counsel will continue attempting to establish contact with Mr. Gay in the coming week.

SIGNATURE ON FOLLOWING PAGE

Dated: November 19, 2022

Antonio Romanucci
Bhavani Raveendran
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net

Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed November 19, 2022, on the Court's CM/ECF system, which serves copies on all counsel of record.

Furthermore, I certify that I simultaneously served a copy of the foregoing on the following via email:

Christina A. Kelley
Supervisory Attorney
Butner Legal Center
Federal Correctional Complex
Old Highway 75, P.O. Box 1600
Butner, North Carolina 27509
(919) 575-3900
c4thompson@bop.gov

/s/ Stephen H. Weil