044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5, <br><br> Defendants. | Case Number 19-cv-01133 <br><br> Judge Sue E. Myerscough <br><br> Magistrate Judge Eric I. Long |

## **MOTION FOR LEAVE TO DEPOSE INCARCERATED PERSON**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and hereby submit their Motion for Leave to Depose Incarcerated Person, stating as follows:

1.  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) if the deponent is confined in prison.

2.  Plaintiff filed his Complaint in this matter on October 28, 2018, shortly after his release from the Illinois Department of Corrections ("IDOC"). Plaintiff alleges claims of deliberate indifference under the Eighth Amendment, violations of the Americans with Disabilities Act, and violations of his due process rights under the Fourteenth Amendment. [Doc. 82]. Each of the claims arise out of his 22 years in IDOC, where he alleges he was placed in "solitary

confinement" causing deterioration of his mental condition and causing him to commit acts of self-harm. [Doc. 82].

3. Plaintiff is currently incarcerated in FMC Butner, a Federal Bureau of Prisons facility in North Carolina. [Doc. 205, ¶1].

4. Defendants need to take Plaintiff's deposition to discover Plaintiff's knowledge regarding the facts alleged in his Complaint.

5. Plaintiff does not oppose this Motion.

WHEREFORE Defendants request this Court grant leave to depose Plaintiff pursuant to Rule 30 and grant such other relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
One of the Attorneys for Defendants,
WEXFORD HEALTH SOURCES, INC.,
KELLY RENZI, PSY.D., and WILLIAM
PUGA, M.D.

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2022, I electronically filed the foregoing Motion for Leave to Depose Incarcerated Person with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley
Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802

Stetson F. Atwood, Laura Ieremia,
Scott Kater, Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603

Antonio M. Romanucci, Stephan D. Blandin
Bhavani Raveendran, Javier Rodriguez, Jr.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Stephen H. Weil, Jon Loevy
Arthur Loevy, Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

                                                                                /s/ Joy C. Syrcle

11170639