IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:19-CV-01133 |
| v. | ) ) ) | Judge Sue Myerscough<br>Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff Anthony Gay, by and through his undersigned attorneys, respectfully submits this status report.

1.  This status report concerns Plaintiff counsel's efforts to gather affidavit materials from Mr. Gay in order to respond to the sanctions motion filed by defendant Wexford Health Sources, Inc.

2.  Plaintiff counsel was able to hold a call with Mr. Gay on December 1, 2022. Counsel was able to review the affidavit with Mr. Gay. Mr. Gay asked counsel to make two changes to the affidavit. Counsel made those changes and transmitted the revised affidavit to BOP counsel with a request that it be provided to Mr. Gay for his signature.

3.  As of this filing Plaintiff counsel have not received a response from BOP counsel.

4.  Having consulted with Mr. Gay regarding his affidavit, Plaintiff counsel will be able to file the response to Wexford's sanctions motion by Friday, December 9, 2022. Should the signed copy of Mr. Gay's affidavit not arrive by that date, Plaintiff counsel will attach the revised draft copy transmitted to BOP counsel to the response brief, and will supplement Plaintiff's response with a signed copy of Mr. Gay's affidavit when it arrives.

Dated: December 2, 2022

Antonio Romanucci
Bhavani Raveendran
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net

Respectfully submitted,

/s/ *Stephen H. Weil*

Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed December 2, 2022, on the Court's CM/ECF system, which serves copies on all counsel of record.

Furthermore, I certify that I simultaneously served a copy of the foregoing on the following via email:

Christina A. Kelley
Supervisory Attorney
Butner Legal Center
Federal Correctional Complex
Old Highway 75, P.O. Box 1600
Butner, North Carolina 27509
(919) 575-3900
c4thompson@bop.gov

Genna D. Petre
Senior Attorney
Butner Legal Center
Old Highway 75, P.O. Box 1600
Butner, NC 27509
919-575-3900 ext. 6076
Fax: 919-575-4813
gpetre@bop.gov

/s/ Stephen H. Weil