044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, | |
| Plaintiff, | |
| v. | Case Number 19-cv-01133 |
| THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5, | Judge Sue E. Myerscough  Magistrate Judge Eric I. Long |
| Defendants. | |

## MOTION TO REMOVE COUNSEL

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and hereby submit their Motion to Remove Counsel, stating as follows:

1.    The law firm of Cassiday Schade LLP represents Defendants WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

2.    Rachael N. Hayes and Jessica N. Klaus previously entered their appearances for Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

3.    Rachael N. Hayes and Jessica N. Klaus are no longer associated with the law firm of Cassiday Schade LLP.

4.    Joy C. Syrcle and Joe Rupcich, with the law firm of Cassiday Schade LLP, have entered appearances on behalf of the Defendants.

WHEREFORE, for the above reasons, the undersigned respectfully requests this honorable

Court remove Rachael N. Hayes and Jessica N. Klaus as counsel for Defendants, WEXFORD

HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Joy C. Syrcle
     One of the Attorneys for Defendants,
     WEXFORD HEALTH SOURCES, INC.,
     KELLY RENZI, PSY.D., and WILLIAM
     PUGA, M.D.

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing Motion to Remove Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley
Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802

Stetson F. Atwood, Laura Ieremia,
Scott Kater, Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603

Antonio M. Romanucci, Stephan D. Blandin
Bhavani Raveendran, Javier Rodriguez, Jr.
Romanucci & Blandin, LLC
321 N. Clark Street,Suite 900
Chicago, IL 60654

Stephen H. Weil, Jon Loevy
Arthur Loevy, Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

/s/ Joy C. Syrcle

11257017