IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| John Baldwin *et al.*, | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Rule 7.1(e)(4) of the Local Rules of the United States District Court for the Central District of Illinois, Plaintiff in the above-captioned matter, through their undersigned counsel, file this motion for leave to file a response to a motion in excess of 15 pages. In support of their motion Plaintiff states:

1. On August 8, 2022, Defendants Wexford Health Sources, Inc., Kelly Renzi, PSY. D., and William Puga, M.D., ("Wexford") filed an amended motion for sanctions, ECF 189, and an accompanying memorandum, ECF 190. The motion and memorandum total 34 pages not including exhibits.

2. On September 7, 2022, Wexford filed a supplement to its sanctions motion of 10 pages, not including exhibits. ECF 192.

3. Plaintiff has prepared a response to the foregoing motion. The nature of the response requires a detailed extensive development of the factual record.

4. This factual development has included extensive correspondence among counsel. To comply with the Standards for Professional Conduct within the Seventh Federal Judicial Circuit No. 30 (Lawyers' Duties to Other Counsel), Plaintiff not attached the emails between counsel, but instead has excepted them in the memorandum, increasing its length.

5. Plaintiff has prepared a response in opposition to Defendant's amended motion for

sanctions. Excluding exhibits, the response is 44 pages long. The length of the response is necessary to properly address the issues raised in Wexford's motion for sanctions. Plaintiff respectfully submits that a response that addresses Defendant's factual and legal arguments will assist the Court in assessing and resolving Defendant's motion.

6. In light of the foregoing, Plaintiff respectfully requests that the Court grant him leave to file a response to Defendant's amended motion for sanctions that is in excess of 15 pages.

Dated: December 12, 2022

Antonio Romanucci
Bhavani Raveendran
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net

Respectfully submitted,

/s/ *Stephen H. Weil*
Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com

*Attorneys for Plaintiff*