AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Anthony Gay | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   19-cv-01133 |
| John Baldwin, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pierre Nunez, M.D.                                                                                             .

Date:    03/09/2023

/s/ Brian P. O'Kane
*Attorney's signature*

Brian P. O'Kane/#6243597
*Printed name and bar number*

Donohue Brown Mathewson & Smyth LLC
131 South Dearborn Street, Suite 1600
Chicago, Illinois 60603
*Address*

okane@dbmslaw.com
*E-mail address*

(312) 422-0736
*Telephone number*

(312) 422-0909
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Anthony Gay )
*Plaintiff* )
v. ) Case No. 19-cv-01133
John Baldwin, et al. )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on  03/09/2023 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All Counsel of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

.

/s/ Brian P. O'Kane
*Attorney's signature*

Brian P. O'Kane/#6243597
*Printed name and bar number*

Donohue Brown Mathewson & Smyth LLC
131 South Dearborn Street, Suite 1600
Chicago, Illinois 60603
*Address*

okane@dbmslaw.com
*E-mail address*

(312) 422-0736
*Telephone number*

(312) 422-0909
*Fax number*