# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| John Baldwin et al., | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, through undersigned counsel, submit this motion to extend the Discovery deadlines in the instant matter. In support of their motion, the Parties respectfully plead as follows:

1. On January 11, 2022, the Court entered the following schedule:

    a. Fact Discovery Close, 3/10/23

    b. Plaintiff Expert Disclosure, 4/3/23

    c. Plaintiff to make experts available for deposition, 5/3/23

    d. Defendant Expert disclosure, 6/7/23

    e. Defendants to make experts available for deposition, 7/7/23

    f. Discovery Close, 7/7/23

    g. Dispositive Motions Due, 8/9/23

    h. Final Pretrial Conference, 12/29/23

    i. Trial, 1/16/2024

2. The parties are now jointly requesting an extension of time for the following good cause shown:

1

a. Issues regarding 30(b)(6) witnesses continue to be conferred on by both parties. Counsel for both Wexford Health Sources (Wexford) and the Illinois Department of Corrections (IDOC) are making efforts to produce responsive witnesses in the coming weeks but have not provided concrete deposition dates at this time.

b. Because of the number of parties and counsel involved, and because the parties are administrators with schedules that render them less available than other types of witnesses, scheduling depositions in this case has presented unique challenges.

c. Due to scheduling conflicts as well as trials and depositions set in other matters, the parties will need additional time to ensure depositions are completed.

d. An unexpected issue arose prior to Plaintiff's scheduled deposition that caused it to be rescheduled.

e. Plaintiff issued discovery during the discovery period, which IDOC and Wexford have not yet responded to.

f. A serious, ongoing family emergency on the part of Plaintiff's counsel.

3. Due to the described issues, the parties were not able to complete all discovery, and depositions remain to be taken, including Defendants' 30(b)(6) testimony and Plaintiff's deposition.

4. The parties have been able to complete several other depositions of Defendants during the discovery period.

5. The parties have confirmed availability for depositions to take place on March 27 and April 6 and are working to confirm other dates to ensure that all depositions are completed by the new proposed discovery closure date.

6. Plaintiff's deposition is scheduled for March 31.

7. The parties therefore request that current scheduling order be vacated, and the deadlines contained therein be extended to the following dates:

   a. Fact Discovery Close, 4/28/23

   b. Plaintiff Expert Disclosure, 5/26/23

   c. Plaintiff to make experts available for deposition, 6/16/23

   d. Defendant Expert disclosure, 7/14/23

   e. Defendants to make experts available for deposition, 8/4/23

   f. Discovery Close, 8/4/23

   g. Dispositive Motions Due, 9/1/23

   h. Final Pretrial Conference, 12/29/23

   i. Trial, 1/16/24

8. This motion is brought in good faith and without intent to delay ultimate adjudication of the instant matter.

9. The trial date and pretrial conference will not be disturbed by this extension.

WHEREFORE, Plaintiff Anthony Gay respectfully requests that this Court enter an order extending existing discovery deadlines to those identified in paragraph 7, and for any further relief deemed just and proper by this Court.

Respectfully submitted,

Date: March 10, 2023

/s/ Sam Harton
Sam Harton
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-85900
sharton@rblaw.net
Counsel for Plaintiff

3

/s/ Joy Syrcle
Joy Syrcle
CASSIDAY SCHADE
3100 Montvale Drive
Springfield, IL 62704
Phone: 217-572-1714
Fax: 217-572-1613
jsyrcle@cassiday.com
Counsel for Wexford Defendants

/s/ Brian O'Kane
Brian O'Kane
DONOHUE BROWN MATHEWSON & SMYTH
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
Ph: (312) 422-4905
stetson.atwood@dbmslaw.com
Counsel for Defendant Dr. Nunez

/s/ Nicholas Staley
Nicholas S. Staley
Unit Supervisor, Prisoner Litigation
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
Office: (312) 814-7202
nicholas.staley@ilag.gov
Counsel for IDOC Defendants