044653/19344/JNR

## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough,<br>Magistrate Judge Eric I. Long |

### NOTICE OF TAKING DEPOSITION

| | |
|---|---|
| TO: | See Attached Service List |
| DATE AND HOUR: | March 31, 2023, at 10:00 am |
| WITNESS TO BE DEPOSED: | Anthony Gay |
| PLACE OF DEPOSITION: | Livingston County Jail<br>844 West Lincoln Street<br>Pontiac, IL 61764 |
| REPORTER: | Circuit Wide Reporting |

    YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that at the above date, hour and place, the undersigned shall cause the above-referenced deposition to be taken upon oral examination, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, and that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases. Any party or their attorney may appear and participate as they see fit.

    DATED:      March 29, 2023

044653/19344/JNR
ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

                                      CASSIDAY SCHADE LLP

                              By: /s/ Joseph N. Rupcich
                                  One of the Attorneys for Defendants,
                                  WEXFORD HEALTH SOURCES, INC.,
                                  KELLY RENZI, PSY.D., and WILLIAM
                                  PUGA, M.D.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

044653/19344/JNR
ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

### **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Taking Deposition was served upon the following attorneys of record and pro se parties by depositing the same in the U.S. mail in Springfield, Illinois, with proper postage prepaid, on March 29, 2023.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Nicholas S. Staley
Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago IL 60601
(312) 814-3588

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802
(217) 278-3332

Stetson F. Atwood
Laura Ieremia
Scott Kater
Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

Antonio M. Romanucci
Stephan D. Blandin
Bhavani Raveendran
Javier Rodriguez, Jr.
Samantha A. Harton
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

044653/19344/JNR

ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

aromanucci@rblaw.net
sblandin@rblaw.net
b.raveendran@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Stephen H. Weil
Jon Loevy
Arthur Loevy
Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

/s/ Joseph N. Rupcich

11373079