044653/19344/JNR

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>            Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>            Defendants. | Case Number 19-cv-01133<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Eric I. Long |

## **DECLARATION PER LOCAL RULE 5.7(D)(2)**

I, Joy C. Syrcle, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, that I am competent to testify and would state as follows:

1. April 14, 2023, was the deadline for Defendants' Response to Plaintiff's Motion to Compel and Motion to Modify Schedule [Doc. 222].

2. The undersigned attempted to file the Response beginning at approximately 8:00 p.m. on April 14, 2023, but received an error message that the Court's electronic filing system was not found. The undersigned saved a copy of the error message, attached hereto as Exhibit A.

3. The undersigned continued to try to access the Court's electronic filing system until approximately 10:00 p.m. At that time, the undersigned provided a copy Defendants' Response via email to all counsel of record.

4. Defendants have now filed the Response [Doc. 226]. Defendants respectfully request the Court deem the Response to have been timely filed.

5. No party will be prejudiced as the Response was timely served on all parties despite not being filed in the Court docket.

6. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER DECLARANT SAYETH NOT:

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on 4/17/23.

_____
Joy C. Syrcle

11398757