# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN BALDWIN, et al.,<br><br>    Defendants. | Civil Action No. 19-cv-1133<br><br>Hon. Judge Sue E. Myerscough |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney requests that this Court allow him to withdraw from representation of Defendants Rob Jeffreys, John Baldwin, Melvin Hinton, Jeff Sims, Shane Reister, Sylvia Butler, Jamie Chess, Michael Melvin, John Varga, Teri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus in this matter. In support of his motion, counsel states as follows:

1. The undersigned attorney has accepted other employment and will no longer be practicing law at the Office of the Illinois Attorney General.

2. Assistant Attorney General Alan Remy Taborga will continue to represent the Defendants in this matter.

3. Accordingly, the undersigned requests the entry of an order granting leave to withdraw his representation of Defendants Rob Jeffreys, John Baldwin, Melvin Hinton, Jeff Sims, Shane Reister, Sylvia Butler, Jamie Chess, Michael Melvin, John Varga, Teri Kennedy, Emily Ruskin, Justin Wilks, and Sonja Nicklaus and directing the Clerk of the United States District Court for the Central District of Illinois to strike his name from the notice recipients in the case.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing the undersigned attorney's withdrawal.

Date: April 21, 2023

                                                         Respectfully Submitted,

KWAME RAOUL                                     /s/ *Nicholas S. Staley*
Attorney General of Illinois                     Nicholas S. Staley
                                                             Unit Supervisor, Prisoner Litigation
                                                              Office of the Illinois Attorney General
                                                              100 West Randolph Street, 13th Floor
                                                              Chicago, Illinois 60601
                                                              (312) 814-7202
                                                              nicholas.staley@ilag.gov