044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>            Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>            Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough,<br>Magistrate Judge Eric I. Long |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

To:    See Attached Service List

      The undersigned, under penalties as provided by law states that on June 26, 2023, the following discovery documents were served by emailing a copy to each person to whom directed:

**Defendant Wexford's Response to Plaintiff's Request to Admit Facts**
**Defendant Wexford's Answers to Plaintiff's Second Set of Interrogatories**
**Defendant Wexford's Response to Plaintiff's Second Request to Produce**

                                                        /s/ Joy C. Syrcle

Joy C. Syrcle, 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

044653/19344/JNR

ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

## **SERVICE LIST**

Antonio M. Romanucci
Stephan D. Blandin
Bhavani Raveendran
Javier Rodriguez, Jr.
Samantha A. Harton
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)
aromanucci@rblaw.net
sblandin@rblaw.net
b.raveendran@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Stephen H. Weil
Jon Loevy
Arthur Loevy
Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

Nicholas S. Staley
Phillip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago IL 60601
(312) 814-3588

044653/19344/JNR

ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802
(217) 278-3332

Stetson F. Atwood
Laura Ieremia
Scott Kater
Monica L. Smit
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street
Suite 1600
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

11472416