044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>    Defendants. | Case Number 19-cv-01133<br><br>Judge Sue E. Myerscough<br>Magistrate Judge Eric I. Long |

## MOTION TO WITHDRAW ADMISSIONS

NOW COME the Defendant, WEXFORD HEALTH SOURCES, INC., by and through its attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and for its Motion to Withdraw Admissions, state as follows:

1. On February 10, 2023, Plaintiff sent an email containing a notice of deposition, Plaintiff's supplemental Rule 26 disclosures and one document titled "Supplemental Discovery Requests." The body of the email contained discussion of scheduling for nine depositions and identified the attachments, including referring to the attached "Written Discovery to IDOC."

2. Upon subsequent examination by counsel for Defendant, the "Supplemental Discovery Requests" document contained three sets of requests, including requests to produce, interrogatories and requests for admission, all directed "to Defendants Jeffreys, Baldwin, Wexford." *See* Exhibit A. A Response was due within 30 days. *See* Fed. Rule Civ. Pro. 36(a)(3).

3. Due to confusion in the contents of the Supplemental Discovery Requests based on the description in the email, the undersigned sought clarification from Plaintiff's counsel as to the Defendants to whom the requests were intended. The undersigned prepared responses, but due to the confusion surrounding service of the requests, no deadline was calendared, and the responses were inadvertently not served.

4. As the deadline for answering has passed, the matters contained in the Requests for Admission portion the Supplemental Discovery Requests, are deemed admitted. However, Rule 36(b) allows an admission to be withdrawn "if it would promote presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action of the merits."

5. Here, Plaintiff has not relied on any admissions to his detriment. Moreover, the requests at issue are posed as paired, contrary statements. For example, Request 1 states: "Admit that during his incarceration, Anthony Gay required an Inpatient Level of Care." Request 2 then states: "Admit that during his incarceration, Anthony Gay never required an Inpatient Level of Care." *See* Ex. A. Nearly all of the requests are similar conflicting pairs such that approximately half of the statements must be false if the other half are true. It is, therefore, nonsensical to proceed with the requests being deemed admitted.

6. Justice will be served by allowing the admissions to be withdrawn and the case litigated on the merits.

7. Defendants have prepared Responses and are serving the same concurrently herewith.

8. Plaintiff does not object to the relief sought herein.

2

WHEREFORE, for the above reasons, Defendant respectfully request this Honorable Court grant its Motion to Withdraw Admissions and grant other further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
One of the Attorneys for Defendants,
WEXFORD HEALTH SOURCES, INC.,

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I electronically filed the foregoing Motion to Withdraw Admissions with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

ATTORNEYS FOR JOHN BALDWIN, JEFF SIMS, SHANE REISTER, MELVIN HINTON, SYLVIA BUTLERand JOHN VARGA:
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802
(217) 278-3332

ATTORNEYS FOR DR. NUNEZ:
Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Scott Kater, Esq.
Monica L. Smit, Esq.
Brian P. O'Kane, Esq.
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street
Suite 1600
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com
okane@dbmslaw.com


Antonio M. Romanucci, Esq.
Stephan D. Blandin, Esq.
Bhavani Raveendran, Esq.
Javier Rodriguez, Jr., Esq.
Samantha A. Harton, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)

aromanucci@rblaw.net
sblandin@rblaw.net
b.raveendran@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Stephen H. Weil, Esq.
Jon Loevy
Arthur Loevy
Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

/s/ Joy C. Syrcle

11468504