AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| ANTHONY GAY ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19-cv-1133 |
| JOHN BALDWIN, ROB JEFFREYS, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF ADDITIONAL COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as additional counsel for:

John Baldwin, Rob Jeffreys, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, Dr. Chess, Michael Melvin, Terri Kennedy, Emily Ruskin, John Varga, Justin Wilks and Sonja Nicklaus.

Date:   09/08/2023

/s/ Ambrose V. McCall

Ambrose V. McCall #6196898

*Printed name and bar number*

Hinshaw & Culbertson LLP
1515 North Franklin Street, Suite 2500
Chicago, IL 60606

*Address*

amccall@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312 )704-3001
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY )<br>*Plaintiff* )<br>v. )<br>JOHN BALDWIN, ROB JEFFREYS, et al. )<br>*Defendant* ) | Case No.  1:19-cv-1133 |

CERTIFICATE OF SERVICE

I certify that on  09/08/2023 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Attorneys of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

/s/ Ambrose V. McCall

Ambrose V. McCall #6196898
*Printed name and bar number*

Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606

*Address*

amccall@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312) 704-3001
*Fax number*