044653/19344/JNR

U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough,<br><br>Magistrate Judge Eric I. Long |

## AMENDED NOTICE OF TAKING DEPOSITION

| | |
|---|---|
| TO: | See Attached Service List |
| DATE AND HOUR: | Friday, December 22, 2023, at 9:00 a.m. Pacific/11:00 a.m. Central Time |
| WITNESS TO BE DEPOSED: | Ryan Quirk, Ph.D. |
| PLACE OF DEPOSITION: | Via Zoom |
| REPORTER: | Amy Powers, Circuit Wide Reporting |

　　　YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that at the above date, hour and place, the undersigned shall cause the above-referenced deposition to be taken upon oral examination, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, and that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases. Any party or their attorney may appear and participate as they see fit.

　　　DATED:　　　December 12, 2023

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
   One of the Attorneys for Defendants,
   WEXFORD HEALTH SOURCES, INC.,
   KELLY RENZI, PSY.D., and WILLIAM
   PUGA, M.D.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Taking Deposition was served upon the following attorneys of record and pro se parties by depositing the same in the U.S. mail in Springfield, Illinois, with proper postage prepaid, on December 12, 2023.  Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Antonio M. Romanucci, Stephan D. Blandin,
Bhavani Raveendran, Javier Rodriguez, Jr.,
Samantha A. Harton
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)
aromanucci@rblaw.net
sblandin@rblaw.net
b.raveendran@rblaw.net
jRodriguez@rblaw.net
sharton@rblaw.net

Stephen H. Weil, Jon Loevy
Arthur Loevy, Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com
weil@loevy.com
locke@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802
(217) 278-3332
Alan.taborga@ilag.gov

Phillip W. Rehani
Assistant Attorney General
100 W. Randolph, 13th floor
Chicago, IL  60601
Phillip.Rehani@ilag.gov

Stetson F. Atwood, Laura Ieremia, Scott Kater,
Monica L. Smit, Brian P. O'Kane
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street. Suite 1600
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
ieremia@dbmslaw.com
kater@dmbslaw.com
okane@dbmslaw.com
smit@dbmslaw.com

Robert T. Shannon, Stephen Mehr
Ambrose V. McCall, Thomas O'Carroll
Hinshaw & Culbertson LLP
1515 North Franklin Street, Suite 2500
Chicago IL 60606
rshannon@hinshawlaw.com
smehr@hinshawlaw.com
tocarroll@hinshawlaw.com
amccall@hinshawlaw.com

/s/ Joseph N. Rupcich

11637352