# Exhibit 2

| | |
|---|---|
| **From:** | Steve Weil |
| **To:** | O"Carroll, Thomas L. |
| **Cc:** | Bhavani Raveendran; Sam Harton; Shannon, Robert |
| **Subject:** | Re: Gay - Discovery matters |
| **Date:** | Tuesday, December 19, 2023 11:32:17 AM |
| **Attachments:** | image006.png |
| | image007.png |
| | image003.png |
| | image004.png |
| | image005.png |

**\*\*\*External email\*\*\***
This message came from outside your organization.

Thomas, as you and I have discussed, the focus of the deposition will be to understand why the State did not have or develop a hospital-level mental health treatment capacity (either by developing it internally, transferring patients to IDHS, or transferring them to other hospitals) during the time that Mr. Gay was incarcerated in the IDOC. The topic may require us to reach back before Mr. Gay was incarcerated, for context, but in all events that is the focus of the deposition.

**Stephen H. Weil** (He/Him)

Office: (312) 243-5900
Direct: (312) 736-0186
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com


On Fri, Dec 15, 2023 at 12:14 PM O'Carroll, Thomas L. <tocarroll@hinshawlaw.com> wrote:

> My apologies. I keep getting sidetracked when I intend to respond. You are correct to keep prompting me.
>
> Can we talk on Monday?
>
> When we spoke in September, my notes indicated that the issues regarding 30(b)(6) mirrored the issues that you were having in the Andrews case. You wanted me to speak to the attorneys in that case and I did.
>
> As I understand it, you wanted to know why the IDOC did not refer anyone to the IDHS. That was before the deposition of Dr. Fairless and I believe that discussion was answered by Dr. Fairless in the Andrews case.