IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue Myerscough |
| | ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, by and through his undersigned attorneys, respectfully moves the Court for a three-day extension of time, to March 4, 2024, to file a response to the government defendants' motion for protective order, ECF 258.

Plaintiff has consulted with counsel for the government defendants, who do not oppose this motion. In support of his motion Plaintiff states:

1. The government defendants have filed a motion for protective order, ECF 258.

2. The current deadline to respond to ECF 258 is February 29, 2024.

3. Plaintiff counsel has a number of competing obligations in other cases, including depositions requiring travel and two different filings being made this week. These obligations have prevented Plaintiff counsel from responding to the government's motion within the time allotted.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline for responding to the government defendants' motion for protective order, ECF 258, by three business days, from **February 29, 2024** to **March 4, 2024**.

Dated: February 29, 2024				Respectfully submitted,


						/s/ *Stephen H. Weil*

						Jon Loevy – jon@loevy.com
						Stephen Weil – weil@loevy.com
						Loevy & Loevy
						311 N. Aberdeen Street
						Third Floor
						Chicago, IL 60607
						312-243-5900

						Antonio Romanucci - aromanucci@rblaw.net
						Bhavani Raveendran - b.raveendran@rblaw.net
						Sam Harton
						Romanucci & Blandin, LLC
						321 North Clark St., Suite 900
						Chicago, IL 60654
						(312) 458-1000


						*Attorneys for Plaintiff*

2