IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:19-CV-01133 |
| v. | ) ) ) | Judge Sue E. Myerscough |
| John Baldwin et al., | ) ) ) | Magistrate Judge Eric I. Long |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO DEPOSE DEFENDANTS' EXPERTS**

NOW COMES the PLAINTIFF, through his undersigned counsel, and hereby moves this Court to extend the deadline to depose Defendants' Experts. In support thereof, the Plaintiff states as follows:

1. On February 16, 2024, this Honorable Court set the following deadlines in this matter, in response to a motion to extend filed by the Defendants:

   a. Deadline for Defendants to Disclose experts: February 28, 2024.

   b. Deadline for Depositions of Defendants experts: March 8, 2024

2. On February 28, 2024, Defendants disclosed the identity of five FRCP 26(a)(2)(A) experts, alongside reports for three and promise of forthcoming reports for the remaining two.

3. The Defendants also included disclosure of several 26(a)(2)(B) uncontrolled experts.

4. The Plaintiff is now requesting an extension of time to depose those individuals for the following good cause shown:

   a. Wexford Defendants and Defendant Nunez require time to issue final expert reports for two remaining experts, which have not yet been provided. Plaintiff requires the defendants to file their reports before expert depositions occur.

1

b. Once all reports are received, Plaintiff will be required to set five depositions of controlled experts and at least four uncontrolled experts, and will need to coordinate with counsel to ensure that attorneys from the five involved firms can be present.

c. Plaintiff's Counsel from Romanucci & Blandin, LLC has week-long trials set for April 15, 2024 in the Northern District of Illinois and May 6, 2024 in the Central District of Illinois.

d. Due to scheduling conflicts and trials set in other matters, the parties will need additional time to ensure expert depositions are completed.

5. On March 1, 2024, Counsel for all attorneys conferred on multiple issues including the time to schedule expert depositions and an agreed alternate trial date due to a trial conflict.

6. On March 6, 2024, counsel for Plaintiff, Bhavani Raveendran, circulated a draft motion requesting more time to complete depositions and other pending issues, pursuant to the March 1, 2024 conferral.

7. After receiving initial agreement from all parties during the conferral call, IDOC Defendants raised issues Friday afternoon regarding the trial conflict and continuance discussed in the original motion. It became clear that continued conferral with IDOC counsel was required.

8. Accordingly, undersigned Plaintiff's counsel indicated that Plaintiff would instead request a simple motion for more time on the expert deposition issue due to the pending deadline and revisit other matters next week.

9. Counsel for Wexford Defendants indicated he had no objection to the motion addressing more time for expert depositions.

10. After the requested relief had been changed, counsel for Defendant Dr. Nunez was not able to respond again.

11. Counsel for the IDOC Defendants indicated their lack of consent to the instant motion unless Plaintiff included a request to move the dispositive deadline. Because the moving of the dispositive deadline may affect the trial date, Plaintiff could not include that request at this time and indicated the objection would be noted.

12. Plaintiff therefore requests that the current deadline for expert depositions of March 8, 2024 be continued to May 16, 2024.

13. This motion is brought in good faith and without intent to delay ultimate adjudication of the instant matter.

WHEREFORE, Plaintiff Anthony Gay respectfully requests that this Court enter an order extending existing deadline to depose experts to May 16, 2024, and for any further relief deemed just and proper by this Court.

Respectfully submitted,

Date: March 8, 2024

/s/ *Stephen H. Weil*

Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com

ROMANUCCI & BLANDIN, LLC
Bhavani Raveendran
Sam Harton
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net

***Attorneys for Plaintiff***