IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| John Baldwin et al., | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND CONTINUANCE OF TRIAL DATE**

NOW COMES the Plaintiff, through his undersigned counsel, and hereby moves this Court to continue the trial date and extend the deadlines pending in this matter. In support thereof, the Plaintiff states as follows:

1. On September 5, 2023 this Honorable Court scheduled the close of fact discovery on January 13, 2024 and set trial for this matter on September 9, 2024.

2. On January 2, 2024 and February 16, 2024, this Honorable Court set the following deadlines in this matter, in response to motions to extend filed by the parties:

    a. Deadline for Defendants to Disclose experts: February 28, 2024.

    b. Deadline for Depositions of Defendants experts: March 8, 2024

    c. Dispositive Motion Deadline: March 15, 2024.

3. The parties have been working diligently to complete all deadlines.

4. At this time, the parties have for the most part completed fact discovery, with only a few items remaining, Plaintiff's expert disclosures and depositions, disclosure of two FRCP

1

26(a)(2)(A) Defendant experts, and disclosure of all 26(a)(2)(B) uncontrolled experts for Defendants.

5. On March 8, 2024, Plaintiff filed an unopposed motion to extend deadlines to depose defendants' experts to and including May 16, 2024, that remains pending at this time.

6. Plaintiff is now requesting an extension of time for the following good cause shown:

    a. IDOC Defendants filed a Motion for Protective Order against the Plaintiff's request for a final 30(b)(6) deponent is briefed and is currently pending.

    b. The parties are working together to schedule an inspection of certain cells in the control of IDOC.

    c. IDOC Defendants are currently working to produce a final batch of Mr. Gay's grievances.

    d. Wexford Defendants and Defendant Nunez require a brief extension to issue final expert reports, for one expert respectively.

7. Additionally, the parties are requesting a continuance for the currently scheduled trial set for September 9, 2024, as counsel for the Plaintiff has trial set on September 9, 2024, before the Eastern District of Wisconsin in another matter.

8. On March 1, 2024, Counsel for all attorneys conferred on the conflict with the trial date, outstanding discovery items, and remaining deadlines in an effort to come to an agreement and streamline scheduling before requesting assistance from this Honorable Court.

9. After conferring on the March 1, 2024 call, the parties agreed that they do not believe the cell inspection photos and materials will be required to argue and respond to dispositive motions and will require time to safely plan according to the security restrictions of IDOC. Therefore,

the parties request a specific date by which to complete the inspection after the dispositive motion deadline.

10. Plaintiff therefore requests that the current scheduling order be vacated, and the deadlines contained therein be extended to the following dates:

    a. Defendants to Disclose Experts and Provide Expert Reports: March 29, 2024.

    b. Final grievance production and potential FRCP 30(b)(6) deposition: May 16, 2024.

    c. Dispositive Motion Deadline: June 15, 2024.

    d. Deadline to complete site inspection of cells: October 1, 2024.

11. After conferring with Counsel for all parties during the March 1, 2024 call, all Counsel indicated that they can be available for trial for 10 business days beginning on December 3, 2024 or February 17, 2025.

12. Wexford Defendants and Defendant Nunez are available for the December 3, 2024 or February 17, 2025 trial dates and do not object to the request for both dates.

13. On March 8, 2024, IDOC Defendants' counsel indicated their availability for trial on either date, however, objected to the setting of December 3, 2024 trial date as one of their experts will be unavailable starting December 9, 2024.

14. Plaintiff offered to agree to an evidence deposition for the expert and to confine their Corrections expert to an evidence deposition in turn or in the alternative, come to an agreement reserving an afternoon for said defendant's expert's testimony before December 9, 2024; however, the parties were not able to come to agreement.

15. Plaintiff therefore requests that the current trial date be vacated and reset for December 3, 2024.

16. This motion is brought in good faith and without intent to delay ultimate adjudication of the instant matter.

WHEREFORE, Plaintiff Anthony Gay respectfully requests that this Court enter an order extending existing discovery deadlines and the established trial date, and for any further relief deemed just and proper by this Court.

Respectfully submitted,

Date: March 14, 2024

/s/ Bhavani Raveendran
ROMANUCCI & BLANDIN, LLC
Bhavani Raveendran
Sam Harton
Romanucci & Blandin, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
(312) 458-1000
b.raveendran@rblaw.net
sharton@rblaw.net

Jon Loevy
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, Floor 3
Chicago, IL 60607
312-243-5900
weil@loevy.com
***Attorneys for Plaintiff***

4