IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY, <br>     Plaintiff, <br> v. <br> JOHN BALDWIN, et al., <br>     Defendants. | Case No. 19-CV-1133 <br><br> Judge: Sue E. Myerscough |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND CONTINUANCE OF TRIAL DATE**

Defendants John Baldwin, Sylvia Butler, Dr. Jamie Chess, Dr. Melvin Hinton, Rob Jeffreys, Terri Kennedy, Michael Melvin, Sonja Nicklaus, Shane Reister, Emily Ruskin, Jeff Sims, John Varga, and Justin Wilks (collectively, "IDOC Defendants"), hereby respond to Plaintiff's Motion for Extension of Time and Continuance of Trial Date, and they state the following in support of their good cause request:

1. Plaintiff filed his motion on March 14, 2024, seeking to extend the trial date of September 9, 2024.

2. During discussions with Plaintiff's counsel, Defendants' counsel agreed to an extension of the trial date to accommodate the trial schedule of Plaintiff's attorney.

3. Initially, the parties discussed starting trial on December 3, 2024, or February 17, 2025. Those schedules were available for the attorneys, however, in speaking with Defendants' expert witness, the defense learned that he will be out of town in December for a planned group vacation for which he has already purchased tickets.

4. Defendants' counsel asked the Plaintiff if the parties could proceed on the February 17, 2025 date that was previously discussed.

5. Plaintiff's counsel refused and issued the motion indicating the Defendants' objection, but nonetheless requesting the current date be vacated and the trial set for December 3, 2024.

6. Defendants' expert witness, as a former department of corrections director with decades of experience in correctional services, will provide critical testimony in response to the allegations regarding defendants' operational policies and practices. Defendants therefore oppose Plaintiff's proposed resolutions to the expert witness's scheduling conflict — confining him to an evidence deposition or scheduling him to testify out of order — as they create undue prejudice and can be avoided.

7. Defendants do not see the need to create a prejudice where one need not exist and therefore object to the Plaintiff's motion to extend the trial date to December 9, 2024.

8. The parties can still agree on a February 17, 2025 date if it is comparable with the Court's schedule.

For the foregoing reasons, IDOC Defendants respectfully request this Court enter an order denying Plaintiff's motion to extend the trial date to December 9, 2024, and in the alternative, extend the trial date to February 17, 2025.

Dated: March 21, 2024

Respectfully submitted,

/s/ *Robert T. Shannon*

Robert T. Shannon
Thomas L. O'Carroll
Stephen Mehr
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com
smehr@hinshawlaw.com

Ambrose V. McCall
Hinshaw & Culbertson LLP
416 Main Street, Sixth Floor
Peoria, IL 61602
Telephone: 309-999-9807
Facsimile: 309-674-9328
amccall@hinshawlaw.com

Counsel for IDOC Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 21, 2024, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Robert T. Shannon*