## DECLARATION OF DANA KONDOS

I, Dana Kondos, hereby state and affirm as follows:

1. I am over the age of 18.

2. I am a full-time employee of Romanucci & Blandin, LLC, employed as a paralegal.

3. As part of my paralegal duties, during 2024 I was responsible for coordinating client contact with Anthony Gay, as well as the point of contact with Mr. Gay for many matters concerning his case.

4. On June 11, 2024, I attended a Legal Visit with client Anthony Gay.

5. During this visit, Mr. Gay informed me he had been feeling ill recently and was awaiting test results from a prior medical appointment. Before this communication, Mr. Gay's legal team was completely unaware of his illness, let alone that it was terminal.

6. I spoke to Mr. Gay on approximately 3 other subsequent occasions during the month of June. Mr. Gay only mentioned he was awaiting biopsy results and would update me once he received the results.

7. It became increasingly difficult to have contact with Mr. Gay at the current prison he was being housed at.

8. As of the first week of July 2024, was unable to set a legal call or any call whatsoever with Mr. Gay. Mr. Gay was housed in the Federal Bureau of Prisons. I contacted the BOP multiple times in July in an attempt to set up a call with Mr. Gay but received no response.

9. On July 30, 2024, I was contacted by one of Mr. Gay's family members, who informed me that she had been allowed to visit Mr. Gay, that she had learned that he had cancer, and that she had been told his condition was terminal.

10. Between July 30 and August 8, 2024, I assisted lawyers at Romanucci & Blandin, LLC, in multiple attempts to contact Mr. Gay Mr. Gay, his BOP counselor, his counselor's supervisor, the legal coordinator, and the physician treating Plaintiff at the US MCFP. To the best of my knowledge all these attempts were unsuccessful.

11. On August 8, 2024, I learned that Mr. Gay had been sent to an outside hospital. I was also informed on August 8, by Mr. Gay's family, that his condition had considerably worsened, requiring his placement in the ICU.

12. I had been attempting to contact MCFP Springfield to determine where Mr. Gay is being housed, to no avail and repeated calls to Mr. Gay's counselor, his supervisor, and the legal supervisor had gone unanswered.

13. Later in the day on August 8, 2024, I was informed that Mr. Gay had been placed in the hospital's ICU and was no longer responsive.

14. On or around August 12, I learned from a hospital ICU attending physician that Mr. Gay was indeed unresponsive, that he had terminal cancer, and that he was not expected to survive much longer.

15. I have inquired with other members of Mr. Gay's legal team. Based on those conversations, it is my understanding that the last time anyone from Mr. Gay's legal team spoke with Mr. Gay was my conversations with Mr. Gay described above, in June 2024.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17. This Declaration was executed on November 19, 2024.

FURTHER YOUR DECLARANT SAYETH NOT.

Dated: November 19, 2024

_____
Dana Kondos