IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Maurisa Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| John Baldwin et al., | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, through her undersigned counsel, and for her Unopposed Motion for Extension of Time, states as follows:

1. Currently pending before the Court are the defendants' motions for summary judgment. *See* ECF Nos. 285-288.

2. Plaintiff's current deadline to respond to the defendants' motions for summary judgment is currently set at November 29, 2024. *See* November 18, 2024 TEXT ORDER.

3. The undersigned counsel, who has principal brief-writing responsibility for Plaintiff's summary judgment response, has encountered emergent and intensive brief-writing duties in another matter, *Wells v. City of Memphis et al.*, No. 2:23-cv-2244 (W.D. Tenn.), in which the undersigned has also borne heavy brief-writing duties. Those obligations have occupied an inordinate amount of counsel's time over the last two weeks and are anticipated to extend into the coming week, and they have prevented Plaintiff's counsel from completing Plaintiff's summary judgment response.

4.      In light of the foregoing, Plaintiff respectfully requests that the Court grant an extension from November 29, 2024 to December 9, 2024 to respond to the defendants' motions for summary judgment.

5.      To permit counsel for the defendants sufficient time to reply and considering the holidays, Plaintiff requests that the defendants be permitted to reply by January 6, 2025.

6.      Plaintiff has consulted with counsel for the defendants, and is informed that the defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to respond to the defendants' motions for summary judgment from November 29, 2024 to December 9, 2024.  Plaintiff further requests that the deadline for the defendants' reply be moved to January 6, 2025.
.

Date: November 29, 2024                     Respectfully submitted,


/s/ Stephen H. Weil


| | |
|---|---|
| Jon Loevy | Antonio Romanucci |
| Loevy & Loevy | Bhavani Raveendran |
| 311 N. Aberdeen Street, Floor 3 | Stephen Weil |
| Chicago, IL 60607 | Sam Harton |
| 312-243-5900 | Romanucci & Blandin, LLC |
| weil@loevy.com | 321 North Clark St., Suite 900 |
| | Chicago, IL 60654 |
| | (312) 458-1000 |
| | b.raveendran@rblaw.net |

***Attorneys for Plaintiff***