# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| Maurisa Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Sue E. Myerscough |
| | ) | |
| John Baldwin et al., | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, through her undersigned counsel, and for her Unopposed Motion for Extension of Time, states as follows:

1. Currently pending before the Court are the defendants' motions for summary judgment. *See* ECF Nos. 285-288.

2. Plaintiff's current deadline to respond to the defendants' motions for summary judgment is currently set at November 29, 2024. *See* November 18, 2024, TEXT ORDER.

3. Plaintiff previously filed an unopposed motion for extension of time to December 9, 2024. *See* ECF 295. Plaintiff counsel have been working diligently to complete their response by December 9 but have encountered several unexpected delays.

4. One of Plaintiff's lead attorneys was engaged in trial proceedings until the Thanksgiving holiday. Since then, several urgent matters have arisen related to a January trial in which one of Plaintiff's attorneys is lead counsel. These unforeseen circumstances have prevented the timely completion of the response by December 9, prompting a request for a brief extension.

5. In light of the foregoing, Plaintiff respectfully requests that the Court grant an extension from December 9, 2024, to December 13, 2024, to respond to the defendants' motions

for summary judgment.

6.	To permit counsel for the defendants sufficient time to reply and considering the holidays, Plaintiff requests that the defendants be permitted to reply by January 10, 2025.

7.	Plaintiff has consulted with counsel for the defendants and is informed that the defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to respond to the defendants' motions for summary judgment from December 9, 2024, to December 13, 2024. Plaintiff further requests that the deadline for the defendants' reply be moved to January 10, 2025.

Date: December 9, 2024                                                  Respectfully submitted,

/s/ Stephen H. Weil

| | |
|---|---|
| Jon Loevy | Antonio Romanucci |
| Loevy & Loevy | Bhavani Raveendran |
| 311 N. Aberdeen Street, Floor 3 | Stephen Weil |
| Chicago, IL 60607 | Sam Harton |
| 312-243-5900 | Romanucci & Blandin, LLC |
| jon@loevy.com | 321 North Clark St., Suite 900 |
| | Chicago, IL 60654 |
| | (312) 458-1000 |
| | aromanucci@rblaw.net |
| | b.raveendran@rblaw.net |
| | sweil@rblaw.net |
| | sharton@rblaw.net |

*Attorneys for Plaintiff*