44653/19344/JNR/JCS

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| MAURISA GAY, as representative of the estate of ANTHONY GAY, deceased<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Eric I. Long |

## **MOTION TO CONTINUE TRIAL**

NOW COMES Defendants, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and, for their Motion to Continue Trial, state as follows:

1. This case is set for jury trial beginning May 12, 2025. November 18, 2024, Text Order. Per the Court's November 18, 2024, order, the final pretrial conference is set for April 21, 2025, making pretrial documents due to the Court by April 14, 2025, per Judge Myerscough's standing order on Final Pretrial Conferences.

2. Pending before the Court are Defendants' Motions for Summary Judgment. Docs. 286-287. The briefing on the Motions for Summary Judgment is voluminous, given the timeframe this case involves and the number of depositions taken.

3. While Defendants wish to bring this case to conclusion, they recognize that given the breadth of this case, the Court will require adequate time to consider the Motions. Additionally,

Defendants believe authoring the pretrial order, exhibits lists, witness lists, motions in limine, and jury instructions will be most efficient with the Court's summary judgment order clearly outlining the issues for trial.

4. Both of Wexford's attorneys are scheduled to be on trial in *Ross v. IDOC,* SDIL No. 15-309, beginning March 31, 2025. *Ross* is a class action, and jury trial is expected to last at least three weeks, making Wexford's attorneys unavailable for the pretrial workup and final pretrial conference. Moreover, the voluminous nature of this case will require significant preparation to ensure orderly presentation of defense evidence and witness. The short turnaround between *Ross* and this trial will make it difficult for Wexford's counsel to adequately prepare.

5. Accordingly, Defendants request jury trial be continued to the earliest date convenient for the Court and parties.

WHEREFORE, for the above reasons, Defendants respectfully requests this Honorable Court grant their Motion to Continue Trial and grant such further relief as deemed appropriate.

                                              Respectfully Submitted,

                                              CASSIDAY SCHADE LLP

                                              By:  s/ Joseph N. Rupcich
                                                  One of the Attorneys for Defendants,
                                                  WEXFORD HEALTH SOURCES, INC.,
                                                  KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

Joseph N. Rupcich
6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL  62704
(217) 572-1714
(217) 572-1613 (fax)
jrupcich@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I electronically filed the foregoing Motion to Continue Trial, with following receiving electronic notice through the Court's ECF.

Antonio M. Romanucci, Stephan D. Blandin
Bhavani Raveendran, Javier Rodriguez, Jr.
Samantha A. Harton, Stephen Weil
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
sblandin@rblaw.net
b.raveendran@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Jon Loevy
Arthur Loevy, Locke E. Bowman
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802

Phillip W. Rehani
Assistant Attorney General
100 W. Randolph, 13th floor
Chicago, IL  60601
Phillip.Rehani@ilag.gov

Stetson F. Atwood, Laura Ieremia
Scott Kater, Monica L. Smit
Brian P. O'Kane
Donohue Brown Mathewson & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com
okane@dbmslaw.com

Robert T. Shannon, Thomas L. O'Carroll,
Stephen Mehr, John W. Anders
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Counsel for IDOC Defendants

/s/ Joseph N. Rupcich

13179899