Declaration of Jason Evans

1. My name is Jason Evans. I am a project engineer with Knott Laboratory LLC. Among other services, Knott Laboratory performs forensic imaging, critical incident reconstruction, photogrammetry and visualizations such as accident reconstruction, shooting incidents, and complex crime incident reconstruction.

2. One of the technologies used by Knott Laboratories is 3D scanning and point clouds. This technology allows us to create photo-realistic 3D clones of vehicles, incident locations, environments and other objects.

3. To create laser scans, Knott Laboratories uses a Leica RTC360 3D scanner, which is attached to a tripod to perform 3D point-cloud scans of an area. Leica has produced a promotional video to show how scans are performed: https://www.youtube.com/watch?v=V-WvFgJxA7Q&t=161s.

4. The 3D point-cloud scans can be used to generate three-dimensional images which can be used in virtual reality headsets to recreate a space. Leica has produced a promotional video with an example of a scan being used for virtual reality: https://leica-geosystems.com/en-us/case-studies/reality-capture/transforming-reality-into-photorealistic-virtual-reality-with-laser-scanning

5. The use of conventional photographs cannot substitute for point cloud scans to create virtual reality environments because photographs do not follow the perspective of the viewer and ensure the accuracy of a reconstruction.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

May 30, 2025

_____

Jason Evans