IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MAURISA GAY, as Special Representative of the Estate of ANTHONY GAY, | ) ) ) |
| Plaintiff, | ) Case No. 19-CV-1133 ) |
| v. | ) ) |
| JOHN BALDWIN, et al., | ) Judge: Sue E. Myerscough ) |
| Defendants. | ) |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Illinois Department of Corrections (IDOC) submits this Motion for Protective Order and prays this Court forbids an on-site inspection, which includes 3D imaging, video, and audio recording, of a prison cell in an active IDOC maximum security prison. For the reasons explained in IDOC's Opposition to Plaintiff's Motion To Compel Site Inspection and IDOC's Incorporated Motion and Memorandum in Support for Protective Order, the on-site inspection, as contemplated by Plaintiff, creates undue and severe security burdens. In addition, the discovery sought is not relevant to Plaintiff's remaining claims against IDOC and IOC has offered a reasonable alternative, as set forth in IDOC's Memorandum, that balances Plaintiff's desire for this information and the IDOC's pressing security concerns.

Dated: June 13, 2025     Respectfully submitted,

/s/ *Robert T. Shannon*
Robert T. Shannon
*Counsel for IDOC Defendants*

Robert T. Shannon
Thomas L. O'Carroll
Ambrose V. McCall
Stephen Mehr
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com
amccall@hinshawlaw.com