IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MAURISA GAY, as Special Representative of the Estate of ANTHONY GAY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1133 |
| v. | ) ) | |
| JOHN BALDWIN, et al., | ) ) | Judge: Sue E. Myerscough |
| Defendants. | ) | |

### DEFENDANTS' RULE 37(C)(1) MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, Defendants John Baldwin, Sylvia Butler, Dr. Jamie Chess, Dr. Melvin Hinton, Rob Jeffreys, Terri Kennedy, Michael Melvin, Sonja Nicklaus, Shane Reister, Emily Ruskin, Jeff Sims, John Varga, and Justin Wilks (collectively, the IDOC Defendants) and Wexford Health Sources, Inc., Kelly Renzi, Psy.D., and William Puga, M.D. (collectively, the Wexford Defendants), jointly move to strike Plaintiff's Supplemental Expert Report of Dr. Terry A. Kupers (Updated Expert Report) as violative of Rule 26(a)(2) of the Federal Rules.

For the reasons explained in Defendants' Memorandum in Support, this Court should strike Plaintiff's Updated Expert Report, which was submitted nearly two years after the August 2023 deadline for Plaintiff's expert disclosures. Rule 26(a)(2) requires a party to provide an expert report that contains a "complete" statement of that expert's opinions and bases and reasons supporting those opinions by the Court's August 12, 2023 deadline. On June 23, 2025, Plaintiff served the Defendants with Dr. Kupers' Updated Expert Report, which included new opinions and new sources, which were previously available to Plaintiff. Rule 37(c)(1) requires this Report be struck because Plaintiff's failure to timely submit this evidence was neither justified nor harmless.

| | |
|---|---|
| Dated: July 1, 2025 | Respectfully submitted, |
| | |
| /s/ Robert T. Shannon | /s/ Joseph N. Rupcich |
| Robert T. Shannon | Joseph N. Rupcich |
| Counsel for IDOC Defendants | Counsel for Wexford Defendants |
| | |
| Robert T. Shannon | Joseph N. Rupcich |
| Thomas L. O'Carroll | 6283899 |
| Ambrose V. McCall | CASSIDAY SCHADE LLP |
| Stephen Mehr | 2040 West Iles Avenue, Suite B |
| HINSHAW & CULBERTSON LLP | Springfield, IL  62704 |
| 151 N. Franklin Street, Suite 2500 | (217) 572-1714 |
| Chicago, Illinois 60606 | (217) 572-1613 (fax) |
| (312) 704-3000 | jrupcich@cassiday.com |
| rshannon@hinshawlaw.com | |
| tocarroll@hinshawlaw.com | |
| amccall@hinshawlaw.com | |