IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MAURISA GAY, as Special Representative of the Estate of ANTHONY GAY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1133 |
| v. | ) ) | |
| JOHN BALDWIN, et al., | ) ) | Judge: Sue E. Myerscough |
| Defendants. | ) | |

### IDOC AND WEXFORD DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT

The IDOC and Wexford Defendants move, pursuant to Local Rule 7.1(B)(3), for leave to file the attached reply memorandum, attached as Exhibit 1, in response to Plaintiff's Opposition to Defendants' Motion To Strike Plaintiff's Supplemental Expert Report (Updated Expert Report). In her Opposition, Plaintiff raises two points not addressed in Defendants' Motion to Strike. First, Plaintiff argues that Plaintiff will be prejudiced if she is unable to present Dr. Kupers' updated testimony and the media interviews of Mr. Gay on which he relies, effectively arguing that the Court should balance the prejudice suffered by Plaintiff (who submitted the late disclosure) and Defendants (against whom the evidence will be used). Second, Plaintiff states that she needs to present these videos to the jury so the jury can "better appreciate the impact that extended solitary confinement had on Mr. Gay," which she can only do so through Dr. Kupers' Updated Expert Report.

Defendants seek leave to file the attached reply memorandum (Ex. 1), which addresses Plaintiff's argument that the Court should consider any prejudice she would suffer if her late disclosure was struck and Plaintiff's claimed basis for why this evidence is essential to her case.

1

Defendants submit that the attached reply memorandum would assist the Court in resolving the pending motion to strike.

For these reasons, Defendants respectfully request this Court grant Defendants' Motion for Leave to File Reply Memorandum in Support of Motion To Strike Dr. Kupers' Supplemental Expert Report.

Dated: July 22, 2025　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Robert T. Shannon | /s/ Joseph N. Rupcich |
| Robert T. Shannon | Joseph N. Rupcich |
| Counsel for IDOC Defendants | Counsel for Wexford Defendants |
| Robert T. Shannon | Joseph N. Rupcich |
| Thomas L. O'Carroll | 6283899 |
| Ambrose V. McCall | CASSIDAY SCHADE LLP |
| HINSHAW & CULBERTSON LLP | 2040 West Iles Avenue, Suite B |
| 151 N. Franklin Street, Suite 2500 | Springfield, IL  62704 |
| Chicago, Illinois 60606 | (217) 572-1714 |
| (312) 704-3000 | (217) 572-1613 (fax) |
| rshannon@hinshawlaw.com | jrupcich@cassiday.com |
| tocarroll@hinshawlaw.com | |
| amccall@hinshawlaw.com | |