## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

Maurisa Gay,

        Plaintiff,

    v.

John Baldwin *et al.*,

        Defendants.

Case No. 1:19-cv-01133-SEM-EIL

Judge Sue E. Myerscough

Magistrate Judge Eric I Long

## JOINT MOTION FOR SPECIAL PRETRIAL CONFERENCE

Pursuant to Local Rule 16.1(A), the State Defendants and Plaintiff, through their undersigned counsel, respectfully submit this joint motion for a Special Pretrial Conference. The Wexford defendants do not oppose this motion. In support of their motion the parties state:

This case is set for trial beginning on October 27, 2025, with the final pretrial conference set for October 6, 2025. *See* April 4, 2025 Text Order.

There are currently multiple outstanding motions that could impact the legal issues to be tried and the scope of the evidence at trial, depending on the Court's resolution of pending Motions for Summary Judgment. The disposition of those motions will substantially affect the parties' trial preparation, including additional potential depositions and a potential inspection at one or more of the prisons where Plaintiff's decedent was confined if the Motions for Summary Judgment are denied. The Parties are running out of time to gather this evidence, take these depositions and conduct rebuttal disclosures and discovery, if necessary.

The parties agree that discussion with the Court regarding these motions will assist the parties in preparation for trial, fulfilling the purpose of Local Rule 16.1(A). The outstanding motions that the parties seek to discuss with the Court are as follows:

- **ECF No. 293. Plaintiff's motion to supplement Rule 26(a)(1) disclosures**. (Related briefing at ECF No. 296.)

- **ECF No. 294. Defense motion to strike Plaintiff's untimely witness disclosures**. (Related briefing at ECF No. 299.)

- **ECF No. 314. Plaintiff's motion to compel inspection**. (Related briefing at ECF No. 315.)

- **ECF No. 316. Defense motion for protective order**. (Related briefing at ECF No. 318.)

- **ECF No. 319. Defense motion to strike.** (Related briefing at ECF Nos. 320, 323, 324.)

- **ECF Nos. 285 & 286 – Defendants' motions for summary judgment**. (Related briefing at ECF Nos. 304, 309, 310.)

  **WHEREFORE**, the parties jointly and respectfully request that the Court set a Local Rule 16.1(A) Special Pretrial Conference to discuss the foregoing motions.


Date: August 5, 2025       Respectfully submitted,

_/s/ Robert T. Shannon_ [with consent]   _/s/ Stephen H. Weil_

Robert T. Shannon        ROMANUCCI & BLANDIN, LLC
Thomas L. O'Carroll       Paul McMahon
Ambrose V. McCall        Stephen Weil
Stephen D. Mehr         Romanucci & Blandin, LLC
Christian J. Michalik       321 North Clark St., Suite 900
HINSHAW & CULBERTSON LLP  Chicago, IL 60654
151 N. Franklin Street, Suite 2500  (312) 458-1000
Chicago, Illinois 60606      sweil@rblaw.net
(312) 704-3000        pmcmahon@rblaw.net
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com    Locke Bowman
amccall@hinshawlaw.com     Gianna Gizzi
smehr@hinshawlaw.com      Loevy & Loevy
cmichalik@hinshawlaw.com    311 N. Aberdeen Street, Floor 3
             Chicago, IL 60607
**Attorneys for State Defendants**   312-243-5900
             locke@loevy.com
             gizzi@loevy.com


             **Attorneys for Plaintiff**