**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **MAURISA GAY,** | |
| **Plaintiff,** | |
| v. | Case No. 19-1133 |
| **JOHN BALDWIN, et al.,** | |
| **Defendants.** | |

# ORDER

Upon request of the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. This matter is scheduled for a settlement conference <u>by video conference</u> Inc. before the undersigned on **December 11, 2025, at 1:30 p.m.** Zoom instructions are attached to this Order. Prior to the settlement conference, a confidential call will be held with Plaintiff's counsel on **December 10, 2025, at 1:30 p.m.,** and defense counsel on **December 10, 2025, at 2:00 p.m.** The call-in number is 551-285-1373, then enter meeting ID 160 593 8546# and participant ID: 1015#.

2. The settlement conference shall be attended by Plaintiffs, Defendants, and the parties' lead trial counsel, all by video.

3. By no later than the close of business on **December 5, 2025**, each party herein shall advise the undersigned, by separate confidential letter, of the following information:

   (a)     a brief analysis of key issues involved in the litigation;

   (b)     a description of the strongest and weakest legal and factual points in counsel's client's case;

   (c)     a description of the strongest and weakest legal and factual points in the opponent's case, not otherwise addressed in paragraph (b);

   (d) the specifics of any and all settlement demands and/or offers made to date, including any made prior to the commencement of this action, along with a copy of the written demand or offer submitted to opposing counsel as required in paragraph 5 below;

   (e) the particular action, if any, which counsel would suggest that the undersigned take at said settlement conference to facilitate the settlement of this action;

   (f) Plaintiff shall also itemize all damages claimed and the prospect for recovery as to each item of damages claimed;

   (g) preference, if any, for evaluative or facilitative approach to mediation;

   (h) the settlement proposal that counsel's client believes would be fair; and

   (i) the settlement proposal that counsel's client would be <u>willing</u> to make in order to conclude the matter and stop the expense of litigation.

  4. These separate confidential letters to the undersigned shall be emailed (long@ilcd.uscourts.gov), faxed (217-373-5840), or mailed to the following address: Room 338 United States Courthouse, 201 South Vine Street, Urbana, Illinois, 61801. To facilitate candor, and to protect counsels' work product immunity, the letter shall <u>not</u> be served upon opposing counsel and shall <u>not</u> be filed. The undersigned will maintain the confidentiality of all such correspondence and the information contained therein.

  5. <u>At least fourteen (14) days prior to the conference</u>, the parties shall engage in meaningful settlement discussions which, at a minimum, shall include a reasonable demand by the plaintiff(s) and a reasonable offer by the defendant(s). Failure to make such a demand/offer will result in cancellation of the conference by the Court. During or prior to these discussions, Plaintiff shall provide counsel for Defendant(s) with a written breakdown of any demand for money damages. Likewise, counsel for Defendant(s) shall provide Plaintiff(s) with a written offer and brief statement of reasons for the offer. The settlement discussions should include an identification by each side of the witnesses who will be called at trial, a summary of their anticipated testimony, and a detailed description of any other evidence supporting the party's position with respect to both liability and damages. If a party's settlement position is based in whole or in part upon the opinion of a physician or other expert, such opinion, along with any written report by the physician or expert, shall be disclosed to opposing party. The parties are encouraged to make a concerted effort to settle the case on their own prior to the formal settlement conference.

  ENTERED this 15th day of September, 2025.

                    _____s/ERIC L. LONG_____
                      U.S. MAGISTRATE JUDGE



# ZOOM CONNECTION INFORMATION FOR

# SETTLEMENT CONFERENCE

# URBANA

**Judge Long**

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 593 8546     Passcode:  1015

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 593 8546 #  and Participant ID:  1015 #