44653/19344/JNR/JCS

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| MAURISA GAY, as representative of the estate of ANTHONY GAY, deceased<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Eric I. Long |

## MOTION TO RECONSIDER

NOW COMES Defendant, WEXFORD HEALTH SOURCES, INC., by and through its attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 59(e), hereby submits its Motion to Reconsider the Court's Order denying Defendant Wexford's Motion for Summary Judgment, stating as follows:

1. On September 4, 2025, the Court denied Defendant Wexford's Motion for Summary Judgment, finding a genuine issue of material fact existed whether a specialized mental health setting within IDOC existed and noting Wexford did not address the alternative option of transferring a mental health patient to a licensed mental health care facility. Doc. 333 at 11-12.

2. The record demonstrates the existence of specialized mental health settings in IDOC going back to at least 2000, as Tamms, Pontiac, and Dixon had specialized mental health treatment units, which later became to be known as residential treatment units.

3.  Wexford's Motion for Summary Judgment discussed in detail its inability to send IDOC patients for offsite mental health treatment and its efforts to find a location that would take them.

4.  While the Court relied on the law of the case doctrine regarding Wexford's statute of limitations argument, Wexford has never gotten consideration of this argument and the evidence Wexford presented in support of it. Judge Bruce's decision on the statute of limitations was on Co-Defendant's Motion, which did not contain substantial evidence Wexford subsequently presented. That evidence was appropriate for consideration at summary judgment.

5.  Filed contemporaneously and incorporated by reference is a Memorandum of Law in Support of this Motion.

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court grant their Motion to Reconsider and grant such further relief as deemed appropriate.

    Respectfully Submitted,

    CASSIDAY SCHADE LLP

    By:  s/ Joseph N. Rupcich
        One of the Attorneys for Defendants,
        WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL  62704
(217) 572-1714
(217) 572-1613 (fax)
jrupcich@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I electronically filed the foregoing Motion to Reconsider, with following receiving electronic notice through the Court's ECF.

Antonio M. Romanucci, Stephan D. Blandin
Samantha A. Harton, Stephen Weil, Paul McMahon
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
sblandin@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Jon Loevy, Arthur Loevy
Locke E. Bowman, Gianna Gizzi
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com
gizzi@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802

Phillip W. Rehani
Assistant Attorney General
100 W. Randolph, 13th floor
Chicago, IL 60601
Phillip.Rehani@ilag.gov

Robert T. Shannon
Thomas L. O'Carroll, No. 6243593
Ambrose V. McCall
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com
amccall@hinshawlaw.com

Stetson F. Atwood, Laura Ieremia
Scott Kater, Monica L. Smit
Brian P. O'Kane
Donohue Brown & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com
okane@dbmslaw.com

/s/ Joseph N. Rupcich

13468869