AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

MAURISA GAY, as Special Representative of the Es  )
*Plaintiff* )
v. ) Case No. 19-CV-1133
JOHN BALDWIN, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Baldwin, Sylvia Butler, Dr. Jamie Chess, Dr. Melvin Hilton, Rob Jeffreys, Terri Kenedy, Michael Melvin, Sonja Nicklaus, Shane Reister, Emily Ruskin, Jeff Sims, John Varga, and Justin Wilks.

Date: 10/06/2025

/s/Christian J. Michalik
*Attorney's signature*

Christian J. Michalik - 6336391
*Printed name and bar number*

HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
*Address*

cmichalik@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

(312) 704-3001
*FAX number*