E-FILED
Monday, 06 October, 2025  04:45:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MAURISA GAY, as Special Representative of the Estate of ANTHONY GAY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1133 |
| v. | ) ) | |
| JOHN BALDWIN, et al., | ) ) | Judge: Sue E. Myerscough |
| Defendants. | ) ) | |

**IDOC DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO RECONSIDER**

Defendants John Baldwin, Sylvia Butler, Dr. Jamie Chess, Dr. Melvin Hilton, Rob Jeffreys, Terri Kenedy, Michael Melvin, Sonja Nicklaus, Shane Reister, Emily Ruskin, Jeff Sims, John Varga, and Justin Wilks (the IDOC Defendants), by and through their counsel, hereby move this Honorable Court for an extension of time in which to file their response to Plaintiff's motion to reconsider, from October 10, 2025, until November 10, 2025. In support of this motion, the IDOC Defendants state as follows:

1.      On September 4, 2025, this Court granted the IDOC Defendants' motion for summary judgment. (Dkt. 334.)

2.      On September 26, 2025, Plaintiff filed a motion to reconsider that summary judgment order. (Dkt, 336.)

3.      Pursuant to this Court's scheduling order, the IDOC Defendants are to file their response by October 10, 2025.

4.      The papers related to the IDOC Defendants' underlying motion for summary judgment were expansive. Plaintiff filed a 151-page joint response in opposition to the summary judgment motions filed by both sets of Defendants in this matter. (Dkt. 304). Plaintiff now argues

1063570\326520747.v1

the Court failed to address various facts and arguments she raised in that response.  To adequately address her claims, the IDOC Defendants are requesting an additional 30 days in which to file their response.

5.     Additionally, the attorney responsible for preparing the IDOC Defendants' response is currently out of office on his honeymoon, and will not be returning until after the Court's previously set deadline.

6.     Because this matter is before the Court on a motion to reconsider the Court's order granting summary judgment for the IDOC Defendants, there are no other pending deadlines applicable to those defendants.  This matter is set to proceed to trial against the remaining Defendant, Wexford Health Sources, Inc., on March 2, 2026.  (*See* Minute Entry 8/25/2025).

7.     In light of the foregoing, the IDOC Defendants request that this Court strike the October 10, 2025 response due date, and extend the time for the IDOC Defendants to file their response to November 10, 2025.

8.     Counsel for Plaintiff does not object to a 14 day objection, but has not agreed to the IDOC Defendants' request for an extension totaling 30 days.

9.     The IDOC Defendants do not bring this motion to unduly delay or complicate this matter, but so that it can fully and substantively address the arguments raised in Plaintiff's motion to reconsider.

WHEREFORE, the IDOC Defendants respectfully request this Court grant them an extension of time to file their reply briefs, from October 10, 2025, until November 10, 2025, and for any additional relief that this Court deems just and proper.

Dated: October 6, 2025.                    Respectfully submitted,

/s/ *Christian J. Michalik*
Christian J. Michalik

2

One of the Attorneys for the IDOC
Defendants.

Robert T. Shannon
Thomas L. O'Carroll
Ambrose V. McCall
Stephen Mehr
Christian J. Michalik
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com
amccall@hinshawlaw.com
smehr@hinshawlaw.com
cmichalik@hinshawlaw.com

1063570\326520747.v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 6, 2025, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_/s/ Christian J. Michalik_

1063570\326520747.v1