E-FILED
Wednesday, 10 December, 2025  08:16:15 AM
Clerk, U.S. District Court, ILCD

181057

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY GAY,

      Plaintiffs,

  v.

JOHN BALDWIN, ROB JEFFREYS, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC. and MICHAEL MELVIN, TERRI KENNEDY, EMILY RUSKIN, JOHN VARGA, JUSTIN WILKS, SONJA NICKLAUS, and DOES 2-5,

      Defendants.

No. 1:19-cv-01133-CSB

Judge

## AGREED MOTION TO DISMISS PURSUANT TO SETTLEMENT

NOW COMES Defendant, Pierre Nunez, M.D., by and through his attorneys, Stetson F. Atwood and Donohue Brown Smyth LLC, move this Court for the entry of an order dismissing this matter pursuant to settlement, and in support thereof, state as follows:

1.    Plaintiff and Defendant Pierre Nunez, M.D. have reached a settlement agreement resolving all claims against Defendant Pierre Nunez, M.D.

2.    Accordingly, Defendant Pierre Nunez, M.D., should be dismissed from this matter with prejudice.

3.    This dismissal shall not affect the claims against the remaining Defendants, which shall remain pending.

4.    Plaintiff consents to the dismissal of Defendant Pierre Nunez, M.D., with prejudice pursuant to settlement.

5.    A proposed order of dismissal is attached hereto.

- 2 -

WHEREFORE, Defendant, Pierre Nunez, M.D. respectfully requests that this Court enter an order dismissing all claims against him with prejudice, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

DONOHUE BROWN SMYTH LLC

*Stetson Atwood*

By: _____

Stetson F. Atwood

DONOHUE BROWN SMYTH LLC
Stetson F. Atwood – ARDC # 06224408
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
service@dbs-law.com
atwood@dbs-law.com

- 2 -