E-FILED
Wednesday, 10 December, 2025  08:16:15 AM
Clerk, U.S. District Court, ILCD

181057

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY GAY,

        Plaintiff,

  v.

JOHN BALDWIN, ROB JEFFREYS, JEFF
SIMS, SHANE REISTER, DR. DOE 1,
MELVIN HINTON, SYLVIA BUTLER,
KELLY ANN RENZI, WILLIAM PUGA,
DR. CHESS, DR. NUNEZ, WEXFORD
HEALTH SOURCES, INC. and MICHAEL
MELVIN, TERRI KENNEDY, EMILY
RUSKIN, JOHN VARGA, JUSTIN WILKS,
SONJA NICKLAUS, and DOES 2-5,

        Defendants.

No. 1:19-cv-01133-CSB

District Judge Sue Myerscough

## AGREED ORDER

THIS CAUSE coming to be heard on the parties' Agreed Motion to Dismiss Pursuant to Settlement, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The claims of Plaintiff Anthony Gay against Defendant Pierre Nunez, M.D. are dismissed with prejudice in light of the parties' settlement.

ENTERED:

_____
Judge          Judge's No.

DONOHUE BROWN SMYTH LLC
Stetson F. Atwood – ARDC # 06224408
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
service@dbs-law.com
atwood@dbs-law.com