44653/19344/JNR/JCS

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| MAURISA GAY, as representative of the estate of ANTHONY GAY, deceased<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>Defendants. | No. 19-cv-01133<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Eric I. Long |

## MOTION TO CONTINUE TRIAL

NOW COMES Defendants, WEXFORD HEALTH SOURCES, INC., by and through its attorneys, CASSIDAY SCHADE LLP, and, for its Motion to Continue Trial, state as follows:

1. This matter is set for Final Pretrial Conference on February 9, 2026, and a jury trial to begin March 2, 2026. [Minute Entry dated August 25, 2025].

2. The undersigned is also counsel in the matter of *Andrews v. Rauner*, et al., 18cv1101, which was previously set for trial to begin on January 20, 2026. During the Final Pretrial Conference in *Andrews* on January 8, 2026, this Court expressed a preference that the *Andrews* trial be continued by a week to two weeks. Based on availability of the Court and the parties in *Andrews*, the earliest available date to which that trial could be continued was February 9, 2026. February 9, 2026, is also the date currently set for the Final Pretrial Conference in this matter.

3. The Court has continued the *Andrews* trial to begin February 9, 2026. *Andrews* 18cv1101 [Text Order dated January 9, 2026]. Andrews is expected to last at least seven days, meaning it will conclude mid-to-late the week of February 17, 2026. This will leave defense counsel approximately a week between *Andrews* and the beginning of *Gay*, which is expected to go at least two weeks. This is an insufficient amount of time to fully and properly prepare for *Gay*. *Gay* will include numerous witnesses and likely six experts. It will be a substantial trial, covering 24 years of mental health treatment.

4. Considering the circumstances, Defendant requests the jury trial in this matter be continued to the earliest date convenient for the Court and parties.

5. Plaintiff does not object to a two-three week continuance of *Gay* but objects to one that is any longer.

6. Defendant requests a status or conferral with the Court or Court staff to discuss mutually agreeable trial dates.

WHEREFORE, for the above reasons, Defendants respectfully requests this Honorable Court grant their Motion to Continue Trial and grant such further relief as deemed appropriate.

Respectfully Submitted,

CASSIDAY SCHADE LLP

By: s/ Joseph N. Rupcich
   One of the Attorneys for Defendants,
   WEXFORD HEALTH SOURCES, INC.,

Joseph N. Rupcich
6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL  62704
(217) 572-1714
(217) 572-1613 (fax)
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 13, 2026, I electronically filed the foregoing Motion to Continue Trial, with following receiving electronic notice through the Court's ECF.

Antonio M. Romanucci, Stephan D. Blandin
Samantha A. Harton, Stephen Weil, Paul McMahon
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
sblandin@rblaw.net
jRodriguez@rblaw.net
sharton@rlaw.net

Jon Loevy, Arthur Loevy
Locke E. Bowman, Gianna Gizzi
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
jon@loevy.com
gizzi@loevy.com

Christopher J. Bergin
Still Law Group
1101 North Broadway, Suite 102
Oklahoma City OK 73103
cbergin@fulmersill.com

Alan Remy Taborga
Assistant Attorney General
1776 E. Washington Street
Urbana IL 61802

Phillip W. Rehani
Assistant Attorney General
100 W. Randolph, 13th floor
Chicago, IL  60601
Phillip.Rehani@ilag.gov

Robert T. Shannon
Thomas L. O'Carroll, No. 6243593
Ambrose V. McCall
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
rshannon@hinshawlaw.com
tocarroll@hinshawlaw.com
amccall@hinshawlaw.com

Stetson F. Atwood, Laura Ieremia
Scott Kater, Monica L. Smit
Brian P. O'Kane
Donohue Brown & Smyth, LLC
131 South Dearborn Street, Suite 1600
Chicago, IL 60603
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com
okane@dbmslaw.com

13659264

/s/ Joseph N. Rupcich