E-FILED
Friday, 29 May, 2026  04:31:23 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MAURISA GAY, as personal representative of THE ESTATE OF ANTHONY GAY, deceased, | ) ) ) | |
| | ) | Case No. 1:19-CV-01133 |
| Plaintiff, | ) ) | Judge Sue E. Myerscough |
| v. | ) ) | Magistrate Judge Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE REGARDING FINALIZATION OF SETTLEMENT</u>**

Plaintiff Maurisa Gay, as a Personal Representative of the Estate of Anthony Gay, and Wexford Health Sources, Inc., by their respective attorneys, hereby advise the Court of their progress finalizing the settlement of this action, in compliance with the Court's Text Order of April 17, 2026.

Ms. Gay's probate counsel has now obtained the required order from the Probate Court in Rock Island County, *In re Estate of Anthony Gay, Deceased,* No. 2024 PR 279 (Fourteenth Judicial Circuit), authorizing Ms. Gay to execute the General Release and consummate the settlement. A copy of that Probate Court order is attached hereto as **Exhibit 1**.

The parties therefore advise the Court that they anticipate filing an Agreed Motion to Dismiss Pursuant to Settlement within one week of the date of this Notice.

Date: May 29, 2026                        Respectfully Submitted,

*/s/ Paul McMahon*                        */s/Joseph N. Rupich*
 One of Plaintiff's Attorneys            One of Defendants' Attorneys

Jon Loevy                                Joseph N.Rupich
Locke Bowman                             6283899
Alison Leff                              CASSIDAY SCHADE LLP

1

Maggie Filler
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
p. (312) 243-5900
e. maggie@loevy.com

Paul McMahon
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
p. (312) 458-1000
e. sweil@rblaw.net

*Attorneys for Plaintiff*

2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (fax)
jrupcich@cassiday.com
*Attorneys for Defendant Wexford*