**EXHIBIT 1**

E-FILED
Friday, 29 May, 2026 04:31:24 PM
Clerk, U.S. District Court, ILCD

E-FILED
May 27 2026
04:15PM
*Tammy R Weikert*
Rock Island County, IL
ID #507768

**IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT**
**ROCK ISLAND COUNTY, ILLINOIS**

| | | |
|---|---|---|
| Estate of | ) | |
| | ) | |
| **ANTHONY GAY** | ) | **No. 2024 PR 279** |
| | ) | |
| **Deceased** | ) | |

**ORDER**

On May 26, 2027 this matter came on ▮▮▮▮▮ to be heard pursuant to the Independent Administrator's Petition to Approve

Settlement and for Other Relief; Paul McMahon, Esq. from the firm of Romanucci & Blandin appearing

personally, and Leonard J. LeRose, Jr., Esq. appearing via phone on behalf of the Independent

Administrator, and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that:

1.     The Court finds that the settlement of the Decedent's claims with Wexford Health

Sources, Inc. ("Wexford") and Dr. Pierre Nunez ("Nunez") are fair and reasonable, and this Court

approves of said settlement.

2.     The Independent Administrator is authorized to endorse the settlement agreements and

to dismiss Wexford and Nunez from the underlying action.

3.     Romanucci & Blandin is authorized to collect and hold the gross settlement proceeds in

its IOLTA Account – however, the settlement proceeds shall only be distributed in accordance with the

further Orders of this Court.

5/27/2026

ENTER

_____        _____        _____
Judge No.           Judge

Leonard J. LeRose, Jr.
Sarah M. LeRose
LEONARD J. LeROSE, JR., LTD.
Attorney for Representative
33 N. Dearborn Street, Suite 1000
Chicago, IL 60602
(312) 753-6020
Attorney No. 06184386

**Email: LLeRose@LeRoselaw.com**